CO-386
10/2018

# United States District Court
# For the District of Columbia

Juul Labs, Inc.                    )
                                Plaintiff )

vs

U.S. Food and Drug Administration  )     Civil Action No. 1:22-cv-02853

                                Defendant )

**CERTIFICATE RULE LCvR 26.1**

I, the undersigned, counsel of record for __Juul Labs, Inc._____ certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of __Juul Labs, Inc._____ which have any outstanding securities in the hands of the public:

Altria Group, Inc. owns a minority share of Juul Labs, Inc., and no other publicly held corporation owns 10 percent or more of the stock of Juul Labs, Inc.

These representations are made in order that judges of this court may determine the need for recusal.

                                Attorney of Record

                                /s/*Jason M. Wilcox*
                                Signature

DC Bar No. 1011415                Jason M. Wilcox
BAR IDENTIFICATION NO.      Print Name

                                1301 Pennsylvania Avenue, NW
                                Address

                                Washington,    DC         20004
                                City           State       Zip Code

                                (202) 389-5910
                                Phone Number