IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JUUL LABS, INC,

   *Plaintiff,*

  v.

UNITED STATES FOOD AND DRUG
ADMINISTRATION,

   *Defendant.*

Civil Action No. 1:22-cv-2853 (RDM)

## CONSENT MOTION TO EXTEND DEFENDANT'S DEADLINE BY WHICH TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT

Defendant United States Food and Drug Administration ("FDA") respectfully moves the Court for a brief extension of its deadline by which to answer or otherwise respond to Plaintiff's Complaint, from October 21, 2022, through and including November 4, 2022. Defendant has conferred with Plaintiff, which consents to the relief requested. The grounds for this motion are as follows:

1. Plaintiff initiated the instant action under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552, on September 20, 2022. Dkt. No. 1.

2. Plaintiff served the U.S. Attorney's Office for the District of the District of Columbia on September 21, 2022. Accordingly, the current deadline by which Defendant must answer or otherwise respond to Plaintiff's Complaint is October 21, 2022. Fed. R. Civ. P. 12(a)(2); 5 U.S.C. § 552(a)(4)(C).

3. Defendant respectfully requests a two-week extension of its response deadline, through and including November 4, 2022. This extension is necessitated by several extant professional obligations of the undersigned defense counsel—who was only recently assigned to this case—including (but not limited to) a combined reply-opposition summary judgment brief due on October 21, 2022 in *Kovac v.*

*Wray*, 3:18-cv-00110-X (N.D. Tex.), and a forthcoming appellate oral argument scheduled to be held

on October 25, 2022 in Richmond, Virginia in *Avail Vapor, LLC v. FDA*, No. 21-2077 (4th Cir.).[1]

4.   Defendant respectfully submits that the requested extension is supported by good cause and is

in the interest of judicial economy, in that it will not meaningfully delay these proceedings, but will

afford the undersigned defense counsel adequate time to review Plaintiff's pleading and prepare an

appropriate response.

5.   Defendant consulted with Plaintiff, which consents to the requested relief.


A proposed order is attached hereto for the convenience of the Court.


Dated:  October 16, 2022

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

MARCIA BERMAN
Assistant Branch Director


    /s/ *Antonia Konkoly*
Antonia Konkoly
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L St. NW
Washington, DC 20005
(202) 514-2395 (direct)
(202) 616-8470
antonia.konkoly@usdoj.gov

*Counsel for Defendant*

---

[1] The undersigned counsel will be traveling from Minneapolis, Minnesota, where she resides, for the *Avail Vapor* argument, and will be taking an additional day of personal leave subsequent to the argument as part of this trip.