IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JUUL LABS, INC, <br><br> *Plaintiff,* <br><br> v. <br><br> UNITED STATES FOOD AND DRUG ADMINISTRATION, <br><br> *Defendant.* | Civil Action No. 1:22-cv-2853 (RDM) |

## [Proposed] ORDER

This matter comes before the Court on Defendant's Consent Motion to Extend Deadline by which to Answer or Otherwise Respond to Plaintiff's Complaint. Upon consideration of the motion, and for good cause shown, the motion is GRANTED, and it is hereby

ORDERED that Defendant's deadline to answer or otherwise respond to Plaintiff's Complaint is extended by two weeks, from October 21, 2022, through and including November 4, 2022.

Date: _____       _____
                                                        HON. RANDOLPH D. MOSS
                                                        UNITED STATES DISTRICT JUDGE