# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

Juul Labs, Inc.

**Plaintiff**

Case No.: 1:22-cv-02853

vs.

Food & Drug Administration

**Defendant**

## AFFIDAVIT OF SERVICE

I, Justin Cohen, a Private Process Server, being duly sworn, depose and say:

That I have been duly authorized to make service of the Summons; Cvil Cover Sheet, Certificate Rule LCvR 26.1; Standing Order in Civil Cases; and Complaint for Declaratory and Injunctive Relief with Exhibits in the above entitled case.

That I am over the age of eighteen years and not a party to or otherwise interested in this action.

That on 09/21/2022 at 2:53 PM, I served U.S. Attorney's Office for D.C. c/o Civil Process Clerk at 601 D Street, NW, Washington, DC 20530 with the Summons; Cvil Cover Sheet, Certificate Rule LCvR 26.1; Standing Order in Civil Cases; and Complaint for Declaratory and Injunctive Relief with Exhibits by serving Shadae Beaver, Paralegal, authorized to accept service.

Shadae Beaver is described herein as:

Gender: Female   Race/Skin: Black   Age: 30   Weight: 120   Height: 5'6"   Hair: Black   Glasses: Yes

I declare under penalty of perjury that this information is true and correct.

9/23/22

Executed On



Justin Cohen

Client Ref Number: 46371-2
Job #: 1608351

Capitol Process Services, Inc. | 1827 18th Street, NW, Washington, DC 20009 | (202) 667-0050