**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

JUUL LABS, INC.,

Plaintiff,

v.

FOOD & DRUG ADMINISTRATION,

Defendant.

**COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF**

Case No. 1:22-cv-02853

**AFFIDAVIT OF MAILING**

I, Lorraine M. McManus, hereby state that:

On the 21st day of September, 2022, I caused to be deposited in the United States Mail a copy of the summons, complaint, civil cover sheet, notice and consent, and Judge Moss's Standing Order in the above captioned case, postage prepaid, return receipt requested, addressed to the following:

Attorney General of the United States
U.S. Department of Justice
950 Pennsylvania Ave., N.W.
Washington, DC 20530

I have received the receipt for the certified mailing, No. 7019-0700-0001-1357-8182 (Attorney General of the United States) (attached hereto), indicating that delivery was made to the Attorney General of the United States on September 26, 2022.

I declare under penalty of perjury that the foregoing is true and correct.

DATED: 10-17-2022

SIGNED: Lorraine M McManus

# USPS Tracking®

FAQs >

Tracking Number:

Remove ✕

## 70190700000113578182

**Copy** **Add to Informed Delivery (https://informeddelivery.usps.com/)**

### Latest Update

Your item was picked up at a postal facility at 4:52 am on September 26, 2022 in WASHINGTON, DC 20530.

Feedback

### Delivered

**Delivered, Individual Picked Up at Postal Facility**

WASHINGTON, DC 20530
September 26, 2022, 4:52 am

**Available for Pickup**

WASHINGTON, DC 20530
September 25, 2022, 9:12 am

**Arrived at Hub**

WASHINGTON, DC 20018
September 25, 2022, 6:16 am

**In Transit to Next Facility**

September 24, 2022

**Arrived at USPS Regional Origin Facility**

WASHINGTON DC DISTRIBUTION CENTER
September 22, 2022, 2:06 pm

**Arrived at USPS Regional Origin Facility**

GAITHERSBURG MD DISTRIBUTION CENTER
September 21, 2022, 11:03 pm

**Departed Post Office**
WASHINGTON, DC 20013
September 21, 2022, 7:33 pm

**USPS in possession of item**
WASHINGTON, DC 20013
September 21, 2022, 5:42 pm

**Hide Tracking History**

**Text & Email Updates**

**USPS Tracking Plus®**

**Product Information**

**See Less**

Feedback

Track Another Package

Enter tracking or barcode numbers

## Need More Help?

Contact USPS Tracking support for further assistance.

**FAQs**

7019 0700 0001 1357 8182

PS Form 3800, April 2015 PSN 7530-02-000-9047 See Reverse for Instructions

U.S. Postal Service™
CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com*®.

OFFICIAL USE H Welch KE

Certified Mail Fee
$

Extra Services & Fees *(check box, add fee as appropriate)*
- ☐ Return Receipt (hardcopy) $
- ☐ Return Receipt (electronic) $
- ☐ Certified Mail Restricted Delivery $
- ☐ Adult Signature Required $
- ☐ Adult Signature Restricted Delivery $

Postage

10.61

NATIONAL CAPITAL POST OFFICE
SEP 21 2022
Postmark Here
USPS 20002-9998

Attorney General Of The United States
U.S. Department Of Justice
950 Pennsylvania Ave, NW
Washington, DC 20530

PS Form 3800, April 2015 PSN 7530-02-000-9047 See Reverse for Instructions

USPS TRACKING #

9590 9402 6720 1060 2317 69

United States Postal Service

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Send ... P+4® in this box•

Kirkland & Ellis LLP
Attn: Heather Welch
1301 Pennsylvania Avenue NW
Washington, DC 20004

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Attorney General Of The United States
U.S. Department Of Justice
950 Pennsylvania Ave, NW
Washington, DC 20530

9590 9402 6720 1060 2317 69

2. Article Number *(Transfer from service label)*

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X

☐ Agent
☐ Addressee

B. Received by *(Printed Name)*

C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

SEP 26 2022

3. Service Type

- ☐ Adult Signature
- ☐ Adult Signature Restricted Delivery
- ☒ Certified Mail®
- ☐ Certified Mail Restricted Delivery
- ☐ Collect on Delivery
- ☐ Collect on Delivery Restricted Delivery
- ☐ Insured Mail
- ☐ Insured Mail Restricted Delivery (over $500)
- ☐ Priority Mail Express®
- ☐ Registered Mail™
- ☐ Registered Mail Restricted Delivery
- ☐ Signature Confirmation™
- ☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053

Domestic Return Receipt