<pre>
 1                    IN THE UNITED STATES DISTRICT COURT
                       FOR THE DISTRICT OF COLUMBIA
 2

 3   JUUL LABS, INC.,
                                             Civil Action
 4              Plaintiff,                    No. 1:22-cv-2853

 5          vs.                              Washington, DC
                                             December 14, 2022
 6   FOOD & DRUG ADMINISTRATION,
                                             10:30 a.m.
 7              Defendant.
     _____/
 8

 9

10        TRANSCRIPT OF VIDEO INITIAL SCHEDULING CONFERENCE
             BEFORE THE HONORABLE RANDOLPH D. MOSS
11                UNITED STATES DISTRICT JUDGE


12

     APPEARANCES:
13

     For the Plaintiff:       JASON WILCOX
14                              Kirkland & Ellis
                                1301 Pennsylvania Avenue, NW
15                              Washington, DC 20004

16

17   For the Defendant:       ANTONIA KONKOLY
                                U.S. Department of Justice
18                              1100 L Street, NW
                                Washington, DC 20005
19

20

21

22

     Court Reporter:          JEFF M. HOOK
23                              Official Court Reporter
                                U.S. District & Bankruptcy Courts
24                              333 Constitution Avenue, NW
                                Room 4700-C
25                              Washington, DC 20001
</pre>

1          **P R O C E E D I N G S**

2          **DEPUTY CLERK:**  This is civil action 22-2853, Juul

3    Labs, Inc. versus Food & Drug Administration.  Counsel,

4    starting with plaintiff, please identify yourself for the

5    record.

6          **MR. WILCOX:**  Good morning, Your Honor.  Jason

7    Wilcox from Kirkland & Ellis on behalf of Juul Labs.

8          **THE COURT:**  Good morning.

9          **MS. KONKOLY:**  Good morning, Your Honor.  Antonia

10   Konkoly from the Department of Justice.  I'm here on behalf

11   of the Food & Drug Administration.

12         **THE COURT:**  Good morning to you as well.  So I've

13   read the parties' joint status report, and thank you for

14   that.  It appears as though you're at least in agreement as

15   to process and what we ought to do in the case, and that's

16   fine with me.  So I will direct that the FDA provide

17   plaintiff's counsel with a draft Vaughn index on or before

18   December 16th; and that the FDA file its pre-motion notice

19   under my standing order by January 6th, 2023; that Juul file

20   its response by the 13th.

21         And then, Kristin, we'll just need to find some

22   time, probably about half an hour, for a pre-motion

23   conference.

24         **DEPUTY CLERK:**  In late January, Your Honor?

25         **THE COURT:**  If we have that, yes.

1    **DEPUTY CLERK:**  Certainly, hold on one second.  You

2  can do Thursday at 10:30.

3    **THE COURT:**  Thursday?

4    **DEPUTY CLERK:**  I'm sorry, the 19th.  I apologize,

5  January 19th.

6    **THE COURT:**  January 19th, at 9:30 did you say?

7    **DEPUTY CLERK:**  It's 10:30.

8    **THE COURT:**  Does that work for everyone?

9  Ms. Konkoly, does that work for you?

10    **MS. KONKOLY:**  That works for the Government.

11    **THE COURT:**  Mr. Vernick?

12    **MR. WILCOX:**  This is Mr. Wilcox, Your Honor.

13    **THE COURT:**  Oh, I'm sorry.

14    **MR. WILCOX:**  No problem.  But it does work for

15  Juul Labs as well.

16    **DEPUTY CLERK:**  Your Honor, that's a pre-motion

17  conference and a status conference?

18    **THE COURT:**  Just a pre-motion conference.

19    **DEPUTY CLERK:**  Okay, thank you.

20    **THE COURT:**  So January 19th at 10:30 we'll do

21  that.  Is your preference, Ms. Konkoly, to do that in-person

22  or by video?

23    **MS. KONKOLY:**  Your Honor, I actually work remotely

24  from Minneapolis, so I think that is something that can

25  probably be handled over videoconference.

1  **THE COURT:**  That's fine, we'll do that then.  And

2  then the one thing I will say is I encourage the FDA in its

3  Vaughn index to make sure that it addresses foreseeable

4  harm.  I think the case law is pretty clear that that

5  standard has particular force in deliberative process cases,

6  and that you just need to avoid boilerplate and make sure

7  that you're addressing the foreseeable harm more than simply

8  saying disclosing agency deliberations could have a chilling

9  effect on agency deliberations, which is generic to all

10  deliberative process claims.  So being as specific about

11  that as you can will, I think, be helpful.

12  And then more generally to both parties, being as

13  specific as you can be in the pre-motion notices about what

14  the actual disputes of this case are about would be helpful

15  for the Court.  Sometimes I can help narrow the issues

16  before you launch into briefing.  And apropos of that, you

17  don't need to in your statements tell me what the summary

18  judgment standard is or what Exemption 5 says to FOIA, but

19  just get to heart of the matter, what the dispute is about.

20  That will hopefully help us to at least focus issues during

21  the pre-motion conference.

22  Ms. Konkoly, anything else you want to raise

23  before we adjourn?

24  **MS. KONKOLY:**  No, Your Honor.  Thank you.

25  **THE COURT:**  And Mr. Wilcox?

1          **MR. WILCOX:**  Nothing else, Your Honor.  Thank you

2   for the time this morning.

3          **THE COURT:**  Okay, thank you.  Have a nice day.

4        (Proceedings adjourned at 10:34 a.m.)

1

2

<u>C E R T I F I C A T E</u>

3

I, **Jeff Hook, Official Court Reporter**,

4

certify that the foregoing is a true and correct transcript

5

of the remotely reported proceedings in the above-entitled

6

matter.

7

**PLEASE NOTE:** This hearing occurred by

8

videoconference and is therefore subject to the

9

technological limitations of court reporting remotely.

10

11

12

13

December 20, 2022

14

DATE                                    Jeff M. Hook

15

16

17

18

19

20

21

22

23

24

25