IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JUUL LABS, INC, <br><br> *Plaintiff,* <br><br> v. <br><br> UNITED STATES FOOD AND DRUG ADMINISTRATION, <br><br> *Defendant.* | Civil Action No. 1:22-cv-2853 (RDM) |

## NOTICE OF APPEARANCE

Please take notice that Peter Farrell hereby enters his appearance as counsel of record for the Plaintiff in the above-captioned matter. Mr. Farrell hereby certifies that he is personally familiar with the Local Rules of this Court.

Dated:  January 19, 2023

Respectfully submitted,

/s/ *Peter A. Farrell*
Peter A. Farrell (D. DC Bar ID: 975579)
KIRKLAND & ELLIS LLP
1301 Pennsylvania Ave., NW
Washington, DC 20004
(202) 389 5959
pfarrell@kirkland.com

*Counsel for Plaintiff*