1          IN THE UNITED STATES DISTRICT COURT
               FOR THE DISTRICT OF COLUMBIA

2

3    JUUL LABS, INC.,
                                        Civil Action
4            Plaintiff,                 No. 1:22-cv-2853

5         vs.                           Washington, DC
                                        January 19, 2023
6    FOOD & DRUG ADMINISTRATION,
                                        10:45 a.m.
7            Defendant.
     _____/

8

9

10         TRANSCRIPT OF PRE-MOTION CONFERENCE (ZOOM)
           BEFORE THE HONORABLE RANDOLPH D. MOSS
               UNITED STATES DISTRICT JUDGE

11

12

     APPEARANCES:
13

     For the Plaintiff:      PETER FARRELL
14                           Kirkland & Ellis
                             1301 Pennsylvania Avenue, NW
15                           Washington, DC 20004

16

17   For the Defendant:      ANTONIA KONKOLY
                             U.S. Department of Justice
18                           1100 L Street, NW
                             Washington, DC 20005
19

20

21

22

     Court Reporter:         JEFF M. HOOK
23                           Official Court Reporter
                             U.S. District & Bankruptcy Courts
24                           333 Constitution Avenue, NW
                             Room 4700-C
25                           Washington, DC 20001

**P R O C E E D I N G S**

1      **DEPUTY CLERK:**  This is civil action 22-2853, Juul
2   Labs, Inc. vs. Food and Drug Administration.  Would counsel
3   please state your name for the record, starting with
4   plaintiff's counsel.
5
6      **MR. FARRELL:**  Good morning, Your Honor.  Peter
7   Farrell of Kirkland & Ellis on behalf of Juul Labs.
8
9      **THE COURT:**  Good morning to you.
10
11     **MS. KONKOLY:**  Good morning, Your Honor.  Anthony
12  Konkoly from the Department of Justice on behalf of the FDA.
13
14     **THE COURT:**  Good morning to you as well.  So thank
15  you all.  I've read through your notices which I think do
16  frame the issues for me.  I'm happy to hear anything else
17  you want to add now, but no obligation to do so because
18  you've already set forth your positions.
19
20     Ms. Konkoly, anything else you want to add?
21
22     **MS. KONKOLY:**  Your Honor, I'm happy to answer any
23  questions.  I do think we summarized our position in the
24  six-page filing, and I don't want to take up your time
25  repeating that.  But I'm certainly happy to answer any
    questions or perhaps respond to anything the plaintiff might
    want to add.

       **THE COURT:**  Well, the only thing -- I'll give you
    an opportunity to do that in a minute.  The one thing I will
    say is I find that more often than I would like, and

1                    **P R O C E E D I N G S**

2          **DEPUTY CLERK:**  This is civil action 22-2853, Juul

3    Labs, Inc. vs. Food and Drug Administration.  Would counsel

4    please state your name for the record, starting with

5    plaintiff's counsel.

6          **MR. FARRELL:**  Good morning, Your Honor.  Peter

7    Farrell of Kirkland & Ellis on behalf of Juul Labs.

8          **THE COURT:**  Good morning to you.

9          **MS. KONKOLY:**  Good morning, Your Honor.  Anthony

10   Konkoly from the Department of Justice on behalf of the FDA.

11         **THE COURT:**  Good morning to you as well.  So thank

12   you all.  I've read through your notices which I think do

13   frame the issues for me.  I'm happy to hear anything else

14   you want to add now, but no obligation to do so because

15   you've already set forth your positions.

16         Ms. Konkoly, anything else you want to add?

17         **MS. KONKOLY:**  Your Honor, I'm happy to answer any

18   questions.  I do think we summarized our position in the

19   six-page filing, and I don't want to take up your time

20   repeating that.  But I'm certainly happy to answer any

21   questions or perhaps respond to anything the plaintiff might

22   want to add.

23         **THE COURT:**  Well, the only thing -- I'll give you

24   an opportunity to do that in a minute.  The one thing I will

25   say is I find that more often than I would like, and

1   probably more often than the parties would like, in FOIA

2   cases I end up having to write two or three opinions.

3   Because I'll look at it and I'll say, well, I agree with the

4   government 90 percent of the way there, but there's

5   10 percent where they haven't addressed something in their

6   declaration and it really should be more thorough and more

7   complete.  So I grant in part, deny in part.  We then have

8   another round of briefing on that 10 percent.  And sometimes

9   there's like 5 percent where I still say no, you actually

10  need to be more specific and I need more detail on it.

11          And particularly given the fact that plaintiff

12  focuses correctly on the foreseeable harm standard, I just

13  would encourage you in your declarations, Vaughn index and

14  in briefing just to make sure that you offer as much detail

15  and avoid boilerplate as you can in addressing these issues.

16          **MS. KONKOLY:**  Understood.

17          **THE COURT:**  Mr. Farrell, do you want to add

18  anything to what you've submitted?

19          **MR. FARRELL:**  No, Your Honor.  I certainly

20  appreciate the Court's comments about our submissions, and

21  we'll keep that in mind, to be sure we're addressing the

22  issues that Your Honor is focused on.

23          **THE COURT:**  Okay, I appreciate that as well.  So

24  Ms. Konkoly, when do you want to file your opening brief?

25          **MS. KONKOLY:**  Your Honor, the plaintiff -- the

1    parties actually conferred on a briefing schedule and have

2    one to propose to you.

3        **THE COURT:**  Go ahead.

4        **MS. KONKOLY:**   That would begin with the FDA filing

5    an opening motion on March 2nd, which is six weeks from

6    today; Juul cross-moving and opposing the FDA's motion on

7    April 13th, which is, again, an interval of six weeks.  The

8    FDA's opposition and reply combined brief would be due on

9    May 11th, which is an interval of four weeks.  And then Juul

10   would file its reply four weeks later on June 8th.

11       **THE COURT:**  All right.  And Mr. Farrell, I assume

12   that works for you?

13       **MR. FARRELL:**  Yes, Your Honor, that's acceptable

14   to Juul Labs.

15       **THE COURT:**  Okay.  Then I will enter an order

16   directing that the government file its opening motion for

17   summary judgment, along with all the required declarations

18   and the Vaughn index, on or before March 2nd; that plaintiff

19   oppose that motion and file any cross-motion on or before

20   April 13th; that the government file its reply in support of

21   its motion and its opposition to plaintiff's cross-motion on

22   or before May 11th; and that the plaintiff file its final

23   reply brief on or before June 8th.

24       Ms. Konkoly, anything else you want to address

25   today?

1          **MS. KONKOLY:**  No, Your Honor.  Thank you.

2          **THE COURT:**  Mr. Farrell, anything else?

3          **MR. FARRELL:**  No, Your Honor.  Thank you.

4          **THE COURT:**  Have a good day, take care.

5      (Proceedings adjourned at 10:49 a.m.)

1                          **C E R T I F I C A T E**

2


3               I, **Jeff Hook, Official Court Reporter**,

4       certify that the foregoing is a true and correct transcript

5       of the remotely reported proceedings in the above-entitled

6       matter.

7                       **PLEASE NOTE:**  This hearing occurred by

8       videoconference and is therefore subject to the

9       technological limitations of court reporting remotely.

10

11

12

13           January 27, 2023                          _____

14               **DATE**                                  **Jeff M. Hook**

15

16

17

18

19

20

21

22

23

24

25