UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JUUL LABS, INC., *Plaintiff*, v. FOOD AND DRUG ADMINISTRATION, *Defendant*. | Civil Action No. 1:22-cv-02853-RDM |

## DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

Defendant U.S. Food and Drug Administration (FDA) respectfully moves for summary judgment pursuant to Federal Rule of Civil Procedure 56 and Local Civil Rule 7. The reasons supporting this motion are set forth in the concurrently filed memorandum, and supporting declarations and attachments. A proposed order is also attached for the convenience of the Court.

Dated: March 2, 2023

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

MARCIA BERMAN
Assistant Branch Director

_/s/ Antonia Konkoly_
Antonia Konkoly
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L St. NW
Washington, DC 20005
(202) 514-2395 (direct)
antonia.konkoly@usdoj.gov
*Counsel for the Defendant*

Of Counsel:

SAMUEL R. BAGENSTOS
General Counsel
Dep't of Health and Human Services

MARK RAZA
Chief Counsel
Food and Drug Administration

WENDY S. VICENTE
Deputy Chief Counsel for Litigation
Food and Drug Administration

JULIE B. LOVAS
Senior Counsel
Office of the Chief Counsel
Food and Drug Administration