UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JUUL LABS, INC.,<br><br>*Plaintiff*,<br><br>v.<br><br>FOOD AND DRUG ADMINISTRATION,<br><br>*Defendant*. | Civil Action No. 1:22-cv-02853-RDM |

## [PROPOSED] ORDER

Upon consideration of Defendant's motion for summary judgment, it is hereby

**ORDERED** that the motion is **GRANTED,** and judgment is entered in Defendant's favor.

Dated: _____

Hon. Randolph D. Moss
United States District Judge