IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JUUL LABS, INC, <br><br> *Plaintiff,* <br><br> v. <br><br> UNITED STATES FOOD AND DRUG ADMINISTRATION, <br><br> *Defendant.* | Civil Action No. 1:22-cv-2853 (RDM) |

## NOTICE OF APPEARANCE

Please take notice that Steven J. Lindsay hereby enters his appearance as counsel for the Plaintiff in the above-captioned matter.

Dated:  April 12, 2023

                                           Respectfully submitted,

                                           /s/ *Steven J. Lindsay*
                                           Steven J. Lindsay  (D.C. Bar No. 1708507)
                                           KIRKLAND & ELLIS LLP
                                           300 N. LaSalle
                                           Chicago, IL 60654
                                           (312) 862-0178
                                           steve.lindsay@kirkland.com

                                           *Counsel for Plaintiff*