IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JUUL LABS, INC., | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 1:22-CV-02853-RDM |
| FOOD & DRUG ADMINISTRATION, | ) |
| Defendant. | ) |

**PLAINTIFF JUUL LABS, INC.'S EMERGENCY MOTION
FOR EXPEDITED BRIEFING AND IN CAMERA REVIEW**

Plaintiff Juul Labs, Inc. respectfully moves for an expedited briefing schedule on the parties' pending motions for summary judgment and *in camera* review. Plaintiff's proposed briefing schedule and the reasons supporting this motion are set forth in the concurrently filed memorandum, and supporting declarations and attachments. A proposed order is also attached for the convenience of the Court.

KE 95710034.1

Dated: April 12, 2023  Respectfully submitted,

By: */s/ Jason. M. Wilcox*
Peter A. Farrell (DC Bar No. 53608)
Jason M. Wilcox (DC Bar No. 1011415)
KIRKLAND & ELLIS LLP
1301 Pennsylvania Ave, NW
Washington, D.C. 20004
(202) 389-5000

Steven J. Lindsay (DC Bar No. 1708507)
KIRKLAND & ELLIS LLP
300 N LaSalle
Chicago, IL 60654
(312) 862-2000

*Attorneys for Plaintiff Juul Labs, Inc.*