IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| JUUL LABS, INC., <br><br> Plaintiff, <br><br> v. <br><br> FOOD & DRUG ADMINISTRATION, <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) Civil Action No. 1:22-CV-02853-RDM <br> ) <br> ) <br> ) <br> ) <br> ) |

### [PROPOSED] ORDER

Upon consideration of Plaintiff's Emergency Motion for *In Camera* Review And Expedited Briefing, it is hereby **ORDERED** that Plaintiff's motion is **GRANTED**.

For purposes of this Court's *in camera* review, Defendant shall lodge with the Court, within twenty-four hours of this order's issuance, the document labeled "Technical Project Lead (TPL) Review of PMTAs (Additional Disciplines)" in Defendant's *Vaughn* index (Doc. No. 20, Bates No. Range FDA_00427-FDA_00471).

In addition, Defendant's combined response in opposition to Plaintiff's cross-motion for summary judgment, and its reply in support of its motion for summary judgment shall be filed no later than April 20, 2023. Plaintiff's reply in support of its cross-motion for summary judgment shall be filed no later than April 24, 2023.

Dated: _____

                                                                                        Hon. Randolph D. Moss
                                                                                         United States District Judge