**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| JUUL LABS, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) Civil Action No. 1:22-CV-02853-RDM |
| v. | ) |
| | ) |
| FOOD & DRUG ADMINISTRATION, | ) |
| | ) |
| Defendant. | ) |

**PLAINTIFF JUUL LABS, INC.'S OPPOSITION TO FDA'S MOTION FOR SUMMARY JUDGMENT AND CROSS MOTION FOR SUMMARY JUDGMENT**

Plaintiff Juul Labs, Inc. respectfully moves for summary judgment pursuant to Federal Rule of Civil Procedure 56 and Local Civil Rule 7, and opposes the U.S. Food and Drug Administration's (FDA) motion for summary judgment (Doc. 16). The reasons supporting this motion and opposing FDA's motion are set forth in the concurrently filed memorandum, and supporting declarations and attachments. A proposed order is also attached for the convenience of the Court.

Dated:  April 12, 2023                                    Respectfully submitted,


By:   */s/ Jason M. Wilcox*
      Peter A. Farrell (DC Bar No. 53608)
      Jason M. Wilcox (DC Bar No. 1011415)
      KIRKLAND & ELLIS LLP
      1301 Pennsylvania Ave, NW
      Washington, D.C. 20004
      (202) 389-5000

      Steven J. Lindsay (DC Bar No. 1708507)
      KIRKLAND & ELLIS LLP
      300 N LaSalle
      Chicago, IL 60654
      (312) 862-2000

      *Attorneys for Plaintiff Juul Labs, Inc.*