IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JUUL LABS, INC., | ) |
| Plaintiff, | ) ) ) ) Civil Action No. 1:22-CV-02853-RDM |
| v. | ) ) |
| FOOD & DRUG ADMINISTRATION, | ) ) |
| Defendant. | ) ) |

**DECLARATION OF JASON M. WILCOX
IN SUPPORT OF JUUL LABS, INC'S MEMORANDUM IN OPPOSITION TO
DEFENDANT FDA'S MOTION FOR SUMMARY JUDGMENT AND IN SUPPORT OF
ITS CROSS MOTION FOR SUMMARY JUDGMENT**

I, Jason M. Wilcox, declare as follows, based on my own personal knowledge:

I am an attorney admitted to the bar of this Court. I am a partner at Kirkland & Ellis LLP in Washington, D.C. I represent Plaintiff Juul Labs, Inc. in the above captioned case. I am submitting this declaration in support of Juul Labs, Inc.'s Memorandum in Opposition to Defendant FDA's Motion for Summary Judgment and in Support of its Cross Motion for Summary Judgment.

The exhibits discussed herein have been filed as exhibits to this declaration.

1. Exhibit 1 is a true and correct copy of the July 7, 2022 FDA Final Response letter to Juul Labs, Inc.

2. Exhibit 2 is a true and correct copy of the December 16, 2022 *Vaughn* Index for FDA's Document Production.

3. Exhibit 3 is a true and correct copy of the June 23, 2022 Technical Project Lead (TPL) Review of PMTAs re Juul Labs, Inc. (Toxicology).

4. Exhibit 4 is a true and correct copy of the July 29, 2022 Juul Labs, Inc. Request for 21 C.F.R. §10.75 Supervisory Review of the Marketing Denial Order.

5. Exhibit 5 is a true and correct copy of the June 22, 2022 *Wall Street Journal* Article "FDA to Order Juul E-Cigarettes off U.S. Market."

6. Exhibit 6 is a true and correct copy of the June 23, 2022 FDA Marketing Denial Order to Juul Labs, Inc.

7. Exhibit 7 is a true and correct copy of the July 5, 2022 FDA Letter to Juul Labs, Inc. re Staying Marketing Denial Order.

8. Exhibit 8 is a true and correct copy of Juul Labs, Inc.'s website re §10.75 Appeal.

9. Exhibit 9 is a true and correct copy of the August 12, 2022 letter re FDA Acknowledgment Appeal Request.

10. Exhibit 10 is a true and correct copy of the June 23, 2022 Michele Mital Memorandum re Juul Review.

11. Exhibit 11 is a true and correct copy of an excerpt of the June 27, 2022 Public Appendix filed in *Juul Labs, Inc. v. FDA*, No.22-1123 (D.C. Cir.).

12. Exhibit 12 is a true and correct copy of the June 23, 2022 Press release "Chairman Krishnamoorthi Applauds FDA Decision to Ban All Juul Products."

13. Exhibit 13 is a true and correct copy of a July 19, 2021 tweet from Senator Dick Durbin.

14. Exhibit 14 is a true and correct copy of the June 23, 2022 article by Grace Kay "Experts say the FDA ban on Juul e-cigarettes could be the 'opening gun' for a crackdown on the entire industry."

15. Exhibit 15 is a true and correct copy of the June 23, 2022 Juul Labs, Inc. Freedom of Information Act request for TPL Review Memos.

16. Exhibit 16 is a true and correct copy of the June 23, 2022 Juul Labs, Inc. Freedom of Information Act request for Disciplinary Review Documents.

17. Exhibit 17 is a true and correct copy of the July 8, 2022 FDA Partial Response to FOIA Requests to Juul Labs, Inc.

18. Exhibit 18 is a true and correct copy of the March 15, 2023 Troutman Pepper Tobacco Law Blog post "Hidden FDA Record Raises Questions About Its Approach to Public Records and Premarket Tobacco Review."

19. Exhibit 19 is a true and correct copy of the FDA Premarket Tobacco Marketing Granted Orders.

20. Exhibit 20 is a true and correct copy of the October 12, 2021 Technical Project Lead Review of PMTAs re Vuse Solo Power Unit.

21. Exhibit 21 is a true and correct copy of the March 23, 2022 Technical Project Lead Review of PMTAs re Logic Regular Cartridge Capsule Package.

22. Exhibit 22 is a true and correct copy of the April 25, 2022 Technical Project Lead Review of PMTAs re NJOY Ace Pod Rich Tobacco 5%.

23. Exhibit 23 is a true and correct copy of the July 21, 2022 Index to the Administrative Record in *Fontem US, LLC v. FDA*, No. 22-1076 (D.C. Cir.).

24. Exhibit 24 is a true and correct copy of the October 25, 2022 Todd Cecil Memorandum to File re "Development of the Approach to Evaluating Menthol-Flavored ENDS PMTAs."

25. Exhibit 25 is a true and correct copy of the October 25, 2022 Brian King Memorandum to File re "Process for Evaluating Menthol-Flavored ENDS PMTAs."

26. Exhibit 26 is a true and correct copy of the December 6, 2022 Index to the Administrative Record in *Logic Technology v. FDA*, No. 22-3030 (3d Cir.).

27. Exhibit 27 is a true and correct copy of the March 21, 2023 Marketing Denial Order List.

28. Exhibit 28 is a true and correct copy of the November 29, 2021 Index to the Administrative Record in *Al Khalifa Group, LLC v. FDA*, No. 21-71340 (9th Cir.).

29. Exhibit 29 is a true and correct copy of the October 25, 2021 Index to the Administrative Record in *Bidi Vapor LLC v. FDA*, No. 21-13340 (11th Cir.).

30. Exhibit 30 is a true and correct copy of the Index to the Administrative Record in *My Vape Order, Inc. v. FDA*, No. 21-71302 (9th Cir.).

31. Exhibit 31 is a true and correct copy of the November 15, 2021 Index to the Administrative Record in *Fumizer LLC v. FDA*, No. 21-71315 (9th Cir.).

32. Exhibit 32 is a true and correct copy of the October 30, 2019 Advisory Committee Meeting Briefing re Bone, Reproductive and Urologic Drugs Advisory Committee Meeting.

33. Exhibit 33 is a true and correct copy of the October 30, 2019 Summary Minutes of the Bone, Reproductive and Urologic Drugs Advisory Committee Meeting.

34. Exhibit 34 is a true and correct copy of the February 14, 2020 Agile Therapeutics press release "FDA Approves Agile Therapeutics, Inc.'s Twirla® (levonorgestrel and ethinyl estradiol) Transdermal System – A New Weekly Contraceptive Patch Delivering a 30 mcg Daily Dose of Estrogen and 120 mcg Daily Dose of Progestin."

35. Exhibit 35 is a true and correct copy of the June 23, 2022 FDA News Release "FDA Denies Authorization to Market JUUL Products."

36. Exhibit 36 is a true and correct copy of the March 24, 2023 *State of Minnesota v. Juul Labs, Inc.* Order on Motion *in Limine* and Trial Plan.

37. Exhibit 37 is a true and correct copy of excerpts of the April 3, 2023 *State of Minnesota v. Juul Labs, Inc.* trial transcript Vol. 10.

38. Exhibit 38 is a true and correct copy of excerpts of the April 4, 2023 *State of Minnesota v. Juul Labs, Inc.* trial transcript Vol. 13.

39. Exhibit 39 is a true and correct copy of excerpts of the March 6, 2023 *State of Minnesota v. Juul Labs, Inc.* pretrial hearing transcript.

40. Exhibit 40 is a true and correct copy of the December 2022 Reagan-Udall Foundation report entitled "Operational Evaluation of Certain Components of FDA's Tobacco Program."

Pursuant to 28 U.S.C. § 1746, I declare under the penalty of perjury that the foregoing is true and correct.

Executed on April 12, 2023              */s/ Jason M. Wilcox*
                                         Jason M. Wilcox