# Exhibit 1



**DEPARTMENT OF HEALTH AND HUMAN SERVICES**

Food and Drug Administration
Center for Tobacco Products
Document Control Center
Building 71, Room G335
10903 New Hampshire Avenue
Silver Spring, MD 20993-0002

July 21, 2022

*Sent via Email*
Elizabeth Copeland
JUUL Labs Inc.
1000 F Street N.W., Suite 800
Washington, DC 20004
elizabeth.copeland@juul.com

Re:   FOIA Requests 2022-4621 and 2022-4625
      Final Response

Dear Ms. Copeland,

This is a final response to your June 23, 2022, Freedom of Information Act (FOIA) requests to the U.S. Food and Drug Administration (FDA), Center for Tobacco Products (CTP).  You requested the following documents:

- 2022-4621: A copy of the technical project lead review (TPL) and any related documents for the mid-cycle review of the JUUL Labs, Inc. Premarket Tobacco Product Applications: JUULpods (Menthol 3.0%) – PM0000864.PD1; JUULpods (Menthol 5.0%) – PM0000872.PD1; JUULpods (Virginia Tobacco 3.0%) – PM0000874.PD1; JUULpods (Virginia Tobacco 5.0%) – PM0000876; JUUL Device – PM0000878.PD1; JUUL Locked Device – PM0000879.
- 2022-4625: A copy of the disciplinary review documents for the above PMTAs.

Your requests were received in CTP on June 26, 2022.

In an email discussion on July 1, 2022 you clarified the meaning of the 2022-4621 request regarding "mid-cycle" documents as "all documents pertaining to both the first and second cycle scientific reviews, including all disciplinary reviewer notes."

Your requests have been processed under the FOIA, 5 U.S.C. § 552.

On July 8, 2022, we sent you a partial response that included the Technical Project Lead Review (Toxicology) and the First and Second Cycle Toxicology Reviews. The TPL Review (Toxicology) provided the basis for the Agency's Marketing Denial Order (MDO) decision on the products listed above, and the Toxicology Reviews were reviewed and considered for the TPL Review (Toxicology).

An additional search for responsive records was conducted in CTP's Office of Science's Submission Tracking database. This search produced a total of 292 pages.  After reviewing the

responsive pages, CTP FOIA has determined to release 115 pages in full. One-hundred-seventy-seven have been withheld pursuant to FOIA exemption (b)(5) as described below.

**FOIA Exemption (b)(5)** protects from disclosure those inter- and intra-agency records that are normally privileged in the civil discovery context. The three most frequently invoked privileges are the deliberative process privilege, the attorney work-product privilege, and the attorney-client privilege. After carefully reviewing the responsive records, CTP FOIA has determined that some of the responsive documents qualify for protection under the following privilege:

- **Deliberative Process Privilege** protects the integrity of the deliberative or decision-making processes within the agency by exempting from mandatory disclosure opinions, conclusions, and recommendations included within inter-agency or intra-agency memoranda or letters. The release of this internal, predecisional, deliberative information would discourage the expression of candid opinions, would inhibit the free and frank exchange of information among agency personnel, and could cause public confusion as to the grounds of the Agency's decision.

In this situation, the scientific disciplinary reviews contain the thinking of CTP's scientists deliberating as part of the review of the PMTAs. We are, however, releasing the First and Second Cycle Environmental Science and Chemistry Reviews because the Environmental Science Reviews, like the Toxicology Reviews, were reviewed and considered for the TPL Review (Toxicology), and the Toxicology Reviews relied in part on analysis in the Chemistry Reviews. The TPL Review (Toxicology) did not reach other aspects of the applications beyond the potential toxicological health risks of the new products.

This concludes the response for CTP. You have the right to appeal this determination. By filing an appeal, you preserve your rights under FOIA and give the agency a chance to review and reconsider your request and the agency's decision. Your appeal must be mailed within 90 days from the date of this response, to: Director, Office of the Executive Secretariat, US Food & Drug Administration, 5630 Fishers Lane, Room 1050, Rockville, MD 20857, E-mail: FDAFOIA@fda.hhs.gov. Please clearly mark both the envelope and your letter **"FDA Freedom of Information Act Appeal."**

If you would like to discuss our response before filing an appeal to attempt to resolve your dispute without going through the appeals process, please contact Rosemary White at 301-796-7297 or via email at Rosemary.White@fda.hhs.gov and/or CTPFOIA@fda.hhs.gov.  You may also contact the FDA FOIA Public Liaison for assistance at: Division of Freedom of Information, Office of the Executive Secretariat, US Food & Drug Administration, 5630 Fishers Lane, Room 1050, Rockville, MD 20857, E-mail: FDAFOIA@fda.hhs.gov.

If you are unable to resolve your FOIA dispute through our FOIA Public Liaison, the Office of Government Information Services (OGIS), the Federal FOIA Ombudsman's office, offers mediation services to help resolve disputes between FOIA requesters and Federal agencies as a non-exclusive alternative to litigation.  Using OGIS services does not affect your right to pursue litigation.  The contact information for OGIS is: Office of Government Information Services, National Archives and Records Administration, 8601 Adelphi Road–OGIS, College Park, MD 20740-6001; Telephone 202-741-5770; Toll free 1-877-684-6448; Facsimile 202-741-5769; and E-mail ogis@nara.gov.

FOIA Requests 2022-4621 and 2022-4625                                                                                   3

Provisions of the FOIA allow us to recover part of the cost of complying with your request. As a courtesy, CTP will not charge the fees incurred in the processing of this request.

We appreciate the opportunity to assist you!

Sincerely,

For  Jennifer J. German -S
*Digitally signed by Jennifer J. German -S*
*Date: 2022.07.21 20:20:04 -04'00'*

Ms. Marqui Barnes
Chief FOIA Officer
Office of Health Communication and Education
Center for Tobacco Products
U.S. Food and Drug Administration

Enclosures