# Exhibit 2

*Juul Labs, Inc. v. FDA*; Case 1:22-cv-02853
December 16, 2022 Vaughn Index for FDA's Document Production
Documents withheld in full under (b)(5)

**Identified documents withheld in full pursuant to FOIA exemption (b)(5):**

As FDA's briefing in this case will further explain, the withheld records are purely internal; they were drafted by CTP staff-level scientists and addressed to other CTP employees.

The records are pre-decisional; they were developed during review of Plaintiff's premarket tobacco product applications ("PMTAs") for the purpose of helping the agency make its decision on whether to authorize marketing of Plaintiff's products.

The records are deliberative; they contain CTP scientists' recommendations to other CTP scientists, and to their superiors, regarding each individual scientist's views of the data and information that scientist reviewed. None of these reviewers have the authority to make the agency's final decision with respect to authorization or denial of a PMTA.

Unlike the records FDA released to Plaintiff, the withheld records did not provide any part of the basis of the agency's decision in issuing the Marketing Denial Order (MDO) issued to Plaintiff. These records were not adopted by the agency and do not reflect complete agency consideration or a final agency decision.

If these records are disclosed, it is reasonably foreseeable that the agency's current and future deliberations regarding the same data and information would be adversely impacted. As Plaintiff noted in its Complaint, ECF 1 at 1, an administrative review process involving Plaintiff's MDO is currently underway. This review may entail active reconsideration of the very subjects addressed in the withheld records, including deliberations by the same individuals who drafted the earlier review memos, or by different individuals exercising their own independent judgment and expertise. The release of the agency's unfinished deliberations, including the opinions of individuals who could be involved in current or future deliberations on the exact same data and information, could adversely affect those current or future deliberations (including any that may be currently taking place).

It is also reasonably foreseeable that revealing the substance of unfinished staff scientist-level deliberations would cause confusion regarding the basis of FDA's MDO. As FDA's briefing will explain, FDA's MDO was not based in any way upon the subjects discussed in the withheld records. However, because FDA typically releases TPL Review Memos and Discipline Review Memos to applicants that *do* provide the basis for its final decisions, and because the records at issue here did not serve that purpose but otherwise appear very similar to the types of records FDA typically releases to applicants in such circumstances, these records are very likely to be misconstrued outside of the agency. Plaintiff and others might be led to believe that these records reflect the agency's position on topics for which it has not yet reached a conclusion.

| Doc. No. | Bates No. Range (FDA_) | Document Date | Author(s) | Recipient(s) | Document Title | Description of Document | Page Count |
|---|---|---|---|---|---|---|---|
| 1 | FDA_00001-FDA_00015 | 9/16/20 | Susan Rudy, MSN, CRNP | JUUL PMTA Review Team: Priscilla Callahan-Lyon, MD; Donna Cheung, RHPM | Response to Adverse Experience Database Search Request on JUUL PM0000864, PM0000872, PM0000874, PM0000876, PM0000878, PM0000879 received 9/1/2020 | This is a first cycle consultation response from the Tobacco Product Surveillance Team and OS/DIHS Medical Branch.<br><br>Author describes a summary of adverse experience reports submitted to the FDA Safety Reporting Portal that potentially involved the PMTA products, search criteria, and limitations of the searches and the data. Raw adverse experience report data is stored elsewhere and is not fully | 15 |

*Juul Labs, Inc. v. FDA*; Case 1:22-cv-02853
December 16, 2022 Vaughn Index for FDA's Document Production
Documents withheld in full under (b)(5)

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | | | | reproduced in the memo. Author provides this summary to aid Discipline Reviewers in review of the identified PMTAs. | |
| 2 | FDA_00016-FDA_00026 | 10/30/20 | Allison O'Donnell, Office of Health Communication and Education, CTP; Emily Talbert, Office of Health Communication and Education, CTP | Sabeeh A. Baig, Division of Population Health Sciences, Office of Science, CTP | Response to the OHCE consult request for PM0000864, PM0000872, PM0000874, PM0000876, PM0000878, and PM0000879 submitted by the applicant JUUL Labs, Inc. | This is a first cycle consultation response from the Office of Health Communication and Education (OHCE).<br><br>Authors assess whether the marketing information submitted by the applicant 1) describes a reasonable approach to targeting the applicant's intended users of the new products, and 2) includes adequate measures to restrict youth access to the products and limit youth exposure to the products' labeling, advertising, marketing, and promotion. | 11 |
| 3 | FDA_00027-FDA_00044 | 10/30/20 | Rachel C. Dailey, OCE DEM BIMO Reviewer; Natasha N. Livingston, OCE DEM Branch Chief; Priscilla Callahan-Lyon, OS TPL | None identified | Center for Tobacco Products Bioresearch Monitoring Inspection Determination | This is a first cycle discipline review memo by the Office of Compliance and Enforcement (OCE) Division of Enforcement and Manufacturing containing a bioresearch monitoring inspection determination.<br><br>Authors evaluate clinical studies submitted in support of the PMTAs with respect to relevant clinical investigator FDA inspection history, study information (as provided in the applications), and inspection recommendations. | 18 |
| 4 | FDA_00045-FDA_00088 | 11/2/20 | Abraham Agyapong, OCE DEM Manufacturing/Lab Reviewer; Chad R. Burger, OCE DEM Branch Chief; Colleen K Rogers, OS DPS Director; Priscilla Callahan-Lyon, OS TPL | None identified | Center for Tobacco Products Establishment Inspection Determination Memorandum | This is a first cycle discipline review memo by the Office of Compliance and Enforcement (OCE) Division of Enforcement and Manufacturing (DEM).<br><br>Authors assess each manufacturing, storage, and laboratory testing site identified in the PMTAs, including with respect to activities performed, product category and manufacturing factors (i.e. level of knowledge of the products and the manufacturing process), inspection history, and safety issues, and determine which are selected for inspection as part of the review of the PMTAs. | 44 |
| 5 | FDA_00089-FDA_00090 | 11/23/20 | Melissa R. View, Regulatory Counsel, Regulatory Submissions Review Branch, DPAL; Michelle Snortland, Branch Chief, | None identified | Premarket Tobacco Product Application (PMTA) Memorandum: Office of Compliance and Enforcement (OCE): | This is a first cycle consultation response from the Office of Compliance and Enforcement (OCE) Division of Promotion, Advertising, and Labeling (DPAL).<br><br>Authors review the label, labeling, and advertising submitted in the PMTAs with respect to compliance with the FD&C Act and its implementing regulations. | 2 |

*Juul Labs, Inc. v. FDA*; Case 1:22-cv-02853
December 16, 2022 Vaughn Index for FDA's Document Production
Documents withheld in full under (b)(5)

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | Regulatory Submissions Review Branch, DPAL; Elenita Y. Ibarra-Pratt, Division Director, DPAL, Office of Compliance and Enforcement | | Division of Promotion, Advertising, and Labeling (DPAL) | | |
| 6 | FDA_00091-FDA_00140 | 3/23/21 | Apostolos A. Alexandridis; Cindy M. Chang | None identified | 1st Epidemiology Review of PMTAs | This is a first cycle discipline review memo from Office of Science (OS) Epidemiology reviewers.<br><br>Authors evaluate available evidence pertaining to observational studies of product use and health risks and population health modeling. Authors assess product use by current tobacco users; impact on tobacco product non-users, including youth; nicotine concentration; flavors; vulnerable populations; and health risk from an epidemiological perspective. | 50 |
| 7 | FDA_00141-FDA_00197 | 3/24/21 | Nashaat Rasheed; Rashele Moore | None identified | 1st Engineering Review of PMTAs | This is a first cycle discipline review memo from Office of Science (OS) Engineering reviewers.<br><br>Authors assess characterization of product design in terms of design parameters, manufacturing processes and controls, and product analysis. Authors consider Product Description, Design, and Principles of Operation; Manufacturing; Product Life Cycle; and Product Test Data from an engineering perspective. | 57 |
| 8 | FDA_00198-FDA_00218 | 3/24/21 | Prashanthi Mulinti; Colleen K. Rogers | None identified | 1st Microbiology Review of PMTAs | This is a first cycle discipline review memo from Office of Science (OS) Microbiology reviewers.<br><br>Authors evaluate the microbiology-relevant information in the PMTAs, including product composition, manufacture, stability and analyses. Authors consider composition, manufacturing, product stability, product analyses, and adverse experiences from a microbiology perspective. | 21 |
| 9 | FDA_00219-FDA_00255 | 3/24/21 | Sabeeh A. Baig; David B. Portnoy | None identified | 1st Social Science Review of PMTAs | This is a first cycle discipline review memo from Office of Science (OS) Social Science reviewers. | 37 |

Juul Labs, Inc. v. FDA; Case 1:22-cv-02853
December 16, 2022 Vaughn Index for FDA's Document Production
Documents withheld in full under (b)(5)

| # | Bates | Date | Author | Recipient | Subject | Description | Pages |
|---|---|---|---|---|---|---|---|
| | | | | | | Authors evaluate available evidence pertaining to perceptions, appeal, and intentions to use; other information related to efforts to mitigate youth appeal, exposure, and use; and information about whether consumers comprehend product labeling and will use the product as intended or designed. Results of a consultation from CTP Office of Health Communication and Education (OHCE) to review the marketing plan (Doc. No. 2 in this index) are incorporated into this review. Authors consider scope of tobacco product perceptions and intentions studies; impact on current tobacco product users; impact on tobacco product non-users, including youth; vulnerable populations; and labeling and advertising from a social science perspective. | |
| 10 | FDA_00256-FDA_00289 | 3/25/21 | Theresa Watkins-Bryant; Priscilla Callahan-Lyon | None identified | 1st Medical Review of PMTAs | This is a first cycle discipline review memo from Office of Science (OS) Medical reviewers.<br><br>Authors assess the PMTAs' quality of clinical studies and good clinical practices; applicant-sponsored studies; inspection findings; literature review; and adverse experiences reported by the public from a medical perspective. | 34 |
| 11 | FDA_00290-FDA_00312 | 3/26/21 | Carolina P. Ramoa; Megan J. Schroeder | None identified | 1st Behavioral and Clinical Pharmacology Review of PMTAs | This is a first cycle discipline review memo from Office of Science (OS) Behavioral and Clinical Pharmacology reviewers.<br><br>Authors evaluate the behavioral and clinical pharmacology (BCP) outcomes, including product abuse liability, product use behaviors, and biomarkers of exposure (BOE), obtained from the applicant-sponsored clinical studies and the applicant-submitted peer-reviewed literature. Additional studies in the literature may be evaluated for their impact on the applicant's interpretations and conclusions. This review does not address health effects or other clinical outcomes, except for health risks associated with tobacco addiction. | 23 |
| 12 | FDA_00313-FDA_00343 | 11/16/21 | Allison N. O'Donnell, MPH, Office of Health Communication and Education | Sabeeh A. Baig, Division of Population Health Sciences, Office of Science | Response to the OHCE consult request for PM0000864, PM0000872, PM0000874, PM0000876, PM0000878, and PM0000879 submitted by the applicant JUUL Labs, Inc. | This is a second cycle consultation response from the Office of Health Communication and Education (OHCE).<br><br>Author recommends marketing requirements that should be part of the conditions of authorization for the subject PMTAs in the event that marketing is authorized. Author considers (1) FDA's statutory authorities to regulate tobacco product marketing and related activities in the context | 31 |

Case 1:22-cv-02853-RDM   Document 19-4   Filed 04/12/23   Page 6 of 8

*Juul Labs, Inc. v. FDA*; Case 1:22-cv-02853
December 16, 2022 Vaughn Index for FDA's Document Production
Documents withheld in full under (b)(5)

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | | | | of PMTA review; (2) author's analysis of the data supporting the regulation of tobacco product marketing as a necessary component of such determinations; (3) author's evaluation of the marketing plans proposed in the subject applications; (4) author's recommendations for the contents of the advertising and marketing section of any authorization order that might issue for the subject applications; and (5) the public health rationale supporting author's recommendations. | |
| 13 | FDA_00344-FDA_00349 | 1/5/22 | Abraham Agyapong; Chad R. Burger; Michael L. Gu | None identified | PMTA Substantive Review OCE/DEM Manufacturing | This is a second cycle discipline review memo by the Office of Compliance and Enforcement (OCE) Division of Enforcement and Manufacturing (DEM).<br><br>Authors discuss their assessment of the applicant's response to FDA's Deficiency Letter and the results of Remote Regulatory Assessments to verify whether the manufacturing information is consistent with what was submitted in the original application. | 6 |
| 14 | FDA_00350-FDA_00351 | 6/14/22 | Apostolos A. Alexandridis, PhD MPH Health Scientist, Epidemiology Branch 1, Division of Population Health Science, Office of Science; Joanne Chang, PhD MPH, Supervisory Epidemiologist, Epidemiology Branch 1, Division of Population Health Science, Office of Science | File | 1st cycle epidemiology review of PMTAs: Addendum | This is an addendum to the first cycle discipline review memo from Office of Science (OS) Epidemiology reviewers.<br><br>The 1st cycle epidemiology review was completed on March 23, 2021. Since the review was completed, new research findings became available, in particular findings from the 2021 National Youth Tobacco Survey (NYTS). This amendment summarizes these findings and the author's assessment of these findings with respect to the PMTAs from an epidemiology perspective. | 2 |
| 15 | FDA_00352-FDA_00361 | 6/15/22 | Olga Rass (signed on behalf of Olga Rass by Kia J. Jackson); Megan J. Schroeder | None identified | CYCLE 2 Behavioral and Clinical Pharmacology Review of PMTA Request(s) | This is a second cycle discipline review memo from Office of Science (OS) Behavioral and Clinical Pharmacology reviewers. | 10 |

5

*Juul Labs, Inc. v. FDA*; Case 1:22-cv-02853
December 16, 2022 Vaughn Index for FDA's Document Production
Documents withheld in full under (b)(5)

|  |  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  | Author evaluates the applicant's response to deficiencies 23 and 24 identified in the Deficiency letter from a behavioral and clinical pharmacology perspective. Author also considers inspection findings. |  |
| 16 | FDA_00362-FDA_00388 | 6/15/22 | Anjali Verma; Karen M. Coyne | None identified | 2nd Cycle Engineering Review of PMTAs | This is a second cycle discipline review memo from Office of Science (OS) Engineering reviewers.<br><br>Author evaluates the applicant's response to deficiencies 1-9 identified in the Deficiency letter from an engineering perspective. | 27 |
| 17 | FDA_00389-FDA_00402 | 6/15/22 | Jennifer Patro; Prashanthi Mulinti | None identified | CYCLE 2 Microbiology Review of PMTA Request | This is a second cycle discipline review memo from Office of Science (OS) Microbiology reviewers.<br><br>Author evaluates the applicant's response to deficiencies 13-16 identified in the Deficiency letter from a microbiology perspective. Author also considers inspection findings. | 14 |
| 18 | FDA_00403-FDA_00419 | 6/15/22 | Sabeeh A. Baig; David B. Portnoy | None identified | CYCLE 2 Social Science Review of PMTA Request(s) | This is a second cycle discipline review memo from Office of Science (OS) Social Science reviewers.<br><br>Author evaluates the applicant's response to deficiencies 20-22 identified in the Deficiency letter from a social science perspective. In addition, Social Science requested a consult from the Office of Health Communication and Education (OHCE) on the applicant's updated marketing and advertising plans. Relevant information from the resulting memo (Doc. No. 12 in this index) is referenced and summarized in this review. | 17 |

*Juul Labs, Inc. v. FDA*; Case 1:22-cv-02853
December 16, 2022 Vaughn Index for FDA's Document Production
Documents withheld in full under (b)(5)

| 19 | FDA_00420-FDA_00426 | 6/15/22 | Rachel C. Dailey; Natasha N. Livingston; Lillian Ortega | None identified | PMTA Substantive Review: OCE/BIMO | This is a second cycle discipline review memo by the Office of Compliance and Enforcement (OCE) Division of Enforcement and Manufacturing.<br><br>Author describes and assesses the results of the bioresearch monitoring (BIMO) Remote Regulatory Assessments (RRA) conducted regarding certain clinical investigators in support of CTP's review of the PMTAs. Author considers topics including human subject protection and reliability of data submitted. | 7 |
|---|---|---|---|---|---|---|---|
| 20 | FDA_00427-FDA_00471 | 6/23/22 | Kimberly R. Lindsey; Matthew R. Holman | None identified | Technical Project Lead (TPL) Review of PMTAs (Additional Disciplines) | This is a TPL Review Memo in which the Office of Science's (OS) TPL considers the contents of the identified discipline review memos provided by the individual discipline reviewers and makes recommendations to the director of OS regarding the action the TPL believes FDA should take on the application.<br><br>Under "Scope of Review," this memo contains a table listing "Disciplines reviewed" and another listing "Consultations." Those tables identify Doc. Nos. 1-19 in this index, as well as the first and second cycle discipline reviews for Chemistry, Toxicology, and Environmental Science (records that FDA has already produced in full to Plaintiff). This memo refers to the findings and recommendations related to the toxicology review given in the Technical Project Lead (TPL) Review of PMTAs (Toxicology).<br><br>A footer on each page of this memo states "Deliberative – Internal – Not reviewed by CTP/OCD" | 45 |
| Total number of pages withheld in full | | | | | | | 471 |