# Exhibit 7



**DEPARTMENT OF HEALTH & HUMAN SERVICES**

Public Health Service

Food and Drug Administration
Silver Spring, MD 20993-0002

July 5, 2022

BY E-MAIL

Juul Labs Inc.
Attention: Angela Ho-Chen, Director, Regulatory Affairs
1000 F Street NW, Suite 800
Washington, D.C. 20004

Re: June 23, 2022 marketing denial order related to certain products under Premarket Tobacco Product Application ("PMTA") PM0000864, PM0000872, PM0000874, PM0000876, PM0000878, PM0000879; *Juul Labs, Inc. v. FDA*, 22-1123 (D.C. Cir.)

Dear Angela Ho-Chen:

FDA's Center for Tobacco Products ("CTP") issued a marketing denial order to Juul Labs Inc. ("Juul") on June 23, 2022, for the above-captioned products. Juul filed a petition for review in the D.C. Circuit the same day. On June 24, 2022, the court granted Juul's motion for a temporary administrative stay, noting that it was not ruling on the merits of Juul's motion. Juul filed an emergency motion to stay on June 27, 2022, and the government's response brief is due July 7, 2022. Juul has indicated that it may seek administrative review of the marketing denial order.

Pursuant to 21 C.F.R. § 10.75, CTP has concluded that it will review the marketing denial order it issued to Juul related to certain products outlined in Appendix A of the marketing denial order. CTP is undertaking this review because in the course of reviewing the briefing materials in *JUUL v. FDA*, No. 22-1123 (D.C. Cir.), CTP determined that there are scientific issues unique to this application that warrant additional review. Pursuant to 21 C.F.R. § 10.35(a), I am staying Juul's marketing denial order pending this review. I have determined that a stay is in the public interest to help reduce potential confusion about the status of the marketing denial order during this review. Neither this stay of the marketing denial order nor CTP's review of the marketing denial order constitute authorization to market, sell, or ship the products outlined in Appendix A of the marketing denial order.

Accordingly, the marketing denial order issued to Juul, dated June 23, 2022, related to certain products outlined in Appendix A of the marketing denial order, is hereby stayed pending FDA's prompt review.

Brian A. King, PhD, MPH
Center Director
Center for Tobacco Products
U.S. Food and Drug Administration

cc: John C. O'Quinn, P.C., Kirkland & Ellis LLP (by email)
Jason M. Wilcox, P.C., Kirkland & Ellis LLP (by email)
Devin S. Anderson, Kirkland & Ellis LLP (by email)