Exhibit 8

Juul Labs Science

# Juul Labs' Science- and Evidence-Based Appeal of the Marketing Denial Order

**On July 29, JLI submitted an appeal to FDA, which explains the company's position, based on science and evidence, that the marketing denial order (MDO) for its premarket tobacco product applications (PMTAs) was substantively and procedurally flawed.** In the appeal, JLI requests that the MDO be rescinded and its PMTAs be placed back into substantive review so that FDA can complete a full and fair review to determine whether the JUUL System is appropriate for the protection of public health – as required by law. This appeal, referred to as a 10.75 appeal, is currently under review by FDA.

We made the decision to publish our 10.75 appeal and related review materials in an effort to provide transparency on the process and educate stakeholders on the science supporting our PMTAs, as well as the bases for FDA's decision. We are also publishing FDA's Marketing Denial Order and Technical Project Lead memorandum to provide additional context for our decision.

*By necessity, the 10.75 appeal contains information and statements about the relative health risks of the JUUL System compared to combustible cigarettes, as well as other tobacco products. The information and statements in the*

## Stay Connected

Enter your email address to receive science updates from Juul Labs.

Enter your email

☐ By checking this box, you agree to our **Terms and Conditions**. For more information about how we collect and use your data, check out our **Privacy Policy**.

Submit

## To read FDA's Technical Project Lead memorandum, please click here.

# The 10.75 Appeal

## To read JLI's 10.75 appeal, please click here.

## Summary of JLI's 10.75 Appeal

## Stay Connected

Enter your email address to receive science updates from Juul Labs.

By checking this box, you agree to our **Terms and Conditions**. For more information about how we collect and use your data, check out our **Privacy Policy**.

deficiency, the MDO erred by overlooking key information, incorrectly analyzing the information it did consider, and inequitably holding the PMTAs to a new and different standard compared to similarly-situated applicants. The alleged deficiencies, if anything, were limitations that warranted additional engagement and review and could have been reconciled with information already provided in the PMTAs. **Far from justifying a denial, the marketing decision reflected an analysis that failed to conduct a complete, holistic, and fair review of the body of science and evidence in JLI's PMTAs**." – Excerpt from the Executive Summary of JLI's 10.75 Appeal

**On substance**, the conclusions and supporting findings in the MDO are inconsistent with the information, data, and analysis provided in JLI's PMTAs, and each alleged deficiency rests on an incorrect or incomplete assessment of the data. **On procedure**, the marketing decision applied a new and different standard to the data, which appears to have been created for, and applied only to, JLI's PMTAs. We believe that all perceived limitations identified by the MDO could have been resolved by clarifications through the usual, iterative process that defines a full review of product applications, and which manufacturers of authorized products have received.

JLI respectfully disagrees with FDA's decision and believes that our PMTAs provided sufficient science and evidence to support the marketing of JUUL

## Stay Connected

Enter your email address to receive science updates from Juul Labs.

By checking this box, you agree to our **Terms and Conditions**. For more information about how we collect and use your data, check out our **Privacy Policy**.

protection of public health

- A full and fair opportunity to respond to any additional deficiencies beyond those in the MDO

## JLI's Responses to the MDO's Deficiencies

### The conclusions and supporting findings in the MDO are inconsistent with the information, data, and analysis provided in JLI's PMTAs. Each deficiency identified by the FDA rests on an incorrect or incomplete assessment of the data.

Despite the wealth of data included in our PMTA, the MDO nonetheless focused on limited issues within a narrow subset of toxicological data instead of considering it in the context of the overall health risk evaluation. The four deficiencies identified in the MDO relate to toxicological signals and potential hazards that, while relevant, have been effectively ruled out or further characterized in a scientific manner beyond what is described in the MDO.

**Deficiency 1:** The MDO asserted that JLI identified certain leachable constituents (constituents from the pod and related components that could

## Stay Connected

Enter your email address to receive science updates from Juul Labs.

By checking this box, you agree to our **Terms and Conditions**. For more information about how we collect and use your data, check out our **Privacy Policy**.

a determination of whether JUUL products are appropriate for the protection of public health.

But the MDO focused on limited methodological differences in select in vitro and in vivo studies, from which JLI did provide sufficient and reliable information to inform on the genotoxic potential of JUUL products. More importantly, the MDO did not account for the additional science and evidence in which a signal of potential genotoxicity from an in vitro study was further assessed by subsequent studies and incorporated into whole product risk assessments to characterize potential exposures and associated health risk from the use of the JUUL System.

FDA did just that for another authorized product. For IQOS, FDA found that "some of the chemicals are genotoxic or cytotoxic" in the product but "these chemicals are present in very low levels and potential effects are outweighed by the substantial decrease in the number and levels of HPHCs found in [combustible cigarettes]." It should have done the same here but chose otherwise.

**Deficiency 4:** The MDO asserted that JLI provided data showing its Menthol 5.0% product is potentially mutagenic (ie: causes damage to cells). As a

## Stay Connected

Enter your email address to receive science updates from Juul Labs.

By checking this box, you agree to our **Terms and Conditions**. For more information about how we collect and use your data, check out our **Privacy Policy**.

**that defines a full review of product applications.** The alleged deficiencies, if anything, were limitations that warranted additional engagement and review and could have been reconciled with information already provided in the PMTAs.

During the nearly two-year review period for its PMTAs, JLI received just one substantive request for additional information, which it addressed by providing additional information, data, and analysis to support FDA's review in June 2021. From June 2021 until the MDO in June 2022, FDA did not raise any other questions or otherwise engage substantively with JLI.

This limited engagement is in direct contrast to FDA's usual, iterative process that defines a full and complete review of product applications generally and how it has managed other PMTAs specifically, particularly those that it has authorized.

## Stay Connected

Enter your email address to receive science updates from Juul Labs.

By checking this box, you agree to our **Terms and Conditions**. For more information about how we collect and use your data, check out our **Privacy Policy**.

# FDA's Toxicological Evaluations for PMTA-Authorized Products

**The marketing decision applied a new and different standard to the data, which appears to have been created for, and applied only to, our PMTAs.** FDA has previously authorized new products that lacked toxicological data (VERVE), had genotoxic and mutagenic concerns (IQOS), presented toxicological risks from unknown leachable compounds (Logic), or showed a toxicological profile that was similar to a traditional cigarette (Moonlight VLN Cigarettes). Yet the outcome for JLI's PMTAs and the JUUL System was quite different.

Below are examples of how FDA has evaluated toxicological data for other applications. Here, FDA identified areas of concern but resolved those issues by accounting for other scientific findings to conclude that the products were appropriate for the protection of public health.

| Product | Toxicological Concern | Resolution |
|---|---|---|
| Verve[1] | "No original toxicology studies were submitted by the applicant | "Nonetheless, based on the data from oral |

## Stay Connected

Enter your email address to receive science updates from Juul Labs.

By checking this box, you agree to our **Terms and Conditions**. For more information about how we collect and use your data, check out our **Privacy Policy**.

| | | |
|---|---|---|
| IQOS[2] | "Eleven chemicals were identified with genotoxic potential. Based on the available toxicological data and predictive toxicology modeling analysis submitted by the applicant, 20 of the 30 chemicals exhibit concerns for potential health effects."<br><br>"Many of the chemicals do not have sufficient inhalation toxicity or genotoxicity/carcinogenicity data to inform the toxicological evaluation of heated tobacco products. The data provided by the applicant is not sufficient to support their conclusion that these compounds pose no risk to IQOS users . . . ." | "However, although there is potential for genotoxicity with some of these compounds, the exposure levels appear low and the available data does not preclude a conclusion the products are appropriate for the protection of public health.""Although some of the chemicals are genotoxic or cytotoxic, these chemicals are present in very low levels and potential effects are outweighed by the substantial decrease in |

## Stay Connected

Enter your email address to receive science updates from Juul Labs.

By checking this box, you agree to our **Terms and Conditions**. For more information about how we collect and use your data, check out our **Privacy Policy**.

| | | |
|---|---|---|
| | the new products. The applicant concluded that the potential risks to consumers from identified and partially identified leachable compounds are acceptable but risk for the unknown leachable compound was above the benchmark value of 1.0 which indicates potential risks of concern." | levels present, if there is any contribution towards cancer hazard, these risks are outweighed by decreases in HPHCs by 83–99% in all new products." |
| Moonlight VLN Cigarettes[4] | "HPHC data for both VLN™ cigarettes indicates that noncancer hazards and cancer risks are likely similar to or slightly lower than NNC cigarettes, based on HPHC comparisons to top market-share cigarettes."<br><br>"The toxicology review determined that overall, based on ISO regimen | "As TPL, I agree with the toxicology review conclusion. After consideration of all the toxicological data presented, the overall toxicological risks of VLN™ cigarettes are likely similar to those associated with use of |

## Stay Connected

Enter your email address to receive science updates from Juul Labs.

By checking this box, you agree to our **Terms and Conditions**. For more information about how we collect and use your data, check out our **Privacy Policy**.

> increases in acetaldehyde and acrylonitrile via the CI regimen likely do not raise cancer-risk-related concerns for the VLN™ cigarettes. Overall based on these CI regimen HPHC data, cancer risks are likely similar with use of VLN™ cigarettes and use of commercially marketed NNC cigarette comparators."

[1] FDA TPL Review of 22nd Century Group Inc.'s PMTAs PM0000491–PM0000492, p. 15, 27, 28, 34.

[2] FDA TPL Review of Philip Morris Product S.A.'s PMTAs PM0000424–426, PM0000479, p. 32, 39, 42.

[3] FDA TPL Review of Logic Technology Development LLC's PMTAs PM0000529.PD1– PM0000531.PD1, PM0000535.PD1–PM0000537.PD1, PM0000540.PD1–PM0000541.PD1, p. 37.

[4] FDA TPL Review of 22nd Century Group Inc.'s PMTAs PM0000491–PM0000492, p. 15, 27, 28, 34.

## Stay Connected

Enter your email address to receive science updates from Juul Labs.

By checking this box, you agree to our **Terms and Conditions**. For more information about how we collect and use your data, check out our **Privacy Policy**.

## which required FDA to give JLI's PMTAs a complete and fair review.

Privacy Policy

Terms and Conditions

This website serves as a centralized portal for Juul Labs to disseminate scientific information to members of the scientific and public health communities, regulators, and policymakers. This information is not for advertising or promotional purposes or intended for a consumer audience.

Juul Labs, Inc. is committed to providing accessible products and services. If you have a question or comment about accessibility at JLI, please **contact us**. We strive to follow Web Content Accessibility Guidelines (WCAG) and use Accessible Rich Internet Applications (ARIA) specifications.

## Stay Connected

Enter your email address to receive science updates from Juul Labs.

By checking this box, you agree to our **Terms and Conditions**. For more information about how we collect and use your data, check out our **Privacy Policy**.