# Exhibit 9



U.S. Food & Drug Administration
10903 New Hampshire Avenue
Silver Spring, MD  20993
www.fda.gov

August 12, 2022

FDA Submission Tracking Number (STN): AP0000166
ACKNOWLEDGE APPEAL REQUEST
VIA UPS

Jose Luis Murillo
Chief Regulatory Officer
Juul Labs
1000 F Street NW, Suite 800
Washington, DC 20004-1501

Dear Mr. Murillo,

I am writing to acknowledge and accept for review your request for supervisory review regarding PM0000864.PD1, PM0000872.PD1, PM0000874.PD1, PM0000876.PD1, PM0000878.PD1, and PM0000879.PD9, that was received by the Center for Tobacco Products (CTP) on July 29, 2022.

Your letter concerns the June 23, 2022 Marketing Denial Order (MDO) issued by the Office of Science (OS).

I have delegated the authority to decide, on my behalf, all appeals pursuant to 21. C.F.R. § 10.75 to Shawn Fultz, MD, JD, MPH, Supervisory Special Projects Coordinator. As part of his review, Dr. Fultz will consult with senior representatives from OS regarding the appealed decision and will keep me apprised of his decision.

If you have concerns about the appeal process or would like to speak confidentially about your appeal request, please contact the CTP Ombudsman, Nathan Hurley, by email at Nathan.Hurley@fda.hhs.gov or by phone at (301) 796-3095.

Sincerely,

Brian King
Digitally signed by Brian King
Date: 2022.08.12 16:31:36 -04'00'

Brian A. King, Ph.D., M.P.H.
Director
Center for Tobacco Products
Food and Drug Administration