# Exhibit 11

GREG WALDEN, OREGON
CHAIRMAN

FRANK PALLONE, JR., NEW JERSEY
RANKING MEMBER

ONE HUNDRED FIFTEENTH CONGRESS

# Congress of the United States
## House of Representatives

COMMITTEE ON ENERGY AND COMMERCE
2125 RAYBURN HOUSE OFFICE BUILDING
WASHINGTON, DC 20515–6115
Majority (202) 225–2927
Minority (202) 225–3641

March 8, 2018

The Honorable Scott Gottlieb, M.D.
Commissioner
U.S. Food and Drug Administration
10903 New Hampshire Ave.
Silver Spring, MD 20993

Dear Commissioner Gottlieb:

    I am writing to reiterate my concerns regarding the delays to the May 2016 final deeming rule, particularly in light of products like JUUL gaining widespread popularity among our nation's youth. The rule extends the Food and Drug Administration's (FDA) authority to all tobacco products, including e-cigarettes and other electronic nicotine delivery systems (ENDS). Finalizing the 2016 deeming rule was a critical step in strengthening FDA's ability to regulate these products, but full implementation of the rule is needed in order to achieve the goals of the Family Smoking Prevention and Tobacco Control Act as passed by Congress in 2009.

    FDA's decision in July 2017 to delay important compliance deadlines for the final deeming rule will permit some newly deemed products to stay on the market until 2022 without premarket review by FDA. Prior to the delay, manufacturers would have been obligated to begin submitting certain categories of applications this year. This compliance extension means that for over four more years these products will lack needed public health oversight and will risk continued exposure to a new generation of youth.

    The need for FDA oversight has become all the more critical as press reports note that JUUL has become widely available to minors and its usage among teens is rampant.[1] JUUL resembles a USB flash drive, can be charged in a computer, and comes in kid-friendly flavors like "creme brulee," "fruit medley," and "cool cucumber." Nicotine containing products such as JUUL can be highly addictive and JUUL even advertises on its website that the device's liquid-nicotine cartridge contains the same amount of nicotine as a pack of cigarettes.

---

[1] *See* CBS News, Concerns Over Health Effects of Vaping – And Rising Use Among Teens, Feb. 26, 2018 (https://www.cbsnews.com/news/vaping-health-effects-rising-use-among-teens/).

The Honorable Scott Gottlieb, M.D.
March 8, 2018
Page 2

The availability of JUUL and e-cigarettes to youth is extremely troubling, and I am deeply concerned that FDA's delay of the final deeming rule will lead to more kids and teens using these harmful products and getting addicted to nicotine.

According to the National Youth Tobacco Survey, 11.3 percent of high school students and 4.3 percent of middle school students were current e-cigarette users in 2016.[2] However, a recent study identified that a quarter of youth and young adult JUUL users refer to JUUL use as "JUULing" and not "vaping."[3] As a result, CDC e-cigarette data may not be fully capturing the extent of JUUL usage.

However, since JUUL entered the market in 2015 – after the grandfathered date of February 15, 2007 for newly deemed products, but prior to the finalization of the deeming rule in 2016 – the manufacturers of this product are not required to submit a premarket tobacco product application to FDA until August 8, 2022.[4] It is concerning to me that these products will continue to be disseminated, marketed, and utilized for several more years without FDA having all necessary information to evaluate the health risks and potential health implications for these products. There is simply no reason for FDA to not begin reviewing these products immediately.

I am particularly concerned about the impact of these delays on youth access to e-cigarettes and other ENDS products. The Centers for Disease Control and Prevention (CDC) and the Surgeon General have reported that e-cigarettes are now the most commonly used form of tobacco by youth in the United States and that young people are trying these products based on curiosity, taste, and the belief that e-cigarettes are less harmful than other tobacco products.[5]

---

[2] Centers for Disease Control and Prevention, "Tobacco Use Among Middle and High School Students – United States, 2011-2016," Morbidity and Mortality Weekly Report, 66(23):597-603, June 16, 2017 (https: //www.cdc.gov/mmwr/volumes/66/wr/pdfs/mm6623a1.pdf).

[3] Truth Initiative, "Monitoring the future reveals good and bad news underscoring need for education and regulation," Dec. 14, 2017 (https://truthinitiative.org/sites/default/files/Latest-Monitoring-the-Future-Survey-Reveals-Good-and-Bad-News-Underscoring-Need-For-Education-and-Regulation.pdf).

[4] *See* Extension of Certain Tobacco Product Compliance Deadlines Related to the Final Deeming Rule, Guidance for Industry (Revised) (Nov. 2017), https://www.fda.gov/downloads/TobaccoProducts/Labeling/RulesRegulationsGuidance/UCM557716.pdf.

[5] Centers for Disease Control and Prevention, "Tobacco Use Among Middle and High School Students – United States, 2011-2016," Morbidity and Mortality Weekly Report, 66(23):597-603, June 16, 2017 (https://www.cdc.gov/mmwr/volumes/66/wr/pdfs/mm6623a1.pdf). Dep't Health & Human Services, Office of the Surgeon General, E-Cigarette Use Among Youth and Young Adults: A Report of the Surgeon General, 2016 (https://e-cigarettes.surgeongeneral.gov/documents/2016_sgr_full_report_non-508.pdf).

The Honorable Scott Gottlieb, M.D.
March 8, 2018
Page 3

Additionally, just this past January the National Academies of Sciences, Engineering, and Medicine released a comprehensive report on the public health consequences of e-cigarettes, finding that there is substantial evidence that e-cigarette use increases the risk of ever using combustible tobacco cigarettes among youth and young adults.[6]

Even more concerning, new research released this month has shown that adolescents who use e-cigarettes are exposed to at least five different dangerous chemicals and that fruit-flavored products – that are often the most appealing to youth users – produced significantly higher levels of certain cancer-causing chemicals.[7] This research confirms what we have already known: that kids and teens face serious health risks from these products.

I am encouraged by FDA's intentions for a new comprehensive plan for tobacco and nicotine regulation and believe these efforts have the potential to significantly reduce nicotine addiction and tobacco-related disease and death in the future. However, these actions should not come at the expense of important oversight for newly deemed tobacco products like e-cigarettes and ENDS.

I urge you to reconsider the lengthy compliance extensions to the deeming rule that will leave potentially risky products on the market for several more years. By exercising your authority under the Tobacco Control Act to review new tobacco products like JUUL, the agency would be able to expeditiously remove products that are harmful to public health from the market when necessary. FDA must exercise its authority to the fullest extent without delay in order to protect the American public, and most especially American youth, from the harmful effects of tobacco usage.

Sincerely,

Frank Pallone, Jr.
Ranking Member

---

[6] The National Academies of Sciences, Engineering, and Medicine, Consensus Study Report, Public Health Consequences of E-Cigarettes, Jan. 2018.

[7] Rubinstein, Mark L., et al. *Adolescent Exposure to Toxic Volatile Organic Chemicals From E-Cigarettes*, Pediatrics, Vol. 141, No. 4 (April 2018), (https://us.vocuspr.com/Newsroom/ViewAttachment.aspx?SiteName=AAP&Entity=PRAsset&AttachmentType=F&EntityID=121686&AttachmentID=3b026982-97a7-4e43-8713-fef7106071c7).

**United States Senate**
WASHINGTON, DC 20510

April 18, 2018

The Honorable Scott Gottlieb, M.D.
Commissioner
United States Food and Drug Administration
10903 New Hampshire Avenue
Silver Spring, Maryland 20993

Dear Commissioner Gottlieb:

    In 2009, Congress granted the Food and Drug Administration (FDA) the authority to regulate the manufacture, distribution, and marketing of tobacco products. In the years since, the FDA has taken a number of important steps to protect the public health and create a healthier future for all Americans by better educating the public about the risks of smoking, cracking down on deceptive practices of big tobacco companies, and considering lowering nicotine levels in cigarettes. We commend the FDA for initiating many of these efforts—including those commenced under your leadership—which have, and will, save lives. However, we write today to share our deep concern that the significant progress we have made in reducing tobacco use among our nation's youth is at serious risk of being reversed because of the FDA's failure to take swift action against specific products that clearly appeal to youth and threaten to hook a generation of children onto tobacco products.

    From aggressively marketing cigarettes and tobacco products near primary and secondary schools, to shamelessly using cartoon characters to shill their products to children, to making their tobacco products available in kid-friendly candy and fruit flavors, it is no secret that big tobacco companies will stop at nothing to hook young people on their addictive and dangerous products. The good news is that, thanks to enhanced prevention and awareness policies, cigarette smoking among high school students is at record lows—dropping from 28 percent in 2000 to 8 percent in 2016. The bad news is that, much to our dismay, these gains are being jeopardized because of non-cigarette tobacco products—especially cigars and e-cigarettes with kid-appealing flavors, including the JUUL vaping device.

    An April 2, 2018, article in *The New York Times*, entitled "'I Can't Stop': Schools Struggle With Vaping Explosion," details the alarming explosion of vaping, and specifically JUUL use, among high school and middle school students across the country. Between 2011 and 2015, the use of e-cigarettes among high school students increased more than ten-fold—from 1.5 percent to 16 percent. While e-cigarette use by high school students declined to 11.3 percent in 2016, e-cigarettes remain the most popular form of tobacco use among youth. According to the U.S. Surgeon General's Report on E-Cigarette Use Among Youth and Young Adults, much of the popularity associated with youth use of e-cigarettes can be attributed to the appealing candy and fruit flavorings that accompany these devices—flavors such as gummy bear, cotton candy, peanut butter cup, and cookies 'n cream. No one with a straight-face could ever argue that these flavorings are not meant to appeal to children.

The *Family Smoking Prevention and Tobacco Control Act of 2009* gave the FDA immediate authority over cigarettes, cigarette tobacco, smokeless tobacco, and roll-your-own tobacco and authorized the agency to expand its jurisdiction to other tobacco products. In May 2016, the FDA finally did so—issuing a rule (the "deeming rule"), which established the agency's authority to regulate e-cigarettes and cigars in order to protect the public health and prevent use youth of these products. And yet—nearly a decade after this law was enacted and two years after the FDA asserted their ability to regulate e-cigarettes—these products and their kid-friendly flavorings are proliferating on the market without adequate FDA oversight.

While we were pleased that the FDA finally took an initial step to regulate flavorings in e-cigarettes and other tobacco products—issuing an advance notice of proposed rulemaking (ANPRM) on March 21, 2018—we remain very concerned that, by announcing in July 2017 a delay of critical, commonsense e-cigarette regulations until 2022, the FDA is not acting quickly enough to protect our nation's youth from becoming addicted to these dangerous products. As the FDA has itself acknowledged, 81 percent of kids who have ever used tobacco products started with a flavored product, including 81 percent who have ever tried e-cigarettes and 65 percent who have ever tried cigars. Big tobacco companies are actively peddling e-cigarettes and kid-friendly flavorings in an attempt to hook an entirely new generation of children on nicotine and tobacco products, and yet the FDA has decided to suspend, for four more years, the requirement that these products undergo a scientific review by the FDA to determine their effect on kids and public health. This is unacceptable.

While it remains an open question whether e-cigarettes can play a role in helping adult smokers to quit cigarettes, there is certainly no role for them to play in our nation's classrooms—and yet that is exactly where they are turning up. It is imperative that the FDA take immediate steps to remove kid-friendly e-cigarette and cigar flavorings from the market. If companies want to use flavors, they should be required to demonstrate to the FDA that use of flavors will benefit public health. If we wait four more years to act, we will have doomed countless more children to addiction and adverse health consequences at the hands of big tobacco companies.

Sincerely,

Richard J. Durbin
United States Senator

Sherrod Brown
United States Senator

Richard Blumenthal
United States Senator

Charles E. Schumer
United States Senator

Patty Murray
United States Senator

Chris Van Hollen
United States Senator

Edward J. Markey
United States Senator

Tim Kaine
United States Senator

Tom Udall
United States Senator

Jack Reed
United States Senator

Elizabeth Warren
United States Senator

CONNECT:    Email Newsletter Sign Up



# PRESS RELEASES

Home // News // Press Releases

Wasserman Schultz, DeGette Lead Congressional Call for Stronger Flavored E-cigarette Controls

*Lawmakers: sale of unreviewed flavored e-cigs fueling youth tobacco epidemic*

**Washington, March 23, 2021**

*Washington DC* – U.S. Reps. **Debbie Wasserman Schultz** and **Diana DeGette** today led a call by more than 40 Members of Congress for the U.S. Food and Drug Administration (FDA) to prioritize the need to protect youth from nicotine and tobacco products as it conducts its reviews of e-cigarettes and other flavored tobacco products.

The FDA is currently reviewing premarket tobacco applications (PMTAs) for flavored electronic cigarettes.  FDA has permitted many of these flavored products – which have proven to be highly addictive and attractive to children – to remain on the market pending FDA review.  In the letter, the lawmakers specifically call on FDA to remove from the market all flavored e-cigarettes that are currently under FDA review, to deny applications for any flavored e-cigarettes and other flavored tobacco products, and to deny issuing a marketing order for any e-cigarette that poses an increased risk of youth initiation or addiction.

"Flavored e-cigarettes are putting a new generation of kids at risk of nicotine addiction and the serious health harms that result from tobacco use. And these products are widely available and popular with kids," states the letter led by Wasserman Schultz (FL-23) and DeGette (CO-01) to **Acting FDA Commissioner Janet Woodcock**. "Unfortunately, the vast majority of these tobacco products that are

  

CONNECT: Email Newsletter Sign Up

**Joyce Beatty, Ami Bera, M.D., Lisa Blunt Rochester, Julia Brownley, Ed Case, Kathy Castor, David N. Cicilline, Steve Cohen, Angie Craig, Danny K. Davis, Mark DeSaulnier, Ted Deutch, Adriano Espaillat, Bill Foster, Josh Gottheimer, Raúl Grijalva, Jahana Hayes, Mondaire Jones, Kaiali'i Kahele, Raja Krishnamoorthi, James R. Langevin, Ted W. Lieu, Jerry McNerney, Grace Meng, Marie Newman, Eleanor Holmes Norton, Chellie Pingree, Jamie Raskin, Lucille Roybal-Allard, Michael F.Q. San Nicolas, Bobby Rush, Mary Gay Scanlon, Jan Schakowsky, Kim Schrier, M.D., Terri A. Sewell, Darren Soto, Haley Stevens, Thomas R. Suozzi, Eric Swalwell, Lauren Underwood, and Bonnie Watson Coleman**.

Among the groups supporting the Members' request: Campaign for Tobacco-Free Kids, American Heart Association, Parents Against Vaping e-cigs (PAVe), National Association of Secondary School Principals (NASSP), Preventing Tobacco Addiction Foundation/Tobacco 21, American Lung Association.

A full copy of the letter is attached, and below:

*Dear Acting Commissioner Woodcock,*

*We are writing to express our concern about increased youth tobacco use. According to a February 16 report titled, "Perspective: FDA's Progress on Review of Tobacco Product Applications Submitted by the Sept. 9, 2020 Deadline," (FDA Progress Report) the FDA currently is in the process of reviewing premarket tobacco applications (PMTAs) submitted by the September 9, 2020 court- ordered deadline. This includes numerous applications for flavored electronic cigarettes (e- cigarettes) that currently are available on the market. As FDA conducts its science-based reviews of these products, we urge you to prioritize the need to protect youth from nicotine and tobacco.*

*Flavored e-cigarettes are putting a new generation of kids at risk of nicotine addiction and the serious health harms that result from tobacco use. And these products are widely available and popular with kids. Unfortunately, the vast majority of these tobacco products that are undergoing premarket review have already been on the market for several years with observable negative consequences for public health. As such, we believe the FDA should take the following actions: (1) end its enforcement exemptions for both menthol and disposable e- cigarettes and clear the market of all flavored e-cigarettes until properly reviewed; (2) deny any premarket tobacco applications for flavored e-cigarettes and other flavored tobacco products; and (3) deny authorizing the marketing of any e-cigarette that poses an increased risk of youth initiation or addiction.*

*Flavored e-cigarettes and other flavored tobacco products have been widely available on the market for several years without FDA review to evaluate their effects on public health. Today, e- cigarette use by youth remains at what FDA calls "epidemic proportions" and e-cigarettes have been the most commonly used tobacco products among youth since 2014 – and flavors are a key reason why. The National Youth Tobacco*

Case 1:22-cv-02853-RDM   Document 19-13   Filed 04/12/23   Page 10 of 13
USCA Case #22-1123   Document #1952202   Filed: 06/27/2022   Page 103 of 190

PA-755

CONNECT:     Email Newsletter Sign Up



*This escalating youth addiction data reflects the market dominance of products, like Juul, that have a high abuse liability, due to their high nicotine content. E-cigarette makers have lured kids with appealing flavors and hooked them with massive doses of nicotine. According to the CDC, most e-cigarettes contain nicotine and nicotine is a highly addictive drug that can harm adolescent brain development and can negatively impact attention, learning, mood, and impulse control in youths. This stark reality should guide FDA in implementing premarket review and preclude the authorization of e-cigarettes likely to contribute to the current crisis.*

*FDA's Progress Report indicates that PMTAs for products with the greatest market share will be reviewed first, which may suggest that companies with a strong market presence, like Juul, may be the first product to receive, or be denied, FDA authorization. We believe companies such as Juul have been primarily responsible for fueling the youth e-cigarette epidemic. As such, continued marketing of this product and similar products should not be found "appropriate for the protection of the public health," the statutory standard that must be met for an order allowing new tobacco products to be sold. We fear that authorizing a marketing order for Juul would establish a dangerous precedent, paving the way for authorization of thousands of other flavored and/or highly addictive e-cigarette products, which would cause damage to public health for many years to come.*

*We strongly recommend that FDA's premarket review process require manufacturers to provide convincing evidence that their products do not increase youth use of nicotine and tobacco in ways that increase the risk of abuse and addiction among youth. Products that quickly addict new users, including youth, and then sustain addiction should not be allowed to stay on, or enter, the market.*

*Sincerely,*

*CC: Mitchell Zeller, Director, FDA Center for Tobacco Products*

**Tags:** Women's Issues, Education, Healthcare



CONNECT ON
SOCIAL



September 24, 2021

Dr. Janet Woodcock
Acting Commissioner of Food and Drugs
United States Food and Drug Administration
10903 New Hampshire Ave
Silver Spring, MD 20993, United States

Dear Commissioner Woodcock,

  We write you to express concern about the recent actions taken by the Food and Drug Administration (FDA) regarding electronic nicotine delivery system (ENDS) products. While we applaud the decision to pull more than 5 million of these products from shelves, we are dismayed at the delay in issuing a decision on Premarket Tobacco Product Applications (PMTAs) representing companies with the largest market shares.[1] The FDA has also failed to provide clear guidance on menthol-flavored ENDS products, which make up an increasingly large share of e-cigarette sales.[2] We request a staff briefing and ask that you provide a timeline for issuing decisions on the remaining PMTAs and guidance on the sale of menthol-flavored ENDS products.

  Studies have clearly demonstrated the risk that ENDS products pose to young people, including increasing the likelihood of future consumption of cigarettes.[3] In response to this risk, your agency was given one year to determine whether these products provided more public health benefit than harm to youth, including whether they were safe for smokers and unappealing

---

[1] U.S. Food and Drug Administration (FDA). FDA Statement. FDA Makes Significant Progress in Science-Based Public Health Application Review, Taking Action on Over 90% of More Than 6.5 Million 'Deemed' New Tobacco Products Submitted. (September 9, 2021) https://www.fda.gov/news-events/press-announcements/fda-makes-significant-progress-science-based-public-health-application-review-taking-action-over-90 ; Richtel, Matt. New York Times. F.D.A. Delays Decision on Juul's E-Cigarettes but Orders Others Off the Market. (September 9, 2021) https://www.nytimes.com/2021/09/09/health/fda-e-cigarettes-vaping.html
[2] Diaz, Megan et al. Tobacco Control. Menthol e-cigarette sales rise following 2020 FDA guidance. (September 23, 2020) https://tobaccocontrol.bmj.com/content/early/2020/09/23/tobaccocontrol-2020-056053
[3] Centers for Disease Control and Prevention (CDC). Quick Facts on the Risks of E-cigarettes for Kids, Teens, and Young Adults. https://www.cdc.gov/tobacco/basic_information/e-cigarettes/Quick-Facts-on-the-Risks-of-E-cigarettes-for-Kids-Teens-and-Young-Adults.html; U.S. Department of Health and Human Services (HHS). Office of the Surgeon General. E-Cigarette Use Among Youth and Young Adults: A Report of the Surgeon General. (2016) https://www.cdc.gov/tobacco/data_statistics/sgr/e-cigarettes/pdfs/2016_sgr_entire_report_508.pdf

to children.[4] Despite reassurances that the FDA would prioritize firms with the largest market share,[5] your agency failed to meet its court-ordered deadline and delayed action on PMTAs from several companies associated with the youth e-cigarette epidemic.[6]

Further, your agency has yet to provide clear guidance on menthol-flavored e-cigarettes. After the FDA's harmful decision to exclude menthol-flavored e-cigarettes from restrictions on flavoring in 2020,[7] the sale of these products increased drastically.[8] In a recent announcement, the FDA stated that the scientific review of menthol-flavored ENDS products raised "unique considerations," [9] and we are concerned that the FDA will continue to overlook the risk of these products to youth. The April 2021 decision to issue product standards to ban menthol as a characterizing flavor in cigarettes and cigars is a step in the right direction.[10] The FDA must also take strong action on menthol flavoring in ENDS products in order to curb the youth vaping epidemic.

Your agency's failure to issue a timely decision on all PMTAs and its failure to provide clarity on menthol ENDS products have placed young people at continued risk of exposure to harmful products and dangerous marketing techniques. In fact, in 2020, nearly 20% of high school students and 5% of middle school students reported using e-cigarettes, with mint and menthol flavors being consumed by 56% and 37% of young flavored e-cigarette users, respectively.[11] To increase transparency on the agency's progress towards removing these harmful products from the market, we request a staff briefing and a response to the following questions by October 8, 2021:

1) What is FDA's timeline for issuing decisions on the remaining PMTAs for ENDS products? Please provide an outline of the plan.
2) How does the FDA plan to evaluate the PMTAs for menthol-flavored ENDS products given their harmful impact on youth?

---

[4] Foley, Katherine Ellen. Politico. FDA says more than 5 million electronic cigarettes must be taken off the market. (September 9, 2021) https://www.politico.com/news/2021/09/09/fda-electronic-cigarettes-off-market-510967
[5] Id.
[6] Vallone, Donna et al. JAMA Pediatrics. Electronic Cigarette and JUUL Use Among Adolescents and Young Adults. (January 21, 2020). https://jamanetwork.com/journals/jamapediatrics/fullarticle/2759022
[7] FDA. FDA News Release. FDA finalizes enforcement policy on unauthorized flavored cartridge-based e-cigarettes that appeal to children, including fruit and mint. (January 2, 2020) https://www.fda.gov/news-events/press-announcements/fda-finalizes-enforcement-policy-unauthorized-flavored-cartridge-based-e-cigarettes-appeal-children
[8] Diaz, Megan et al. Tobacco Control. Menthol e-cigarette sales rise following 2020 FDA guidance.
[9] FDA. FDA Statement. FDA Denies Marketing Applications for About 55,000 Flavored E-Cigarette Products for Failing to Provide Evidence They Appropriately Protect Public Health. (August 26, 2021) https://www.fda.gov/news-events/press-announcements/fda-denies-marketing-applications-about-55000-flavored-e-cigarette-products-failing-provide-evidence
[10] FDA. FDA News Release. FDA Commits to Evidence-Based Actions Aimed at Saving Lives and Preventing Future Generations of Smokers. (April 29, 2021). https://www.fda.gov/news-events/press-announcements/fda-commits-evidence-based-actions-aimed-saving-lives-and-preventing-future-generations-smokers
[11] CDC. Morbidity and Mortality Weekly Report (MMWR). E-cigarette Use Among Middle and High School Students — United States, 2020. (September 18, 2020) https://www.cdc.gov/mmwr/volumes/69/wr/mm6937e1.htm

3) How will the FDA ensure that products not authorized for sale are not marketed unlawfully?
    a. In particular, what will you do to enforce the removal of new products on the market without the statutorily required premarket authorization?
    b. How will you ensure the removal of products that received Marketing Denial Orders (MDOs)?

Thank you for your continued efforts to protect youth from harmful ENDS products, and we look forward to your timely response.

Sincerely,

_____
Tim Kaine
United States Senator

_____
Mitt Romney
United States Senator