# Exhibit 12

4/11/23, 10:23 AM  Chairman Krishnamoorthi Applauds FDA Decision to Ban All JUUL Products | House Committee on Oversight and Reform

Case 1:22-cv-02853-RDM   Document 19-14   Filed 04/12/23   Page 2 of 4



(/)

(http://twitter.com/OversightDems) (https://www.facebook.com/OversightDems) (https://www.youtube.com/oversightdems) (https://www.instagram.com/OversightDems/)

Search

# Chairman Krishnamoorthi Applauds FDA Decision to Ban All JUUL Products

Jun 23, 2022    | Press Release

FDA's Decision Follows Subcommittee's Investigation Revealing that JUUL Targeted Children

Washington, D.C. (June 23, 2022)— Today, Rep. Raja Krishnamoorthi, the Chairman of the Subcommittee on Economic and Consumer Policy, and Rep. Mark DeSaulnier issued the following statements, applauding the FDA announcement (https://www.fda.gov/news-events/press-announcements/fda-denies-authorization-market-juul-products) of its decision to deny JUUL's Premarket Tobacco Applications (PMTA), declaring that these devices do  not meet the agency's public health standards and "may have played a disproportionate role in the rise of youth vaping."

**"In 2019, I launched an investigation into the youth vaping epidemic, quickly finding that JUUL successfully marketed and sold its highly addictive product to kids, jumpstarting and perpetuating the youth vaping crisis which has harmed so many," said Chairman Krishnamoorthi.  "Heeding the advice of public health scientists and other experts, last year I called (/news/press-releases/subcommittee-hearing-offers-insight-into-future-of-e-cigarette-regulation) on the FDA to**

**deny JUUL's PMTA applications for both kid-friendly flavored products and its especially addictive high-nicotine products because of the risk they pose to young people. Today, I applaud the FDA for following the science and for clearing the market of the JUUL products that have led countless young Americans to a potential lifelong addiction to nicotine."**

**"The FDA's decision is a victory for public health and a win in the fight to end the youth vaping epidemic," said Congressman DeSaulnier. "While banning products from bad actors like JUUL that got children hooked on e-cigarettes is a great first step, the FDA needs to remove all e-cigarettes from the market until they have been properly reviewed, which is why I've authored the Preventing Vape Use Act that would mandate the FDA to do so."**

Since 2019, the Subcommittee on Economic and Consumer Policy has held four hearings (/legislation/hearings/examining-juul-s-role-in-the-youth-nicotine-epidemic-part-i) on the youth vaping epidemic in America and JUUL's role in fueling the crisis and released new information (/sites/democrats.oversight.house.gov/files/Supplemental%20Memo.pdf) showing how JUUL deliberately targeted children to get them hooked on their products.

On January 2, 2020, Chairman Krishnamoorthi condemned (/news/press-releases/subcommittee-chairman-issues-statement-condemning-administration-s-weak-vaping) the Trump Administration's weakened vaping guidance, which broke the former President's promise to protect America's youth by clearing the market of all e-cigarette flavors, including menthol.

On January 23, 2020, the Chair sent a letter (/news/press-releases/oversight-subcommittee-presses-fda-on-menthol-exception-from-ban-on-flavored-0) to FDA about its plans to enforce the Trump Administration's partial ban on

4/11/23, 10:23 AM Chairman Krishnamoorthi Applauds FDA Decision to Ban All JUUL Products | House Committee on Oversight and Reform

Case 1:22-cv-02853-RDM Document 19-14 Filed 04/12/23 Page 4 of 4

flavored vaping pods, requesting the FDA monitor, in real time, the large number of children who will migrate to menthol e-cigarettes from other now-banned flavors.

In April 2021, the Chair applauded (/news/press-releases/chairman-krishnamoorthi-commends-fda-s-decision-to-ban-menthol-cigarettes-as) FDA's announcement of its plan to ban menthol cigarettes to protect public health and contribute to racial justice.

On February 15, 2022, Chairman Krishnamoorthi called (/news/press-releases/chairman-krishnamoorthi-calls-on-new-fda-commissioner-to-act-quickly-to-protect) on the new FDA Commissioner, Dr. Robert Califf, to act quickly and rule on all outstanding e-cigarette applications and ban all flavored e-cigarettes.

###

**Subcommittees:**
Economic and Consumer Policy (117) (/subcommittees/economic-and-consumer-policy-117) 117th Congress

 (//twitter.com/share?url=https://oversightdemocrats.house.gov/news/press-releases/chairman-krishnamoorthi-applauds-fda-decision-to-ban-all-juul-products&text=Chairman Krishnamoorthi Applauds FDA Decision to Ban All JUUL Products https://oversightdemocrats.house.gov/news/press-releases/chairman-krishnamoorthi-applauds-fda-decision-to-ban-all-juul-products via @OversightDems)

Share