# Exhibit 13



**Senator Dick Durbin** ✓
@SenatorDurbin

A big decision indeed. After dangerous delays, the @US_FDA needs to finally do the right thing and take addictive, kid-friendly products like JUUL off the market.



stltoday.com
Editorial: A big federal decision looms on whether Juul may keep selling e-cig...
Vaping giant Juul Labs soon could face a make-or-break moment if the Food and Drug Administration decides to ban the company's product.

4:23 PM · Jul 19, 2021

**15** Retweets   **2** Quotes   **43** Likes