# Exhibit 16



June 23, 2022

Food and Drug Administration
Division of Freedom of Information
Office of the Executive Secretariat, OC
5630 Fishers Lane, Room 1035
Rockville, MD 20857

Re: **FDA Submission Tracking Numbers (STN): PM0000864.PD1, PM0000872.PD1, PM0000874.PD1, PM0000876.PD1, PM0000878.PD1, PM0000879.PD9 – Request for Disciplinary Review Documents**

Dear Sir or Madam:

On behalf of JUUL Labs, Inc., pursuant to the provisions of the Freedom of Information Act, please provide us with a copy (electronic preferred) of the following documents. I respectfully request the disciplinary review documents for the following JUUL Labs, Inc. Premarket Tobacco Product Applications:

| Product | Submission Tracking Number (STN) |
|---|---|
| JUULpods (Menthol 3.0%) | PM0000864.PD1 |
| JUULpods (Menthol 5.0%) | PM0000872.PD1 |
| JUULpods (Virginia Tobacco 3.0%) | PM0000874.PD1 |
| JUULpods (Virginia Tobacco 5.0%) | PM0000876.PD1 |
| JUUL Device | PM0000878.PD1 |
| JUUL Locked Device | PM0000879.PD9 |

The Company is willing to pay any fees associated with this request.  If the Agency denies any part of this request, please cite each specific reason that justifies the refusal to release the requested information.

Sincerely,

Elizabeth J. Copeland
Sr. Director, Regulatory Submissions and Compliance
Authorized Representative for JUUL Labs, Inc

Email: elizabeth.copeland@juul.com
Cell: 804-572-8356