# Exhibit 17



**DEPARTMENT OF HEALTH AND HUMAN SERVICES**

Food and Drug Administration
Center for Tobacco Products
Document Control Center
Building 71, Room G335
10903 New Hampshire Avenue
Silver Spring, MD 20993-0002

July 8, 2022

*Sent via Email*
Elizabeth Copeland
JUUL Labs Inc.
1000 F Street N.W., Suite 800
Washington, DC 20004
elizabeth.copeland@juul.com

Re:   FOIA Requests 2022-4621 and 2022-4625
      Partial Response

Dear Ms. Copeland,

This is a partial response to your June 23, 2022, Freedom of Information Act (FOIA) requests to the U.S. Food and Drug Administration (FDA), Center for Tobacco Products (CTP). You requested the following documents:
- 2022-4621: A copy of the technical project lead review (TPL) and any related documents for the mid-cycle review of the JUUL Labs, Inc. Premarket Tobacco Product Applications: JUULpods (Menthol 3.0%) – PM0000864.PD1; JUULpods (Menthol 5.0%) – PM0000872.PD1; JUULpods (Virginia Tobacco 3.0%) – PM0000874.PD1; JUULpods (Virginia Tobacco 5.0%) – PM0000876; JUUL Device – PM0000878.PD1; JUUL Locked Device – PM0000879.
- 2022-4625: A copy of the disciplinary review documents for the above PMTAs.

Your requests were received in CTP on June 26, 2022.

In an email discussion on July 1, 2022 you clarified the meaning of the 2022-4621 request regarding "mid-cycle" documents as "all documents pertaining to both the first and second cycle scientific reviews, including all disciplinary reviewer notes."

Your requests have been processed under the FOIA, 5 U.S.C. § 552.

A search for responsive records was conducted in CTP's Office of Science's Submission Tracking database. After reviewing the enclosed responsive pages, CTP FOIA has determined that they are appropriate for public release. They are enclosed in their entirety; no FOIA exemptions have been claimed.

We will continue to process the remaining records responsive to your request. Upon completion, a final response will be sent to you.

If you would like to discuss our response, please contact Rosemary White at 301-796-7297 or via email at Rosemary.White@fda.hhs.gov and/or CTPFOIA@fda.hhs.gov.  You may also contact the FDA FOIA Public Liaison for assistance at: Division of Freedom of Information, Office of the Executive Secretariat, US Food & Drug Administration, 5630 Fishers Lane, Room 1050, Rockville, MD 20857, E-mail: FDAFOIA@fda.hhs.gov.

If you are unable to resolve your FOIA dispute through our FOIA Public Liaison, the Office of Government Information Services (OGIS), the Federal FOIA Ombudsman's office, offers mediation services to help resolve disputes between FOIA requesters and Federal agencies as a non-exclusive alternative to litigation.  Using OGIS services does not affect your right to pursue litigation.  The contact information for OGIS is: Office of Government Information Services, National Archives and Records Administration, 8601 Adelphi Road–OGIS, College Park, MD 20740-6001; Telephone 202-741-5770; Toll free 1-877-684-6448; Facsimile 202-741-5769; and E-mail ogis@nara.gov.

We appreciate the opportunity to assist you!

Sincerely,

Jennifer J. German -S
Digitally signed by Jennifer J German S
Date: 2022.07.08 15:07:19 04 00

For
Ms. Marqui Barnes
Chief FOIA Officer
Office of Health Communication and Education
Center for Tobacco Products
U.S. Food and Drug Administration

Enclosures