Exhibit 24

**Memorandum to File**

| | |
|---|---|
| Date: | October 25, 2022 |
| From: | Benjamin Apelberg, Ph.D.<br>Deputy Director<br>Office of Science, Center for Tobacco Products |

Digitally signed by Benjamin Apelberg -S
Date: 2022.10.25 15:51:01 -04'00'

Todd L. Cecil, Ph.D.
Acting Director
Office of Science, Center for Tobacco Products

Todd L. Cecil -S

Digitally signed by Todd L. Cecil -
S
Date: 2022.10.25 15:54:00 -04'00'

Subject:     Development of the Approach to Evaluating Menthol-Flavored ENDS PMTAs

## Introduction

The Director of the Office of Science (OS), Center for Tobacco Products (CTP), is among the CTP officials authorized to issue orders on pre-market tobacco product applications (PMTAs), and OS has been charged by the CTP Director with reviewing such applications. This memo describes how OS's thinking on the analytical approach to applications for menthol-flavored electronic nicotine delivery systems (ENDS) developed over time, taking into consideration, in particular, the peer-reviewed scientific literature related to menthol-flavored ENDS, regulatory policy, and discussions with CTP's Office of the Center Director (OCD).

## Background

Just prior to September 9, 2020, CTP received more than 6.5 million PMTAs for ENDS products. In the year that followed, CTP conducted premarket review of the applications, analyzed existing scientific evidence, and issued deficiency letters for certain applications. In August 2021, OS began issuing marketing denial orders on certain PMTAs for ENDS with flavors other than tobacco or menthol, deferring decisions on menthol products to allow more time to consider whether there were any aspects unique to menthol-flavored ENDS that would affect the assessment of whether authorizing the marketing of such products would be appropriate for the protection of the public health (APPH). Specifically, OS needed more time to assess whether and to what extent any evidence in the peer-reviewed scientific literature might, in concert with evidence provided in specific product applications, support a finding of benefit from menthol-flavored ENDS for adult menthol-flavored cigarette smokers sufficient to outweigh the risk to youth from the marketing of such a product.

In considering this issue, OS conducted a thorough review of the scientific literature regarding menthol-flavored cigarette smokers and menthol-flavored ENDS use to determine whether it established that menthol-flavored ENDS provide a sufficient benefit for adult smokers relative to that of tobacco-flavored ENDS. OS concluded that the existing literature supports that menthol-flavored cigarette smokers show a preference for menthol-flavored ENDS relative to tobacco-flavored ENDS. But OS did not find that the current literature supports that use of menthol-flavored ENDS by adult smokers is associated with greater likelihood of complete switching or significant cigarette reduction relative to

FDA-LOGICTECHNOLOGY- 000174

tobacco-flavored ENDS. OS considered these findings from the literature together with product-specific evidence to assess the public health impact of particular menthol-flavored ENDS products.

**Logic menthol-flavored ENDS PMTA**

From late 2021 to August 2022, OS work related to menthol-flavored ENDS focused on the Logic menthol-flavored ENDS PMTA because, among other reasons, it was one of the applications for menthol-flavored ENDS furthest along in review. In the latter half of 2021, OS briefed OCD on its evaluation of the Logic menthol PMTA and OS's preliminary recommendation to authorize the marketing of the products. This briefing focused in particular on whether the differential preference for menthol-flavored ENDS among menthol-flavored cigarette smokers documented in the peer-reviewed literature could provide evidence to support a sufficient potential benefit for adult smokers.[a]

From a policy perspective, OS believed at the time that as long as menthol-flavored cigarettes remain on the market, menthol-flavored ENDS could be a direct substitute for them, providing a less harmful alternative for menthol-flavored cigarette smokers, who are less likely to successfully quit smoking than smokers of non-menthol-flavored cigarettes.[b] OS acknowledged that menthol-flavored ENDS appeal to youth but suggested the appeal may not be at the same level as some other flavors (e.g., fruit-flavored ENDS). Accordingly, at the time, OS considered the documented preference for menthol-flavored ENDS among adult menthol-flavored cigarette smokers to suggest a potential benefit: that menthol-flavored cigarette smokers would be more likely to try menthol-flavored ENDS (relative to tobacco-flavored ENDS), creating an opportunity for some to use menthol ENDS and ultimately transition away from combustible cigarettes. OS considered that this suggested potential benefit, in the form of increased opportunity for use and transition, coupled with product-specific evidence of some benefit to smokers (even if not greater than that of tobacco-flavored ENDS products), amounted to a likelihood of greater cessation or significant reduction in smoking that would outweigh the known risks to youth from the marketing of the products, sufficient to meet the legal standard for authorization. OCD raised questions about OS's recommendation, including questions about the role and sufficiency of the general scientific literature on adult menthol smokers' differential preference for menthol ENDS in demonstrating likely behavioral change, and underscored its concerns about the substantial appeal of menthol to youth. Given the importance of the Logic menthol-flavored ENDS PMTA decision in establishing a precedent for CTP's approach to assessing APPH for menthol-flavored ENDS, discussions of whether the available evidence supported a potential benefit to adult smokers continued over the course of several months into 2022.

A decision was still pending for the Logic PMTA in July 2022, when CTP transitioned to a new Center Director.[c] In mid-July 2022, OS conferred with the new Center Director and members of OCD about menthol-flavored ENDS and the Logic menthol-flavored ENDS PMTA. OS shared its views with the new

---

[a] On the question of potential benefit and Logic's PMTA, OS did not consider the differential preference for menthol ENDS in the literature in isolation, but instead in combination with Logic's product-specific evidence of significant reduction in cigarettes smoked per day. However, Logic's evidence did not include a statistical comparison between menthol-flavored ENDS and tobacco-flavored ENDS and all cohorts in Logic's studies reduced cigarettes smoked per day to a similar degree. The evidence therefore did not demonstrate a sufficient benefit from menthol-flavored ENDS use relative to tobacco-flavored ENDS use.
[b] See, for example, Mills et al., 2021. "The Relationship Between Menthol Cigarette Use, Smoking Cessation, and Relapse: Findings From Waves 1 to 4 of the Population Assessment of Tobacco and Health Study." Nicotine Tob Res. 23(6):966-975.
[c] Prior to the start date of the new Center Director, then-OS Director Matthew Holman recused himself from all OS duties as he sought employment outside of FDA. In his absence, the authors of this memo were asked to fill his role until he either returned or left the organization. In late July 2022, Dr. Holman left for employment in the private sector at Philip Morris International.

FDA-LOGICTECHNOLOGY- 000175

Center Director and engaged in an open discussion on topics including the general body of literature, Logic's clinical studies, risks to youth, and potential postmarketing requirements. After that meeting, the OCD Senior Science Advisor shared OCD's views with OS, articulating that, in light of the substantial risk to youth and the lack of robust evidence of actual differential use to quit or significantly reduce cigarettes per day, the approach to menthol-flavored ENDS should be the same as for other flavored ENDS, i.e., the products could be found to be APPH only if the evidence showed that the benefits of the menthol-flavored ENDS were greater than tobacco-flavored ENDS, which pose lower risk to youth.

OS, on its own initiative, then reassessed and decided it was reasonable and consistent to treat menthol-flavored ENDS PMTAs in the same way as other non-tobacco-flavored ENDS PMTAs regarding the evidence needed to show a potential benefit to adult smokers. Regarding youth risk, OS had already determined that menthol-flavored ENDS pose a substantial risk of youth use greater than tobacco-flavored ENDS and similar to flavors such as candy, desserts, sweets, and mint.[d] Accordingly, and based on new awareness and understanding of the OCD position by OS leadership at that time, OS determined it was scientifically appropriate and consistent to adopt the approach applied to other non-tobacco-flavored ENDS, which present a similar risk to youth. In particular, OS concluded that the literature did not demonstrate that menthol-flavored ENDS were differentially effective, relative to tobacco-flavored ENDS, in terms of promoting significant cigarette reduction or complete switching among adult smokers, and that it was scientifically appropriate to expect applicants to provide robust, product-specific evidence showing that their menthol-flavored products facilitate complete switching or significant reduction in smoking (behavior change) among adults greater than that facilitated by tobacco-flavored ENDS, which pose less risk to youth. See, e.g., Logic Menthol Technical Project Lead Review, Section 1.1. OS staff then applied this approach to the Logic application, as they will to other pending applications for menthol-flavored ENDS.

---

[d] For example, in the 2022 National Youth Tobacco Survey, 85.5% of high school and 81.5% of middle school ENDS users reported using non-tobacco-flavored ENDS, and the most commonly used flavor type was fruit (69.1%), followed by candy, desserts, and other sweets (38.3%), mint (29.4%), and menthol (26.6%). Cooper M, Park-Lee E, Ren C, Cornelius M, Jamal A, Cullen KA. Notes from the Field: E-cigarette Use Among Middle and High School Students - United States, 2022. MMWR Morb Mortal Wkly Rep. 2022;71(40):1283-1285.

FDA-LOGICTECHNOLOGY- 000176