| Company Name** | MDO Issuance Date | Update | **Note: This list is not comprehensive. Companies who received MDOs for products not confirmed to be currently marketed are not listed below to protect confidential commercial information (CCI). |
|---|---|---|---|
| Great American Vapes | 8/26/2021 | | |
| JD Nova Group LLC | 8/26/2021 | | |
| Vapor Salon | 8/26/2021 | | |
| Big Time Vapes | 8/30/2021 | | |
| J-Vapor LLC dba North Shore Vapor | 8/31/2021 | | |
| SS Vape Brands Inc. Dba Monster Vape Labs | 8/31/2021 | | |
| Custom Vapors | 8/31/2021 | | |
| The Vaping Tiger | 8/31/2021 | | |
| Gothic Vapor | 8/31/2021 | | |
| TrendSetters E-liquid LLC | 8/31/2021 | | |
| SWT Global Supply | 8/31/2021 | | |
| Diamond Vapor | 9/1/2021 | On August 23, 2022, the United States Court of Appeals for the Eleventh Circuit granted the petitions for review, set aside the MDOs, and remanded the matters to FDA. | |
| American Vapor Group | 9/1/2021 | | |
| MV Enterprises | 9/1/2021 | | |
| Planet of the Vapes | 9/1/2021 | | |
| CITTG dba Orgnx E Liquids | 9/1/2021 | | |
| Vapors of Ohio Inc. dba Nostalgic Vapes | 9/1/2021 | | |
| Buckshot Vapors Inc. | 9/1/2021 | | |
| Royalty Premium E Juice | 9/1/2021 | | |
| Imperial Vapors | 9/1/2021 | | |
| Midwest Vape Supply | 9/1/2021 | | |
| Dominant Vapor | 9/1/2021 | | |
| Mountain Vaporz | 9/1/2021 | | |
| Sir Vapes -A-Lot | 9/1/2021 | | |
| Loveli Design LLC dba Alice in Vapeland | 9/1/2021 | | |
| Nicquid | 9/1/2021 | | |
| Millennial One Inc. dba The Finest E-Liquid | 9/2/2021 | | |
| Vaping Oasis | 9/2/2021 | | |
| Liquid Nics LLC | 9/3/2021 | | |
| Decent Juice | 9/3/2021 | | |
| Wyoming Vapor Company | 9/3/2021 | | |
| SadBoy | 9/3/2021 | | |
| Viper Vapor | 9/3/2021 | | |
| Viper Vapor | 9/3/2021 | | |
| Vapor Source Inc. | 9/3/2021 | | |

| | | | |
|---|---|---|---|
| MJ Asset Holdings | 9/3/2021 | | |
| Gentlemen's Draw LLC | 9/7/2021 | | |
| Custom Vapor Blends LLC | 9/7/2021 | | |
| Nasty Worldwide SDN BHD | 9/7/2021 | | |
| Johnny Copper | 9/7/2021 | On August 23, 2022, the United States Court of Appeals for the Eleventh Circuit granted the petitions for review, set aside the MDOs, and remanded the matters to FDA. | |
| Flavor Labs dba Mob Liquid Labs | 9/7/2021 | | |
| Zen RVA LLC | 9/7/2021 | | |
| Quad City Vapers Club | 9/7/2021 | | |
| Marina technology LLC | 9/7/2021 | | |
| Creative Focus dba Red Devil Vapors | 9/7/2021 | | |
| Doomsday Gourmet | 9/7/2021 | | |
| Tasty Haze | 9/7/2021 | | |
| Treehouse Vapor Company dba Flagship Vapor | 9/7/2021 | | |
| Arc LLC | 9/7/2021 | | |
| Vapor Plus OK | 9/7/2021 | | |
| Balboa | 9/7/2021 | | |
| Nude Nicotine | 9/7/2021 | | |
| Seattle | 9/7/2021 | | |
| Vape On | 9/7/2021 | | |
| Red Rock Vapor | 9/7/2021 | | |
| SWT Global Supply | 9/7/2021 | | |
| Performance Plus Marketing Inc. | 9/7/2021 | | |
| Bidi Vapor | 9/7/2021 | On August 23, 2022, the United States Court of Appeals for the Eleventh Circuit granted the petitions for review, set aside the MDOs, and remanded the matters to FDA. | |
| Malicious Liquids Inc | 9/8/2021 | | |
| Vertigo Vapor | 9/8/2021 | | |
| Lady Boss Vapor | 9/8/2021 | | |
| Vapor Outlet of Wyoming LLC dba Juicity Vapor | 9/8/2021 | | |
| Propaganda E-Liquid LLC | 9/8/2021 | | |
| JMJL Global | 9/8/2021 | | |
| Matrix Minds | 9/8/2021 | | |
| Alaska Elixirs Vape LLC | 9/8/2021 | | |
| Gripum LLC | 9/8/2021 | On August 29, 2022, the United States Court of Appeals for the Seventh Circuit denied Gripum's petition for review. | |
| VIM Blends | 9/8/2021 | | |

| | | | |
|---|---|---|---|
| HotSpot Café LLC dba VV-Juice | 9/8/2021 | | |
| Mountain Oak Vapors, LLC | 9/8/2021 | | |
| Mom and Pop Vapor Shop | 9/8/2021 | | |
| Xtreme Vapors | 9/8/2021 | | |
| My Vape Order Inc. | 9/8/2021 | On October 18, 2021, the Agency issued a stay for this MDO pending its review. On January 19, 2022, FDA partially rescinded this denial with respect to certain products. | |
| Midas Vape LLC | 9/8/2021 | | |
| American Vapor Inc. | 9/8/2021 | | |
| Securience LLC | 9/8/2021 | | |
| VPR Collection | 9/8/2021 | | |
| Underdog E-liquids LLC | 9/8/2021 | | |
| Steep Slope Vape Supply | 9/8/2021 | | |
| Electric Smoke Vapor House | 9/8/2021 | | |
| 7 Daze LLC | 9/8/2021 | | |
| Warlock Vapes dba Zuluvapes | 9/8/2021 | | |
| Lazarus Vintage Corporation | 9/8/2021 | | |
| DFW Vapor Holdings Inc. | 9/8/2021 | | |
| Juice Roll Upz Inc. | 9/8/2021 | | |
| Jaded Vapors LLC | 9/8/2021 | | |
| Valley Vapors LLC | 9/8/2021 | | |
| Vaporized Inc. | 9/8/2021 | | |
| Bombies Inc. | 9/8/2021 | | |
| Vapor Trail LLC dba Mig Vapor | 9/8/2021 | | |
| Boomtown Vapors | 9/8/2021 | | |
| TruVibe Inc. dba Vapor Station FDL | 9/8/2021 | | |
| Vapor Rage LLC | 9/8/2021 | | |
| Kloc Vapor LLC dba The Vapor Edge | 9/8/2021 | | |
| Texas Tobacco Barn dba TXVape Barn | 9/8/2021 | | |
| Vapor Solutions & Labs | 9/8/2021 | | |
| Vape of a Kind | 9/8/2021 | | |
| Vape Crusaders Premium E-liquids | 9/8/2021 | | |
| The Michigan Juice Company LLC | 9/8/2021 | | |
| Magellan Technology Inc. | 9/8/2021 | | |
| JDvapour LLC | 9/8/2021 | | |
| Bang Bang Vapors LLC | 9/9/2021 | | |
| Kinghorn Holding | 9/9/2021 | | |
| RP Vapors | 9/9/2021 | | |
| Riot Labs | 9/9/2021 | | |

| | | | |
|---|---|---|---|
| Walker Enterprises | 9/9/2021 | | |
| Vaper Generation | 9/9/2021 | | |
| Vapor Stockroom | 9/9/2021 | | |
| Stark Vapor LLC | 9/9/2021 | | |
| VR Labs | 9/9/2021 | | |
| The Ecig Café LLC | 9/9/2021 | | |
| Smokeless Smoking Inc. | 9/9/2021 | | |
| South Coast Vapor Co. | 9/9/2021 | | |
| Puff Labs | 9/9/2021 | | |
| Gundo Distro | 9/9/2021 | | |
| Fumizer LLC | 9/9/2021 | On October 22, 2021, FDA partially rescinded this denial with respect to certain products. | |
| The Vapor Vendor LLC | 9/9/2021 | | |
| KJJ Enterprises | 9/9/2021 | | |
| Shop Vapes | 9/9/2021 | | |
| Vape Craft | 9/9/2021 | | |
| Jvapes LLC | 9/9/2021 | | |
| Ovapes Ejuice LLC | 9/9/2021 | | |
| Juice Guys Distribution LLC | 9/9/2021 | | |
| Yogi's Vape | 9/9/2021 | | |
| Northeast Vapor Supplies LLC | 9/9/2021 | | |
| Wadina Distribution LLC DBA GOST Vapor | 9/9/2021 | | |
| E-Vapor Hut LLC | 9/9/2021 | | |
| Tasty Cloud Vape Co. LLC | 9/9/2021 | | |
| Flair Products, LLC | 9/10/2021 | | |
| SSY E-juice | 9/10/2021 | | |
| Apollo Future Technology Inc. | 9/10/2021 | | |
| Vapor Bank E-liquid | 9/10/2021 | | |
| FUMA Vapor, Inc. | 9/10/2021 | | |
| Simply Vapour | 9/10/2021 | | |
| Simple Vapor Company | 9/10/2021 | | |
| Paradigm Distribution | 9/10/2021 | | |
| Victory Liquid LLC | 9/10/2021 | | |
| ECS Global | 9/10/2021 | On October 26, 2021, FDA partially rescinded this denial with respect to certain products. | |
| True Lab Creations | 9/10/2021 | | |
| JT Wood Investments LLC dba Vape It | 9/10/2021 | | |
| Central Vapors | 9/10/2021 | | |
| Tampa Vapor Inc. | 9/10/2021 | | |
| Baker White Inc. | 9/10/2021 | | |
| BMF Labs dba Bad Modder Fogger LLC | 9/10/2021 | | |

| | | | |
|---|---|---|---|
| Mix Masters Inc. | 9/10/2021 | | |
| AAA Strate Vape | 9/10/2021 | | |
| Einstein Vapes | 9/10/2021 | | |
| Absolute Vapor Lounge LLC | 9/10/2021 | | |
| Liquid Art Inc. | 9/10/2021 | | |
| SV Packaging LLC | 9/10/2021 | | |
| Oueis Gas Inc. dba Oasis Vape | 9/10/2021 | | |
| Drippers Vape Shop LLC | 9/10/2021 | | |
| Yoshicon LLC dba Vapergate | 9/13/2021 | | |
| Desert Vapors LLC | 9/13/2021 | | |
| Redwood Ejuice LLC | 9/13/2021 | | |
| Vape Hut Inc. | 9/13/2021 | | |
| Rock Ridge Vapor LLC | 9/13/2021 | | |
| Pettee & D'Sylva Enterprises, LLC | 9/13/2021 | | |
| Abomination LLP | 9/13/2021 | | |
| LXJ LLC | 9/13/2021 | | |
| Twisted Tongue Inc. | 9/13/2021 | | |
| Prohibition Juice Co. | 9/13/2021 | On July 26, 2022, the United States Court of Appeals for the D.C. Circuit issued an order denying Prohibition Juice Co.'s petition for review of its MDO. | |
| Holy Cow ejuice | 9/13/2021 | | |
| Puff Labs LLC | 9/14/2021 | | |
| Smax International LLC | 9/14/2021 | | |
| Texas Select Ventures LLC dba Texas Select Vapor | 9/14/2021 | | |
| LDP Designs LLC | 9/14/2021 | | |
| Tasty Puff LLC | 9/14/2021 | | |
| TPB International LLC | 9/14/2021 | This order was rescinded on October 7, 2021. | |
| Lead by Sales LLC dba White Cloud Cigarettes | 9/14/2021 | | |
| Drippers Vape Shop LLC | 9/14/2021 | | |
| Marlin Steam Company, LLC | 9/14/2021 | | |
| Teardrip Holdings | 9/14/2021 | | |
| 10 Days Inc. dba Pod Juice | 9/14/2021 | | |
| Fumee LLC | 9/14/2021 | | |
| UIS Manufacturing, LLC | 9/14/2021 | | |
| Wages & White Lion Investments dba Triton Distribution | 9/14/2021 | On July 18, 2022, the United States Court of Appeals for the Fifth Circuit issued an order denying Triton Distribution's petition for review of its MDO. | |
| ACH Group LLC dba Bomb Bombz E-liquid | 9/15/2021 | | |
| LeCig Enterprises Inc. | 9/15/2021 | | |

| | | | |
|---|---|---|---|
| The Vape Lounge | 9/15/2021 | | |
| Ecig Charleston LLC | 9/15/2021 | On July 26, 2022, the United States Court of Appeals for the D.C. Circuit issued an order denying Ecig Charleston LLC's petition for review of its MDO. | |
| Cig Free Vape Shop | 9/15/2021 | | |
| Turncoat Industries | 9/15/2021 | | |
| Pop Vapor Co LLC | 9/15/2021 | On August 23, 2022, the United States Court of Appeals for the Eleventh Circuit granted the petitions for review, set aside the MDOs, and remanded the matters to FDA. | |
| VaperMate LLC | 9/15/2021 | | |
| Infamous E Juice | 9/15/2021 | | |
| One Up Vapors LLC | 9/15/2021 | | |
| Cosmic Fog Vapors Operating Company LLC | 9/15/2021 | | |
| Humble Juice Co., LLC | 9/15/2021 | This order was rescinded on November 2, 2021. | |
| Mr. Salt-E LLC | 9/15/2021 | | |
| Ejuice Blvd LLP | 9/15/2021 | | |
| BJC | 9/15/2021 | | |
| Vapor Stop | 9/15/2021 | | |
| Avail Vapor LLC | 9/15/2021 | On November 1, 2021, the Agency issued a stay for this MDO pending its review. | |
| VDX Distribution | 9/15/2021 | | |
| Union Street Brand | 9/15/2021 | On August 23, 2022, the United States Court of Appeals for the Eleventh Circuit granted the petitions for review, set aside the MDOs, and remanded the matters to FDA. | |
| Paradigm Distribution | 9/15/2021 | | |
| Cassadaga Liquids, LLC | 9/15/2021 | | |
| The Zen Vaper E-Liquids LLC | 9/15/2021 | | |
| California Grown E-Liquid | 9/15/2021 | | |
| CRFT Labs Tennessee LLC | 9/15/2021 | | |
| Vapor Ventures Inc dba Innovated Vapors | 9/15/2021 | | |
| Mighty Vapors | 9/15/2021 | | |
| New Orleans Cloud Alchemy | 9/15/2021 | | |
| Southwest Smokeless | 9/15/2021 | | |
| Elite Brothers | 9/15/2021 | | |
| Innevape | 9/15/2021 | | |
| Prophet Premium Blends, LLC | 9/15/2021 | | |
| Grove Inc. | 9/15/2021 | | |
| Ripe Vapes | 9/15/2021 | | |
| Element E-Liquid LLC | 9/15/2021 | | |

| | | | |
|---|---|---|---|
| Jai Mundi, Inc. Kai's Virgin Vapor E-Liquid | 9/15/2021 | | |
| Mothers Milk WTA | 9/15/2021 | | |
| Verdict Vapors | 9/15/2021 | | |
| Jungle Nation | 9/15/2021 | | |
| LAS Ventures Limited | 9/15/2021 | | |
| Awesome Sauce Vapor | 9/15/2021 | | |
| Ashlynn Marketing Group | 9/15/2021 | | |
| K&C Aitken, LLC Dba Elysian Labs | 9/16/2021 | | |
| MH Global LLC dba Steamline Vape Co. LLC | 9/16/2021 | | |
| Beard Vape Company | 9/16/2021 | | |
| Axioco Corporation | 9/16/2021 | | |
| Mister-E-Liquid LLC | 9/16/2021 | | |
| Everything Vapor | 9/16/2021 | | |
| A Perfect Vape | 9/16/2021 | | |
| Vapetasia LLC | 9/16/2021 | On July 18, 2022, the United States Court of Appeals for the Fifth Circuit issued an order denying Vapetasia LLC's petition for review of its MDO. | |
| Bogart Enterprises LLC | 9/16/2021 | | |
| Vape n Juice | 9/16/2021 | | |
| Ruthless Vapor Corporation | 9/16/2021 | | |
| Howard Enterprises | 9/16/2021 | | |
| Pop Vapor Co LLC | 9/16/2021 | | |
| Fuma International LLC | 9/16/2021 | | |
| 611 Vapes dba Erie Shore Vapors | 9/16/2021 | | |
| DR Distributors LLC | 9/17/2021 | | |
| Feel Life Health Inc. | 9/17/2021 | | |
| Heartlandvapes LLC | 9/17/2021 | | |
| Vintage & Vapor Marketplace Inc. | 9/17/2021 | | |
| Northland Vapor Company | 9/17/2021 | | |
| Fuma International LLC | 9/17/2021 | | |
| Lotus Vaping Technologies | 9/17/2021 | | |
| Breeze Smoke LLC | 9/16/2021 | | |
| Feel Life Co Limited | 9/16/2021 | | |
| Liquid Reign Inc. | 9/16/2021 | | |
| Vapornine LLC dba New Leaf Vapor Company | 9/16/2021 | | |
| Maniac Vapor LLC | 9/17/2021 | | |
| E-Liquid Brands LLC | 9/17/2021 | | |
| Boss Vapes | 9/13/2021 | | |
| Cloud House | 9/8/2021 | | |

| | | | |
|---|---|---|---|
| Cool Breeze Vapor LLC | 9/15/2021 | On July 26, 2022, the United States Court of Appeals for the D.C. Circuit issued an order denying Cool Breeze Vapor LLC's petition for review of its MDO. | |
| Juicemafia Inc. | 9/10/2021 | | |
| Licensed E-Liquid Manufacturing | 9/10/2021 | | |
| Newhere Inc. dba Madhatter Juice | 9/8/2021 | | |
| Ohm Slaw Juice LLC dba Justin Parrott | 9/14/2021 | | |
| Opt2mist Vapor Shop LLC | 9/9/2021 | | |
| Phantasm Vapors | 9/9/2021 | | |
| Soft Vape Inc | 9/10/2021 | | |
| The Plume Room LLC | 9/8/2021 | | |
| Vape Element LLC dba BLVK Unicorn | 9/10/2021 | | |
| VapeDaugz LLC | 9/14/2021 | | |
| Vapor Unlimited | 9/10/2021 | On August 23, 2022, the United States Court of Appeals for the Eleventh Circuit granted the petitions for review, set aside the MDOs, and remanded the matters to FDA. | |
| Al Khalifa Group LLC | 10/6/2021 | This order was rescinded on March 1, 2022. | |
| Fontem US, LLC | 4/8/2022 | | |
| JUUL Labs, Inc. | 6/23/2022 | On July 5, 2022, the Agency issued a stay for this MDO pending its review. | |
| Magellan Technology Inc. | 10/6/2022 | | |
| Logic, LLC | 10/26/2022 | On December 15, 2022, the U.S. Court of Appeals for the Third Circuit entered a stay pending review of this MDO. | |
| R.J. Reynolds Vapor Company | 1/24/2023 | On January 25, 2023, the United States Court of Appeals for the Fifth Circuit granted a temporary administrative stay of the MDO issued to R.J. Reynolds Vapor Company's Vuse Vibe menthol e-cigarette product. | |
| R.J. Reynolds Vapor Company | 3/17/2023 | On March 17, 2023, the United States Court of Appeals for the Fifth Circuit granted a temporary administrative stay of the MDOs issued to R.J. Reynolds Vapor Company's Vuse Solo menthol e-cigarette products. | |