# Exhibit 28

# DEPARTMENT OF HEALTH AND HUMAN SERVICES

Food and Drug Administration
Center for Tobacco Products
Document Control Center
Building 71, Room G335
10903 New Hampshire Avenue
Silver Spring, MD 20993-0002

November 29, 2021

Honorable Molly C. Dwyer, Clerk of the Court
United States Court of Appeals for the Ninth Circuit
The James R. Browning Courthouse
95 7th Street
San Francisco, CA 94103

    Re:  *Al Khalifa Group, LLC v. U.S. Food and Drug Administration*,
          No. 21-71340 (9th Cir.)

Dear Ms. Dwyer,

I, Kathleen M. Crosby, am the Director, Office of Health Communication and Education, Center for Tobacco Products, U.S. Food and Drug Administration.

In this capacity, I have custody of certain records related to tobacco products on file with the FDA.

Pursuant to Rule 17(b)(1)(B) of the Federal Rules of Appellate Procedure, attached is a copy of the Index to the Administrative Record related to the record in the above-referenced matter. Each of the documents referred to in the index is an official record of the FDA. Each document being provided to Petitioner is a true and accurate copy of an official record, except that portions of certain documents have been redacted to protect confidential commercial information.

                                 Sincerely,

                                   Kathleen M. Crosby -S

*Digitally signed by Kathleen M. Crosby -S
Date: 2021.11.29 15:37:41 -05'00'*

Kathleen M. Crosby
Director
Office of Health Communication and Education
Center for Tobacco Products
U.S. Food and Drug Administration

Enclosure

cc: Jeffrey H. Grant, Fox Rothschild, LLP
Jayashree Mitra, Fox Rothschild, LLP

Eric B. Beckenhauer, U.S. Department of Justice, Civil Division, Federal Programs Branch
Kate Talmor, U.S. Department of Justice, Civil Division, Federal Programs Branch
Lindsey Powell, U.S. Department of Justice, Civil Division, Appellate Staff

# Administrative Record Index
*Al Khalifa Group, LLC v. U.S. Food and Drug Administration*
21-71340 (9th Cir.)

| Document | Date | Bates Number |
|---|---|---|
| **Submission** | | |
| Applicant PMTA Submission[1] | | |
| **Teleconference** | | |
| Memorandum of Teleconference between FDA and Al Khalifa Group, LLC re: PM0001730 | Jan. 11, 2021 | AL KHALIFA – FDA 1 - 000001-000003 |
| Memorandum of Teleconference between FDA and Al Khalifa Group, LLC re: PM0001730, PM0002037, PM0002430, PM0002402, PM0002415, PM0002420 | Oct. 7, 2021 | AL KHALIFA – FDA 1 - 000004-000006 |
| **Letters** | | |
| Acceptance Letter from FDA to Al Khalifa Group, LLC re: PM0001730 | Nov. 12, 2020 | AL KHALIFA – FDA 1 - 000007-000012 |
| Acceptance Letter from FDA to Al Khalifa Group, LLC re: PM0002402 | Nov. 12, 2020 | AL KHALIFA – FDA 1 - 000013-000016 |
| Acceptance Letter from FDA to Al Khalifa Group, LLC re: PM0002415 | Nov. 12, 2020 | AL KHALIFA – FDA 1 - 000017-000021 |
| Acceptance Letter from FDA to Al Khalifa Group, LLC re: PM0002420 | Nov. 12, 2020 | AL KHALIFA – FDA 1 - 000022-000026 |

---

[1] Petitioner's PMTA submission is part of the record in the above-captioned case, and, as described in the Technical Project Lead Review, the Center for Tobacco Products reviewed the contents of the PMTA submission. Due to technological difficulties with uploading large volumes of documents, however, the Government is not providing Petitioner's submission or establishing page numbers for its contents. Because the PMTA submission is part of the record, the Parties may rely on it, and the portions of the PMTA submission relied upon by the Parties will be included in the appendix filed with the Court.

1

| Document | Date | Bates Number |
|---|---|---|
| Acceptance Letter from FDA to Al Khalifa Group, LLC re: PM0002430 | Nov. 13, 2020 | AL KHALIFA – FDA 1 - 000027-000033 |
| Denial Letter from FDA to Al Khalifa Group, LLC re: Multiple STNs | Oct. 6, 2021 | AL KHALIFA – FDA 1 - 000034-000038 |
| **Technical Reviews**[2] | | |
| Acceptance Review PM0001730 | Nov. 12, 2020 | AL KHALIFA – FDA 1 - 000039-000045 |
| Acceptance Review PM0002402 | Nov. 12, 2020 | AL KHALIFA – FDA 1 - 000046-000050 |
| Acceptance Review PM0002415 | Nov. 12, 2020 | AL KHALIFA – FDA 1 - 000051-000056 |
| Acceptance Review PM0002420 | Nov. 12, 2020 | AL KHALIFA – FDA 1 - 000057-000062 |
| Acceptance Review PM0002430 | Nov. 12, 2020 | AL KHALIFA – FDA 1 - 000063-00071 |
| PMTA Filing Review PM0001730 | Sept. 13, 2021 | AL KHALIFA – FDA 1 - 000072-000080 |
| PMTA Filing Review PM0002402 | Sept. 13, 2021 | AL KHALIFA – FDA 1 - 000081-000087 |
| PMTA Filing Review PM0002415 | Sept. 13, 2021 | AL KHALIFA – FDA 1 - 000088-000095 |
| Review for Flavored ENDS PMTAs (Epi) | Oct. 6, 2021 | AL KHALIFA – FDA 1 - 00096-00100 |

---

[2] While the Denial Letter references 6 submission tracking numbers (STNs), CTP's records for each STN are identical. As such, records that are exact duplicates are not being included in this administrative record.

| Document | Date | Bates Number |
|---|---|---|
| PM0001730, PM0002037, PM0002402, PM0002415, PM0002420, PM0002430 | | |
| Review for Flavored ENDS PMTAs (Soc_Sci) PM0001730, PM0002037, PM0002415, PM0002420, PM0002430 | Oct. 6, 2021 | AL KHALIFA – FDA 1 - 00101-00105 |
| Technical Project Lead Review of PMTAs PM0001730, PM0002037, PM0002402, PM0002415, PM0002420, PM0002430 | Oct. 6, 2021 | AL KHALIFA – FDA 1 - 00106-00126 |
| **References to Technical Project Lead Review** | | |
| 1. U.S. Dep't of Health and Human Services, Public Health Service, Office of the Surgeon General, *E-cigarette Use Among Youth and Young Adults. A Report of the Surgeon General* (2016). | 2016 | AL KHALIFA – FDA 2 – 000001-000277 |
| 2. FDA, *Enforcement Priorities for Electronic Nicotine Delivery Systems (ENDS) and Other Deemed Products on the Market Without Premarket Authorization (Revised)\*: Guidance for Industry* (Apr. 2020). | Apr. 2020 | AL KHALIFA – FDA 2 – 000278-000329 |
| 3. Teresa W. Wang et al., *E-cigarette Use Among Middle and High School Students – United States, 2020*, 69 MMWR 1310-12 (Sept. 18, 2020). | Sept. 18, 2020 | AL KHALIFA – FDA 2 – 000330-000332 |
| 4. Teresa W. Wang et al., *Letter: Disposable E-Cigarette Use Among U.S. Youth – An Emerging Public Health Challenge*, 384 New Eng. J. Med. 1573-76 (Apr. 22, 2021). | Apr. 22, 2021 | AL KHALIFA – FDA 2 – 000333-000336 |
| 5. U.S. Dep't of Health and Human Services, Public Health Service, Office of the Surgeon General, *Preventing Tobacco Use Among Youth and Young Adults: A Report of the Surgeon General* (2012). | 2012 | AL KHALIFA – FDA 2 – 000337-001720 |

| Document | Date | Bates Number |
|---|---|---|
| 6. U.S. Dep't of Health and Human Services, Public Health Service, Office of the Surgeon General, *The Health Consequences of Smoking – 50 Years of Progress: A Report of the Surgeon General* (2014). | 2014 | AL KHALIFA – FDA 2 – 001721-002773 |
| 7. Benjamin J. Apelberg et al., *Symptoms of Tobacco Dependence Among Middle and High School Tobacco Users: Results from the 2012 National Youth Tobacco Survey*, 47 Am. J. Prev. Med. 1-20 (Aug. 2014). | Aug. 2014 | AL KHALIFA – FDA 2 – 002774-002793 |
| 8. Andrea S. Gentzke et al., *Tobacco Product Use Among Middle and High School Students – United States, 2020*, 69 MMWR 1881-88 (Dec. 18, 2020). | Dec. 18, 2020 | AL KHALIFA – FDA 2 – 002794-002801 |
| 9. Teresa W. Wang et al., *Tobacco Product Use and Associated Factors Among Middle and High School Students – United States, 2019*, 68 MMWR Surveill. Summ. 1-22 (Dec. 6, 2019). | Nov. 6, 2019 | AL KHALIFA – FDA 2 – 002802-002826 |
| 10. Karen A. Cullen et al., *Flavored Tobacco Product Use Among Middle and High School Students – United States, 2014-2018*, 68 MMWR 839-44 (Oct. 4, 2019). | Oct. 4, 2019 | AL KHALIFA – FDA 2 – 002827-002832 |
| 11. Liane M. Schneller et al., *Use of Flavored E-Cigarettes and the Type of E-Cigarette Devices Used Among Adults and Youth in the US –Results from Wave 3 of the Population Assessment of Tobacco and Health Study (2015-2016)*, 16 Int'l J. Environ. Res. & Pub. Health 2991-3002 (Aug. 20, 2019). | Aug. 20, 2019 | AL KHALIFA – FDA 2 – 002833-002844 |
| 12. Andrea C. Villanti et al., *Association of Flavored Tobacco Use With Tobacco Initiation and Subsequent Use Among US* | Oct. 23, 2019 | AL KHALIFA – FDA 2 – 002845-002861 |

4

| Document | Date | Bates Number |
|---|---|---|
| *Youth and Adults, 2013-2015*, 2 JAMA Network Open 1-17 (Oct. 23, 2019). | | |
| 13. Shyanika W. Rose et al., *Flavor Types Used by Youth and Adult Tobacco Users in Wave 2 of the Population Assessment of Tobacco and Health (PATH) Study 2014-15*, 29 Tobacco Control 432-46 (July 2020). | June 19, 2020 | AL KHALIFA – FDA 2 – 002862-002894 |
| 14. Brian L. Rostron et al., *Prevalence and Reasons for Use of Flavored Cigars and ENDS Among US Youth and Adults: Estimates from Wave 4 of the PATH Study, 2016 - 2017*, 44 Am. J. Health Behav. 76-81 (Jan. 1, 2020). | Jan. 1, 2020 | AL KHALIFA – FDA 2 – 002895-002901 |
| 15. Bridget K. Ambrose et al., *Flavored Tobacco Product Use Among US Youth Aged 12-17 Years, 2013-2014*, 314 JAMA 1871-73 (Nov. 3, 2015). | Nov. 3, 2015 | AL KHALIFA – FDA 2 – 002902-002908 |
| 16. James Tsai et al., *Reasons for Electronic Cigarette Use Among Middle and High School Students – National Youth Tobacco Survey, United States, 2016*, 67 MMWR 196-200 (Feb. 16, 2018). | Feb. 16, 2018 | AL KHALIFA – FDA 2 – 002909-002913 |
| 17. Janet Audrain-McGovern et al., *The Impact of Flavoring on the Rewarding and Reinforcing Value of E-cigarettes with Nicotine Among Young Adult Smokers*, 166 Drug & Alcohol Dependence 263-67 (Sept. 1, 2016). | Sept. 1, 2016 | AL KHALIFA – FDA 2 – 002914-002924 |
| 18. Gideon St. Helen et al., *Impact of E-liquid Flavors on Nicotine Intake and Pharmacology of E-cigarettes*, 178 Drug & Alcohol Dependence 391-98 (Sept. 1, 2017). | Sept. 1, 2017 | AL KHALIFA – FDA 2 – 002925-002944 |
| 19. Meghan E. Morean et al., *Preferring More E-cigarette Flavors Is Associated* | Jan. 4, 2018 | AL KHALIFA – FDA 2 – 002945-002954 |

| Document | Date | Bates Number |
|---|---|---|
| with E-cigarette Use Frequency Among Adolescents but not Adults, 13 PLoS One 1-10 (Jan. 4, 2018). | | |
| 20. Adam M. Leventhal et al., *Flavored E-cigarette Use and Progression of Vaping in Adolescents*, 144 Pediatrics 1-9 (Nov. 1, 2019). | Nov. 1, 2019 | AL KHALIFA – FDA 2 – 002955-002963 |
| 21. Janet Audrain-McGovern et al., *Initial E-cigarette Flavoring and Nicotine Exposure and E-cigarette Uptake Among Adolescents*, 202 Drug Alcohol Dependence 149-55 (Sept. 1, 2019). | Sept. 1, 2019 | AL KHALIFA – FDA 2 – 002964-002980 |
| 22. Andrea C. Villanti et al., *Menthol and Mint Cigarettes and Cigars: Initiation and Progression in Youth, Young Adults and Adults in Waves 1-4 of the PATH Study, 2013 - 2017*, 23 Nicotine & Tobacco Res. 1318-26 (Nov. 3, 2020). | Aug. 4, 2021 | AL KHALIFA – FDA 2 – 002981-002989 |
| 23. Carrie M. Carpenter et al., *New Cigarette Brands with Flavors That Appeal to Youth: Tobacco Marketing Strategies*, 24 Health Affairs 1601-10 (2005). | Nov. – Dec. 2005 | AL KHALIFA – FDA 2 – 002990-003000 |
| 24. J.K. Pepper et al., *Adolescents' Interest in Trying Flavoured E-cigarettes*, 25 Tobacco Control ii62-ii66 (Sept. 15, 2016). | Sept. 15, 2016 | AL KHALIFA – FDA 2 – 003001-003005 |
| 25. Deepa R. Camenga et al., *Appeal and Use of Customizable E-cigarette Product Features in Adolescents*, 4 Tobacco Reg. Sci. 51-60 (Mar. 2018). | Mar. 2018 | AL KHALIFA – FDA 2 – 003006-003020 |
| 26. M.B. Harrell et al., *Flavored E-cigarette Use: Characterizing Youth, Young Adult, and Adult Users*, 5 Preventive Med. Rep. 33-40 (2017). | Mar. 2017 | AL KHALIFA – FDA 2 – 003021-003028 |

Case 1:22-cv-02853-RDM Document 19-30 Filed 04/12/23 Page 9 of 19

| Document | Date | Bates Number |
|---|---|---|
| 27. Karen A. Cullen et al., *E-cigarette Use Among Youth in the United States, 2019*, 322 JAMA 2095-2103 (Dec. 3, 2019). | Nov. 5, 2019 | AL KHALIFA – FDA 2 – 003029-003045 |
| 28. Jonathan Foulds et al., *Development of a Questionnaire for Assessing Dependence on Electronic Cigarettes Among a Large Sample of Ex-smoking E-cigarette Users*, 17 Nicotine & Tobacco Res. 186-92 (2015). | Feb. 2015 | AL KHALIFA – FDA 2 – 003046-003052 |
| 29. Jessica Yingst et al., *Measurement of Electronic Cigarette Frequency of Use Among Smokers Participating in a Randomized Controlled Trial*, 22 Nicotine & Tobacco Res. 699-704 (2020). | May 2020 | AL KHALIFA – FDA 2 – 003053-003058 |
| 30. Erin A. Vogel et al., *Adolescents' E Cigarette Use: Increases in Frequency, Dependence, and Nicotine Exposure Over 12 Months*, 64 J. Adolescent Health 770-75 (June 2019). | June 2019 | AL KHALIFA – FDA 2 – 003059-003072 |
| 31. Theodore A. Slotkin, *Nicotine and the Adolescent Brain: Insights from an Animal Model*, 24 Neurotoxicology & Teratology 369-84 (2002). | May-June 2002 | AL KHALIFA – FDA 2 – 003073-003088 |
| 32. Menglu Yuan et al., *Nicotine and the Adolescent Brain*, 593 J. Physiology 3397-3412 (May 27, 2015). | May 27, 2015 | AL KHALIFA – FDA 2 – 003089-003104 |
| 33. Sunita Bava and Susan F. Tapert, *Adolescent Brain Development and the Risk for Alcohol and Other Drug Problems*, 20 Neuropsychology Rev. 398-413 (Oct. 19, 2010). | Oct. 19, 2010 | AL KHALIFA – FDA 2 – 003105-003120 |
| 34. Aurelien Bernheim et al., *Controversies about the Enhanced Vulnerability of the Adolescent Brain to Develop Addiction*, 4 Frontiers in Pharmacology 1-10 (Nov. 28, 2013). | Nov. 28, 2013 | AL KHALIFA – FDA 2 – 003121-003131 |

7

| Document | Date | Bates Number |
|---|---|---|
| 35. B.J. Casey and Rebecca M. Jones, *Neurobiology of the Adolescent Brain and Behavior*, 49 J. Am. Acad. Child & Adolescent Psychiatry 1189-1285 (Dec. 2010). | Dec. 2010 | AL KHALIFA – FDA 2 – 003132-003150 |
| 36. Tamara L. Doremus-Fitzwater et al., *Motivational Systems in Adolescence: Possible Implications for Age Differences in Substance Abuse and Other Risk-Taking Behaviors*, 72 Brain & Cognition 114-23 (Feb. 2010). | Feb. 2010 | AL KHALIFA – FDA 2 – 003151-003170 |
| 37. Elizabeth P. Shulman et al., *The Dual Systems Model: Review, Reappraisal, and Reaffirmation*, 17 Dev. Cognitive Neuroscience 103-17 (2016). | Feb. 2016 | AL KHALIFA – FDA 2 – 003171-003185 |
| 38. Dena Kota et al., *Exploring Behavioral and Molecular Mechanisms of Nicotine Reward in Adolescent Mice*, 82 Biochemical Pharmacology 1008-14 (Oct. 15, 2011). | Oct. 15, 2011 | AL KHALIFA – FDA 2 – 003186-003201 |
| 39. Megan J. Shram and Anh D. Le, *Adolescent Male Wistar Rats Are More Responsive Than Adult Rats to the Conditioned Rewarding Effects of Intravenously Administered Nicotine in the Place Conditioning Procedure*, 206 Behavioural Brain Res. 240-44 (2010). | Jan. 20, 2010 | AL KHALIFA – FDA 2 – 003202-003206 |
| 40. Luis A. Natividad et al., *Adolescence is a Period of Development Characterized by Short- and Long-Term Vulnerability to the Rewarding Effects of Nicotine and Reduced Sensitivity to the Anorectic Effects of this Drug*, 257 Behav. Brain Res. 275-85 (Nov. 15, 2013). | Nov. 15, 2013 | AL KHALIFA – FDA 2 – 003207-003229 |
| 41. June Bryan de la Peña et al., *Cigarette Smoke Exposure During Adolescence Enhances Sensitivity to the Rewarding* | Dec. 2015 | AL KHALIFA – FDA 2 – 003230-003235 |

| Document | Date | Bates Number |
|---|---|---|
| *Effects of Nicotine in Adulthood, Even After a Long Period of Abstinence*, 99 Neuropharmacology 9-14 (2015). | | |
| 42. Mark Conner et al., *Do Electronic Cigarettes Increase Cigarette Smoking in U.K. Adolescents? Evidence from a 12-month Prospective Study*, 27 Tobacco Control 365-72 (Aug. 17, 2017). | Aug. 17, 2017 | AL KHALIFA – FDA 2 – 003236-003243 |
| 43. Erica D. Holliday and Thomas J. Gould, *Chronic Nicotine Treatment During Adolescence Attenuates the Effects of Acute Nicotine in Adult Contextual Fear Learning*, 19 Nicotine & Tobacco Res. 87-93 (Jan. 2017). | Jan. 2017 | AL KHALIFA – FDA 2 – 003244-003264 |
| 44. Danielle S. Counotte et al., *Long-lasting Cognitive Deficits Resulting from Adolescent Nicotine Exposure in Rats*, 34 Neuropsychopharmacology 299-306 (2009). | Jan. 2009 | AL KHALIFA – FDA 2 – 003265-003272 |
| 45. Stephen B. Fountain et al., *Adolescent Exposure to Nicotine Impairs Adult Serial Pattern Learning in Rats*, 187 Experimental Brain Res. 651-56 (May 14, 2008). | May 14, 2008 | AL KHALIFA – FDA 2 – 003273-003278 |
| 46. Samir Soneji et al., *Association Between Initial Use of E-Cigarettes and Subsequent Cigarette Smoking Among Adolescents and Young Adults: A Systematic Review and Meta-analysis*, 171 JAMA Pediatrics 788-97 (2017). | Aug. 2017 | AL KHALIFA – FDA 2 – 003279-003288 |
| 47. Sarah Aleyan et al., *Risky Business: A Longitudinal Study Examining Cigarette Smoking Initiation Among Susceptible and Non-susceptible E-cigarette Users in Canada*, 8 BMJ Open 1-7 (2018). | May 26, 2018 | AL KHALIFA – FDA 2 – 003289-003295 |

Case 1:21-cv-02853-RDM Document 30, Filed 04/12/23, Page 12 of 19

| Document | Date | Bates Number |
|---|---|---|
| 48. Kaitlyn M. Berry et al., *Association of Electronic Cigarette Use With Subsequent Initiation of Tobacco Cigarettes in US Youths*, 2 JAMA Network Open 1-13 (Feb. 1, 2019). | Feb. 1, 2019 | AL KHALIFA – FDA 2 – 003296-003308 |
| 49. David Hammond et al., *Electronic Cigarette Use and Smoking Initiation Among Youth: A Longitudinal Cohort Study*, 189 CMAJ E1328-E1336 (Oct. 30, 2017). | Oct. 30, 2017 | AL KHALIFA – FDA 2 – 003309-003317 |
| 50. Alexandra Loukas et al., *Exclusive E-cigarette Use Predicts Cigarette Initiation Among College Students*, 76 Addictive Behaviors 343-47 (Jan. 2018). | Jan. 2018 | AL KHALIFA – FDA 2 – 003318-003331 |
| 51. Jorien L. Treur et al., *E-cigarette and Waterpipe Use in Two Adolescent Cohorts: Cross-sectional and Longitudinal Associations with Conventional Cigarette Smoking*, 33 Eur. J. Epidemiology 323-34 (2018). | 2018 | AL KHALIFA – FDA 2 – 003332-003343 |
| 52. Natalie Kintz et al., *Risk Factors Associated with Subsequent Initiation of Cigarettes and E-cigarettes in Adolescence: A Structural Equation Modeling Approach*, 207 Drug & Alcohol Dependence 1-19 (Feb. 1, 2020). | Feb. 1, 2020 | AL KHALIFA – FDA 2 – 003344-003362 |
| 53. Paula Lozano et al., *Longitudinal Study of Electronic Cigarette Use and Onset of Conventional Cigarette Smoking and Marijuana Use Among Mexican Adolescents*, 180 Drug Alcohol Dependence 427-30 (Nov. 1, 2017). | Nov. 1, 2017 | AL KHALIFA – FDA 2 – 003363-003373 |

| Document | Date | Bates Number |
|---|---|---|
| 54. Cassandra A. Stanton et al., *Longitudinal E-Cigarette and Cigarette Use Among US Youth in the PATH Study (2013-2015)*, 111 JNCI J. Nat'l Cancer Inst. 1088-96 (2019). | Oct. 2019 | AL KHALIFA – FDA 2 – 003374-003382 |
| 55. Catherine Best et al., *Relationship Between Trying an Electronic Cigarette and Subsequent Cigarette Experimentation in Scottish Adolescents: A Cohort Study*, 27 Tobacco Control 373-78 (July 22, 2017). | July 22, 2017 | AL KHALIFA – FDA 2 – 003383-003388 |
| 56. Krysten W. Bold et al., *Trajectories of E-Cigarette and Conventional Cigarette Use Among Youth*, 141 Pediatrics 1-7 (Jan. 2018). | Jan. 2018 | AL KHALIFA – FDA 2 – 003389-003395 |
| 57. Comm. Rev. Health Effects of Electronic Nicotine Delivery Sys., Nat'l Acads. Sci., Eng'g, & Med., *Public Health Consequences of E-Cigarettes* (Kathleen Stratton et al. eds., 2018). | 2018 | AL KHALIFA – FDA 2 – 003396-004148 |
| 58. Kathryn C. Edwards et al., *Longitudinal Pathways of Exclusive and Polytobacco Cigar Use Among Youth, Young Adults and Adults in the USA: Findings from the PATH Study Waves 1-3 (2013-2016)*, 29 Tobacco Control s163-s169 (May 2020). | May 2020 | AL KHALIFA – FDA 2 – 004149-004164 |
| 59. Andrea S. Gentzke et al., *Vital Signs: Tobacco Product Use Among Middle and High School Students – United States, 2011-2018*, 68 MMWR 157-64 (Feb. 15, 2019). | Feb. 15, 2019 | AL KHALIFA – FDA 2 – 004165-004172 |
| 60. Teresa W. Wang et al., *Tobacco Product Use Among Middle and High School Students – United States, 2011-2017*, 67 MMWR 629-33 (June 8, 2018). | June 8, 2018 | AL KHALIFA – FDA 2 – 004173-004177 |

| Document | Date | Bates Number |
|---|---|---|
| 61. Albert D. Osei et al., *Association Between E-Cigarette Use and Chronic Obstructive Pulmonary Disease by Smoking Status: Behavioral Risk Factor Surveillance System 2016 and 2017*, 58 Am. J. Preventive Med. 336-42 (Mar. 2020). | Mar. 2020 | AL KHALIFA – FDA 2 – 004178-004184 |
| 62. Albert D. Osei et al., *The Association Between E-cigarette Use and Asthma Among Never Combustible Cigarette Smokers: Behavioral Risk Factor Surveillance System (BRFSS) 2016 & 2017*, 19 BMC Pulmonary Med. 1-6 (2019). | Oct. 16, 2019 | AL KHALIFA – FDA 2 – 004185-004190 |
| 63. Shewit P. Giovanni et al., *Letter to the Editor: Electronic Cigarette Use and Chronic Respiratory Symptoms Among U.S. Adults*, 201 Am. J. Respiratory Critical Care Med. 1157-60 (May 1, 2020). | May 1, 2020 | AL KHALIFA – FDA 2 – 004191-004194 |
| 64. Joanne T. Chang et al., *Cigarette Smoking Reduction and Health Risks: A Systematic Review and Meta-analysis*, 23 Nicotine & Tobacco Res. 635-42 (2021). | Apr. 2021 | AL KHALIFA – FDA 2 – 004195-004202 |
| 65. Tom Vyncke et al., *Injuries Associated with Electronic Nicotine Delivery Systems: A Systematic Review*, 89 J. Trauma & Acute Care Surgery 783-91 (2020). | Oct. 2020 | AL KHALIFA – FDA 2 – 004203-004211 |
| 66. Matthew E. Rossheim et al., *Electronic Cigarette Explosion and Burn Injuries, US Emergency Departments 2015-2017*, 28 Tobacco Control 472-74 (2019). | July 2019 | AL KHALIFA – FDA 2 – 004212-004214 |

| Document | Date | Bates Number |
|---|---|---|
| Karen A. Cullen et al., *Notes from the Field: Use of Electronic Cigarettes and Any Tobacco Product Among Middle and High School Students – United States, 2011-2018*, 67 MMWR 1276-77 (Nov. 16, 2018). | Nov.16, 2018 | AL KHALIFA – FDA 2 – 004215-004216 |
| Notice of December 5, 2018 public hearing on "Eliminating Youth Electronic Cigarette and Other Tobacco Product Use: The Role of Drug Therapies." 83 Fed. Reg. 55,318. | Nov. 5, 2018 | AL KHALIFA – FDA 2 – 004217-004222 |
| *Eliminating Youth Electronic Cigarette and Other Product Use: The Role for Drug Therapies: Part 15 Public Hearing* (Jan. 18. 2019), transcript available at *https://www.fda.gov/media/120342/download* (*n.b.* originally scheduled for Dec. 5, 2018). | Jan. 18, 2019 | AL KHALIFA – FDA 2 – 004223-004407 |
| FDA, *Premarket Tobacco Product Applications for Electronic Nicotine Delivery Systems (ENDS): Guidance for Industry* (June 2019). | June 2019 | AL KHALIFA – FDA 2 – 004408-004462 |
| *Deemed Tobacco Product Applications: A Public Meeting* (Oct. 28-29, 2019), transcripts available at https://www.fda.gov/media/133498/download and https://www.fda.gov/media/133499/download (*n.b.* erroneously cited as occurring in October 2020). | Oct. 28, 2019 | AL KHALIFA – FDA 2 – 004463-005143 |
| **Background Memoranda** | | |
| ENDS Containing Non-Tobacco Flavored E-Liquid: Approach to PMTAs not in Substantive Scientific Review (Phase III) (Superseded) | July 9, 2021 | AL KHALIFA – FDA 2 – 005144-005155 |
| Rescinded Memorandum re PMTA Review: Evidence to Demonstrate Benefit | Aug. 17, 2021 | AL KHALIFA – FDA 2 – 005156-005170 |

13

| Document | Date | Bates Number |
|---|---|---|
| of Flavored ENDS to Adult Smokers (Superseded) | | |
| Addendum to Approach to PMTAs for Non-Tobacco Flavored ENDS not in Substantive Scientific Review (Phase III) (Superseded) | Aug. 18, 2021 | AL KHALIFA – FDA 2 – 005171-005176 |
| Rescission of August 17, 2021, Memorandum re PMTA Review: Evidence to Demonstrate Benefit of Flavored ENDS to Adult Smokers | Aug. 25, 2021 | AL KHALIFA – FDA 2 – 005177 |

14

DEPARTMENT OF HEALTH AND HUMAN SERVICES

Food and Drug Administration
Center for Tobacco Products
Document Control Center
Building 71, Room G335
10903 New Hampshire Avenue
Silver Spring, MD 20993-0002

# CERTIFICATION OF RECORDS

I, **Kathleen M. Crosby**, am the Director, Office of Health Communication and Education, Center for Tobacco Products, U.S. Food and Drug Administration. Pursuant to the provisions of Rule 44 of the Federal Rules of Civil Procedure, I have custody of official records of the FDA. To the best of my knowledge and belief, the records contained in the administrative record include all non-privileged materials retained in the FDA's files that were considered, either directly or indirectly, by the relevant officials in reaching the challenged decisions.

In witness whereof, I have, pursuant to the provision of Title 42, United States Code, Section 3505, and FDA Staff Manual Guide 1410.23, hereto set my hand and, by my signature, cause the seal of the Department of Health and Human Services to be affixed virtually this 29th day of November, 2021.

Kathleen M. Crosby -S
Digitally signed by Kathleen M. Crosby -S
Date: 2021.11.29 15:36:53 -05'00'

Kathleen M. Crosby
Director
Office of Health Communication and Education
Center for Tobacco Products
U.S. Food and Drug Administration

# General Information

| | |
|---|---|
| **Case Name** | Al Khalifa Group, LLC v. FDA |
| **Court** | U.S. Court of Appeals for the Ninth Circuit |
| **Date Filed** | Wed Oct 20 00:00:00 EDT 2021 |
| **Docket Number** | 21-71340 |
| **Status** | Closed |
| **Parties** | U.S. FOOD & DRUG ADMINISTRATION; AL KHALIFA GROUP, LLC |