# Exhibit 30

# Administrative Record Index
*My Vape Order, Inc. v. U.S. Food and Drug Administration*
21-71302 (9th Cir.)

| Document | Date | Bates Number |
|---|---|---|
| **Submissions** | | |
| Applicant PMTA Submission[1] | | |
| **Letters** | | |
| Acceptance Letter from FDA to My Vape Order, Inc. re PM0000964 | Sept. 24, 2020 | MVO – FDA 1 – 000001-000016 |
| Filing Letter from FDA to My Vape Order, Inc. re PM0000964 | Oct. 9, 2020 | MVO – FDA 1 – 000017-000033 |
| Denial Letter from FDA to My Vape Order, Inc. re PM0000964 | Sept. 8, 2021 | MVO – FDA 1 – 000034-000039 |
| **Technical Reviews** | | |
| Acceptance Review PM0000964 | Sept. 24, 2020 | MVO – FDA 1 – 000040-000057 |
| PMTA Filing Review PM0000964 | Oct. 7, 2020 | MVO – FDA 1 – 000058-000075 |
| Review for Flavored ENDS PMTAs (EPI) PM0000964 | Sept. 8, 2021 | MVO – FDA 1 – 000076-000080 |
| Review for Flavored ENDS PMTAs (SOC SCI) PM0000964 | Sept. 8, 2021 | MVO – FDA 1 – 000081-000085 |
| Technical Project Lead Review of PMTAs PM0000964 | Sept. 8, 2021 | MVO – FDA 1 – 000086-000107 |
| **References to Technical Project Lead Review** | | |
| 1. U.S. Dept of Health and Human Services, Public Health Service, Office of the Surgeon General, *E-cigarette Use Among Youth and Young Adults. A Report of the Surgeon General* (2016). | 2016 | MVO – FDA 2 – 000001-000277 |
| 2. FDA, *Enforcement Priorities for Electronic Nicotine Delivery Systems (ENDS) and Other Deemed Products on the Market Without Premarket Authorization (Revised)\*: Guidance for Industry* (Apr. 2020). | Apr. 2020 | MVO – FDA 2 – 000278-000329 |

---

[1] Petitioner's PMTA submission is part of the record in the above-captioned case, and, as described in the Technical Project Lead Review, CTP reviewed the contents of the PMTA submission. Due to technological difficulties with uploading large volumes of documents, however, the government is not providing petitioner's submission or establishing page numbers for its contents. Because the PMTA submission is part of the record, the parties may rely on it, and the portions of the PMTA submission relied upon by the parties will be included in the appendix filed with the court.

| Document | Date | Bates Number |
|---|---|---|
| 3. T.W. Wang*, et al.*, *E-cigarette Use Among Middle and High School Students – United States*, 2020, Morbidity Mortality Wkly. Rep., 69(37), 1310-12 (Sept. 18, 2020). | Sept. 18, 2020 | MVO – FDA 2 – 000330-000332 |
| 4. T.W. Wang, *et al.*, *Letter: Disposable E-Cigarette Use Among U.S. Youth – An Emerging Public Health Challenge*, New England J. Med., 384(16), 1573-76 (Apr. 22, 2021). | Apr. 22, 2021 | MVOMVO – FDA 2 – 000333-000336 |
| 5. U.S. Dept of Health and Human Services, Public Health Service, Office of the Surgeon General, *Preventing Tobacco Use Among Youth and Young Adults: A Report of the Surgeon General* (2012). | 2012 | MVO – FDA 2 – 000337-001720 |
| 6. U.S. Dept of Health and Human Services, Public Health Service, Office of the Surgeon General, *The Health Consequences of Smoking – 50 Years of Progress: A Report of the Surgeon General* (2014). | 2014 | MVO – FDA 2 – 001721-002773 |
| 7. B.J. Apelberg, *et al., Symptoms of Tobacco Dependence Among Middle and High School Tobacco Users: Results from the 2012 National Youth Tobacco Survey*, Am. J. Preventive Med., 47 (2 Suppl. 1), S4-14 (Aug, 2014). | Aug. 2014 | MVO – FDA 2 – 002774-002793 |
| 8. A.S. Gentzke, *et al.*, *Tobacco Product Use Among Middle and High School Students United States –* 2020, Morbidity, Mortality Wkly. Rep., 69(50), 1881-1888 (Dec. 18, 2020). | Dec. 18, 2020 | MVO – FDA 2 – 002794-002801 |
| 9. T.W. Wang, *et al.*, *Tobacco Product Use and Associated Factors Among Middle and High School Students – United States, 2019,* MMWR Surveill. Summ., 68(12), 1-22 (Nov. 6, 2019). | Nov. 6, 2019 | MVO – FDA 2 – 002802-002826 |
| 10. K.A. Cullen, *et al., Flavored Tobacco Product Use Among Middle and High School Students – United States, 2014-2018*, Morbidity, Mortality Wkly. Rep. 68(39), 839-844 (Oct. 4, 2019) | Oct. 4, 2019 | MVO – FDA 2 – 002827-002832 |
| 11. L.M. Schneller, *et al.*, *Use of Flavored E Cigarettes and the Type of E Cigarette Devices Used Among Adults and Youth in the US Results from Wave 3 of the Population Assessment of Tobacco and Health Study (2015-2016)*, Int'l J. Environ. Res. & Pub. Health, 16(16), 2991-3002 (Aug. 20, 2019). | Aug. 20, 2019 | MVO – FDA 2 – 002833-002844 |
| 12. A.C. Villanti, *et al.*, *Association of Flavored Tobacco Use With Tobacco Initiation and Subsequent Use Among US Youth and Adults*, 2013-2015, JAMA Network Open, 2(10), e1913804 (Oct. 23, 2019). | Oct. 23, 2019 | MVO – FDA 2 – 002845-002861 |

| Document | Date | Bates Number |
|---|---|---|
| 13. S.W. Rose, *et al.*, *Flavor Types Used by Youth and Adult Tobacco Users in Wave 2 of the Population Assessment of Tobacco and Health (PATH) Study 2014-2015*, Tobacco Control, 29(4), 432-446 (June 19, 2020). | June 19, 2020 | MVO – FDA 2 – 002862-002894 |
| 14. B.L. Rostron, *et al.*, *Prevalence and Reasons for Use of Flavored Cigars and ENDS Among US Youth and Adults: Estimates from Wave 4 of the PATH Study, 2016 - 2017*, Am. J. Health Behav., 44(1), 76-81 (Jan. 1, 2020). | Jan. 1, 2020 | MVO – FDA 2 – 002895-002901 |
| 15. B.K. Ambrose, *et al.*, *Research Letter: Flavored Tobacco Product Use Among US Youth Aged 12-17 Years, 2013-2014*, J. Am. Med. Ass'n, 314(17), 1871-1873 (Nov. 3, 2015). | Nov. 3, 2015 | MVO – FDA 2 – 002902-002908 |
| 16. J. Tsai, *et al.*, *Reasons for Electronic Cigarette Use Among Middle and High School Students National Youth Tobacco Survey, United States, 2016,* Morbidity Mortality Wkly Rep., 67(6), 196-200 (Feb.16, 2018). | Feb. 16, 2018 | MVO – FDA 2 – 002909-002913 |
| 17. J. Audrain-McGovern, *et al.*, *The Impact of Flavoring on the Rewarding and Reinforcing Value of E-cigarettes with Nicotine Among Young Adult Smokers*, Drug & Alcohol Dependence, (166), 263-267 (Sept. 1, 2016). | Sept. 1, 2016 | MVO – FDA 2 – 002914-002924 |
| 18. G. St. Helen, *et al.*, *Impact of E-liquid Flavors on Nicotine Intake and Pharmacology of E-cigarettes*, Drug & Alcohol Dependence, (178), 391-398 (Sept. 1, 2017). | Sept. 1, 2017 | MVO – FDA 2 – 002925-002944 |
| 19. M.E. Morean, *et al.*, *Preferring More E-cigarette Flavors Is Associated with E-cigarette Use Frequency Among Adolescents but not Adults*, PLoS One, 13(1), e0204349 (Jan. 4, 2018). | Jan. 4, 2018 | MVO – FDA 2 – 002945-002954 |
| 20. A.M. Leventhal, *et al.*, *Flavored E-cigarette Use and Progression of Vaping in Adolescents*, Pediatrics, 144(5), e20190789 (Nov. 1, 2019). | Nov. 1, 2019 | MVO – FDA 2 – 002955-002963 |
| 21. J. Audrain-McGovern, *et al.*, *Initial E-cigarette Flavoring and Nicotine Exposure and E-cigarette Uptake Among Adolescents*, Drug & Alcohol Dependence, (202), 149-155 (Sept. 1, 2019). | Sept. 1, 2019 | MVO – FDA 2 – 002964-002980 |
| 22. A.C. Villanti, *et al.*, *Menthol and Mint Cigarettes and Cigars: Initiation and Progression in Youth, Young Adults and Adults in Waves 1-4 of the PATH Study, 2013 - 2017*, Nicotine & Tobacco Res., 23(8), 1318-1326 (Aug. 4, 2021). | Aug. 4, 2021 | MVO – FDA 2 – 002981-002989 |
| 23. C.M. Carpenter, *et al.*, *New Cigarette Brands with Flavors That Appeal to Youth: Tobacco Marketing Strategies*, Health Affairs, 24(6), 1601-1610 (Nov. – Dec. 2005). | Nov. – Dec. 2005 | MVO – FDA 2 – 002990-003000 |

| Document | Date | Bates Number |
|---|---|---|
| 24. J.K. Pepper, *et al.*, *Adolescents' Interest in Trying Flavoured E-cigarettes*, Tobacco Control, 25(Suppl 2), ii62-ii66 (Sept. 15, 2016). | Sept. 15, 2016 | MVO – FDA 2 – 003001-003005 |
| 25. D.R. Camenga, *et al.*, *Appeal and Use of Customizable E-cigarette Product Features in Adolescents*, Tobacco Reg. Sci., 4(2), 51-60 (Mar. 2018). | Mar. 2018 | MVO – FDA 2 – 003006-003020 |
| 26. M.B. Harrell, *et al.*, *Flavored E-cigarette Use: Characterizing Youth, Young Adult, and Adult Users*, Preventive Med. Rep. (5), 33-40 (Mar. 2017). | Mar. 2017 | MVO – FDA 2 – 003021-003028 |
| 27. K.A. Cullen, *et al.*, *E-cigarette Use Among Youth in the United States, 2019*, J. Am. Med. Ass'n., 322(21), 2095-2103 (Nov. 5, 2019). | Nov. 5, 2019 | MVO – FDA 2 – 003029-003045 |
| 28. J. Foulds, *et al.*, *Development of a Questionnaire for Assessing Dependence on Electronic Cigarettes Among a Large Sample of Ex-smoking E-cigarette Users*, Nicotine & Tobacco Res.,17(2), 186-192 (Feb. 2015). | Feb. 2015 | MVO – FDA 2 – 003046-003052 |
| 29. J. Yingst, *et al.*, *Measurement of Electronic Cigarette Frequency of Use Among Smokers Participating in a Randomized Controlled Trial*, Nicotine & Tobacco Res., 22(5), 699-704 (May 2020). | May 2020 | MVO – FDA 2 – 003053-003058 |
| 30. E.A. Vogel, *et al.*, *Adolescents' E Cigarette Use: Increases in Frequency, Dependence, and Nicotine Exposure Over 12 Months*, J. Adolescent Health, 64(6), 770-775 (June 2019). | June 2019 | MVO – FDA 2 – 003059-003072 |
| 31. T.A. Slotkin, *Nicotine and the Adolescent Brain: Insights from an Animal Model*, Neurotoxicology & Teratology, 24(3), 369-384 (May-June 2002). | May-June 2002 | MVO – FDA 2 – 003073-003088 |
| 32. M. Yuan, *et al.*, *Nicotine and the Adolescent Brain*, J. Physiology, 593(16), 3397-3412 (May 27, 2015). | May 27, 2015 | MVO – FDA 2 – 003089-003104 |
| 33. S. Bava, *et al*, *Adolescent Brain Development and the Risk for Alcohol and Other Drug Problems*, Neuropsychology Rev., 20(4), 398-413 (Oct. 19, 2010). | Oct. 19, 2010 | MVO – FDA 2 – 003105-003120 |
| 34. A. Bernheim, *et al.*, *Controversies about the Enhanced Vulnerability of the Adolescent Brain to Develop Addiction*, Frontiers in Pharmacology, 4(118), 1-10 (Nov. 28, 2013). | Nov. 28, 2013 | MVO – FDA 2 – 003121-003131 |
| 35. B.J. Casey, *et al.*, *Neurobiology of the Adolescent Brain and Behavior: Implications for Substance Use Disorders,* J. Am. Acad. Child & Adolescent Psychiatry, 49(12), 1189-1285 (Dec. 2010). | Dec. 2010 | MVO – FDA 2 – 003132-003150 |

| Document | Date | Bates Number |
| --- | --- | --- |
| 36. T.L. Doremus-Fitzwater, *et al.*, *Motivational Systems in Adolescence: Possible Implications for Age Differences in Substance Abuse and Other Risk-Taking Behaviors*, Brain & Cognition, 72(1), 114-123 (Feb. 2010). | Feb. 2010 | MVO – FDA 2 – 003151-003170 |
| 37. E.P. Shulman, *et al.*, *The Dual Systems Model: Review, Reappraisal, and Reaffirmation*, Dev. Cognitive Neuroscience, (17), 103-117 (Feb. 2016). | Feb. 2016 | MVO – FDA 2 – 003171-003185 |
| 38. D. Kota, *et al.*, *Exploring Behavioral and Molecular Mechanisms of Nicotine Reward in Adolescent Mice*, Biochemical Pharmacology, 82(8), 1008-1014 (Oct. 15, 2011). | Oct. 15, 2011 | MVO – FDA 2 – 003186-003201 |
| 39. M.J. Shram, *et al.*, *Adolescent Male Wistar Rats Are More Responsive Than Adult Rats to the Conditioned Rewarding Effects of Intravenously Administered Nicotine in the Place Conditioning Procedure*, Behavioural Brain Res., 206(2), 240-244 (Jan. 20, 2010). | Jan. 20, 2010 | MVO – FDA 2 – 003202-003206 |
| 40. L.A. Natividad, *et al.*, *Adolescence is a Period of Development Characterized by Short- and Long-Term Vulnerability to the Rewarding Effects of Nicotine and Reduced Sensitivity to the Anorectic Effects of this Drug*, Behavioural Brain Res., (257), 275-285 (Nov. 15, 2013). | Nov. 15, 2013 | MVO – FDA 2 – 003207-003229 |
| 41. J.B. de la Peña, *et al.*, *Cigarette Smoke Exposure During Adolescence Enhances Sensitivity to the Rewarding Effects of Nicotine in Adulthood, Even after a Long Period of Abstinence*, Neuropharmacology (99), 9-14 (Dec. 2015). | Dec. 2015 | MVO – FDA 2 – 003230-003235 |
| 42. M. Conner, *et al.*, *Do Electronic Cigarettes Increase Cigarette Smoking in U.K. Adolescents? Evidence from a 12-month Prospective Study*, Tobacco Control, 27(4), 365-372 (Aug. 17, 2017). | Aug. 17, 2017 | MVO – FDA 2 – 003236-003243 |
| 43. E.D. Holliday, *et al.*, *Chronic Nicotine Treatment During Adolescence Attenuates the Effects of Acute Nicotine in Adult Contextual Fear Learning*, Nicotine & Tobacco Res., 19(1), 87-93 (Jan. 2017). | Jan. 2017 | MVO – FDA 2 – 003244-003264 |
| 44. D.S. Counotte, *et al.*, *Long-lasting Cognitive Deficits Resulting from Adolescent Nicotine Exposure in Rats*, Neuropsychopharmacology, 34(2), 299-306 (Jan. 2009). | Jan. 2009 | MVO – FDA 2 – 003265-003272 |
| 45. S.B. Fountain, *et al.*, *Adolescent Exposure to Nicotine Impairs Adult Serial Pattern Learning in Rats*, Experimental Brain Res., 187(4), 651-656 (May 14, 2008). | May 14, 2008 | MVO – FDA 2 – 003273-003278 |

| Document | Date | Bates Number |
|---|---|---|
| 46. S. Soneji, *et al.*, *Association Between Initial Use of E-Cigarettes and Subsequent Cigarette Smoking Among Adolescents and Young Adults: A Systematic Review and Meta-analysis*, JAMA Pediatrics, 171(8), 788-797 (Aug. 2017). | Aug. 2017 | MVO – FDA 2 – 003279-003288 |
| 47. S. Aleyan, *et al.*, *Risky Business: a Longitudinal Study Examining Cigarette Smoking Initiation Among Susceptible and Non-susceptible E-cigarette Users in Canada*. BMJ Open, 8(5), e021080 (May 26, 2018) | May 26, 2018 | MVO – FDA 2 – 003289-003295 |
| 48. K.M. Berry, *et al.*, *Association of Electronic Cigarette Use With Subsequent Initiation of Tobacco Cigarettes in U.S.* Youths, JAMA Network Open, 2(2), e187794 (Feb. 1, 2019). | Feb. 1, 2019 | MVO – FDA 2 – 003296-003308 |
| 49. D. Hammond, *et al.*, *Electronic Cigarette Use and Smoking Initiation Among Youth: a Longitudinal Cohort Study*, CMAJ, 189(43), E1328-E1336 (Oct. 30, 2017). | Oct. 30, 2017 | MVO – FDA 2 – 003309-003317 |
| 50. A. Loukas, *et al.*, *Exclusive E-cigarette Use Predicts Cigarette Initiation Among College Students*, Addictive Behaviors, 76, 343-347 (Jan. 2018). | Jan. 2018 | MVO – FDA 2 – 003318-003331 |
| 51. J.L. Treur, *et al.*, *E-cigarette and Waterpipe Use in Two Adolescent Cohorts: Cross-sectional and Longitudinal Associations with Conventional Cigarette Smoking*, Eur. J. Epidemiology, 33(3), 323-334 (2018). | 2018 | MVO – FDA 2 – 003332-003343 |
| 52. N. Kintz, *et al.*, *Risk Factors Associated with Subsequent Initiation of Cigarettes and E-cigarettes in Adolescence: a Structural Equation Modeling Approach*, Drug & Alcohol Dependence, 207, 107676 (Feb. 1, 2020). | Feb. 1, 2020 | MVO – FDA 2 – 003344-003362 |
| 53. P. Lozano, *et al.*, *Longitudinal Study of Electronic Cigarette Use and Onset of Conventional Cigarette Smoking and Marijuana Use Among Mexican Adolescents*, Drug & Alcohol Dependence, 180, 427-430 (Nov. 1, 2017). | Nov. 1, 2017 | MVO – FDA 2 – 003363-003373 |
| 54. C.A. Stanton, *et al.*, *Longitudinal E-Cigarette and Cigarette Use Among US Youth in the PATH Study (2013-2015)*, JNCI: J. Nat'l Cancer Inst., 111(10), 1088-1096 (Oct. 2019). | Oct. 2019 | MVO – FDA 2 – 003374-003382 |
| 55. C. Best, *et al.*, *Relationship Between Trying an Electronic Cigarette and Subsequent Cigarette Experimentation in Scottish Adolescents: a Cohort Study*, Tobacco Control, 27(4), 373-378 (July 22, 2017). | July 22, 2017 | MVO – FDA 2 – 003383-003388 |
| 56. K.W. Bold, *et al.*, *Trajectories of E-Cigarette and Conventional Cigarette Use Among Youth*, Pediatrics, 141(1), e20171832 (Jan. 2018). | Jan. 2018 | MVO – FDA 2 – 003389-003395 |

| Document | Date | Bates Number |
|---|---|---|
| 57. Comm. Rev. Health Effects of Electronic Nicotine Delivery Sys., Nat'l Acad. Sci., Eng'g, & Med., *Public Health Consequences of E-Cigarettes* (Stratton, K., *et al.* eds., 2018). | 2018 | MVO – FDA 2 – 003396-004148 |
| 58. K.C. Edwards, *et al.*, *Longitudinal Pathways of Exclusive and Polytobacco Cigar Use Among Youth, Young Adults and Adults in the USA: Findings from the PATH Study Waves 1-3 (2013 2016)*, Tobacco Control, 29(Suppl 3), s163-s169 (May 2020). | May 2020 | MVO – FDA 2 – 004149-004164 |
| 59. A.S. Gentzke, *et al.*, *Vital Signs: Tobacco Product Use Among Middle and High School Students – United States, 2011-2018*, Morbidity, Mortality, Wkly. Rep., 68(6), 157-164 (Feb. 15, 2019). | Feb. 15, 2019 | MVO – FDA 2 – 004165-004172 |
| 60. T.W. Wang, *et al.*, *Tobacco Product Use Among Middle and High School Students – United States, 2011-2017*, Morbidity, Mortality, Wkly. Rep., 67(22), 629-633 (June 8, 2018). | June 8, 2018 | MVO – FDA 2 – 004173-004177 |
| 61. A.D. Osei, *et al.*, *Association Between E-Cigarette Use and Chronic Obstructive Pulmonary Disease by Smoking Status: Behavioral Risk Factor Surveillance System 2016 and 2017*, Am. J. Preventive Med., 58(3), 336-342 (Mar. 2020). | Mar. 2020 | MVO – FDA 2 – 004178-004184 |
| 62. A.D. Osei, *et al.*, *The Association Between E-cigarette Use and Asthma Among Never Combustible Cigarette Smokers: Behavioral Risk Factor Surveillance System (BRFSS) 2016 & 2017*, BMC Pulmonary Med. 19(1), 180 (Oct. 16, 2019). | Oct. 16, 2019 | MVO – FDA 2 – 004185-004190 |
| 63. S.P. Giovanni, *et al.*, *Electronic Cigarette Use and Chronic Respiratory Symptoms Among US Adults*, Am. J. Respiratory Critical Care Med., 201(9), 1157-1160 (May 1, 2020). | May 1, 2020 | MVO – FDA 2 – 004191-004194 |
| 64. J.T. Chang, *et al.*, *Cigarette Smoking Reduction and Health Risks: A Systematic Review and Meta-analysis*, Nicotine & Tobacco Res., 23(4), 635-642 (Apr. 2021). | Apr. 2021 | MVO – FDA 2 – 004195-004202 |
| 65. T. Vyncke, *et al.*, *Injuries Associated with Electronic Nicotine Delivery Systems: a Systematic Review*, J. Trauma & Acute Care Surgery, 89(4), 783-791 (Oct. 2020). | Oct. 2020 | MVO – FDA 2 – 004203-004211 |
| 66. M.E. Rossheim, *et al.*, *Electronic Cigarette Explosion and Burn Injuries, US Emergency Departments 2015-2017*, Tobacco Control, 28(4), 472-474 (July 2019). | July 2019 | MVO – FDA 2 – 004212-004214 |
| K.A. Cullen, *et al.*, *Notes from the Field: Use of Electronic Cigarettes and Any Tobacco Product Among Middle and High School Students – United States, 2011-2018*, Morbidity & Mortality Weekly Rep., 67(45), 1276-1277 (Nov. 16, 2018). | Nov. 16, 2018 | MVO – FDA 2 – 004215-004216 |

| Document | Date | Bates Number |
|---|---|---|
| Notice of December 5, 2018 public hearing on "Eliminating Youth Electronic Cigarette and Other Tobacco Product Use: The Role of Drug Therapies." 83 FR 214 | Nov. 5, 2018 | MVO – FDA 2 – 004217-004222 |
| *Eliminating Youth Electronic Cigarette and Other Product Use: The Role for Drug Therapies: Part 15 Public Hearing* (Jan. 18. 2019), transcript available at *https://www.fda.gov/media/120342/download* (*n.b.* originally scheduled for Dec. 5, 2018) | Jan. 18, 2019 | MVO – FDA 2 – 004223-004407 |
| FDA*, Premarket Tobacco Product Applications for Electronic Nicotine Delivery Systems (ENDS): Guidance for Industry* (June 2019). | June 2019 | MVO – FDA 2 – 004408-004462 |
| *Deemed Tobacco Product Applications: A Public Meeting* (Oct. 28-29, 2019), transcripts available at https://www.fda.gov/media/133498/download and https://www.fda.gov/media/133499/download (*n.b.* erroneously cited as occurring in October 2020*)* | Oct. 28, 2019 | MVO – FDA 2 – 004463-005143 |
| **Background Memoranda** | | |
| ENDS Containing Non-Tobacco Flavored E-Liquid: Approach to PMTAs not in Substantive Scientific Review (Phase III) (Superseded) | July 9, 2021 | MVO – FDA 2 – 005144-005155 |
| Rescinded Memorandum re PMTA Review: Evidence to Demonstrate Benefit of Flavored ENDS to Adult Smokers (Superseded) | Aug. 17, 2021 | MVO – FDA 2 – 005156-005170 |
| Addendum to Approach to PMTAs for Non-Tobacco Flavored ENDS not in Substantive Scientific Review (Phase III) (Superseded) | Aug. 18, 2021 | MVO – FDA 2 – 005171-005176 |
| Rescission of August 17, 2021, Memorandum re PMTA Review: Evidence to Demonstrate Benefit of Flavored ENDS to Adult Smokers | Aug. 25, 2021 | MVO – FDA 2 – 005177 |



# DEPARTMENT OF HEALTH AND HUMAN SERVICES

Food and Drug Administration
Center for Tobacco Products
Document Control Center
Building 71, Room G335
10903 New Hampshire Avenue
Silver Spring, MD 20993-0002

## CERTIFICATION OF RECORDS

I, **Marqui Barnes**, am the Chief Freedom of Information Act Officer, Office of Health Communication and Education, Center for Tobacco Products, U.S. Food and Drug Administration. Pursuant to the provisions of Rule 44 of the Federal Rules of Civil Procedure, I have custody of official records of the FDA. To the best of my knowledge and belief, the records contained in the administrative record include all non-privileged materials retained in the FDA's files that were considered, either directly or indirectly, by the relevant officials in reaching the challenged decisions.

In witness whereof, I have, pursuant to the provision of Title 42, United States Code, Section 3505, and FDA Staff Manual Guide 1410.23, hereto set my hand and caused the seal of the Department of Health and Human Services to be affixed this 3rd day of November, 2021.

Marqui Q. Barnes -S
Digitally signed by Marqui Q. Barnes -S
Date: 2021.11.03 17:42:04 -04'00'

_____
Marqui Barnes
Chief FOIA Officer
Office of Health Communication and Education
Center for Tobacco Products
U.S. Food and Drug Administration

# DEPARTMENT OF HEALTH AND HUMAN SERVICES

Food and Drug Administration
Center for Tobacco Products
Document Control Center
Building 71, Room G335
10903 New Hampshire Avenue
Silver Spring, MD 20993-0002

November 3, 2021

Honorable Molly C. Dwyer, Clerk of Court
United States Court of Appeals for the Ninth Circuit
95 Seventh Street
San Francisco, CA 94103

      Re: *My Vape Order, Inc. v. U.S. Food & Drug Admin., et al.*, No. 21-71302 (9th Cir.)

Dear Ms. Dwyer,

I, Marqui Barnes, am the Chief Freedom of Information Act Officer, Office of Health Communication and Education, Center for Tobacco Products, U.S. Food and Drug Administration.

In this capacity, I have custody of certain records related to tobacco products on file with the FDA.

Pursuant to Rule 17(b)(1)(B) of the Federal Rules of Appellate Procedure, attached is a copy of the Index to the Administrative Record related to the record in the above-referenced matter. Each of the documents referred to in the index is a true and accurate copy, except that portions of certain documents have been redacted to protect confidential commercial information, and is part of the official records of the FDA.

Sincerely,

Marqui Q. Barnes -S
Digitally signed by Marqui Q. Barnes -S
Date: 2021.11.03 17:41:30 -04'00'

Marqui Barnes
Chief FOIA Officer
Office of Health Communication and Education
Center for Tobacco Products
U.S. Food and Drug Administration

Enclosure

cc:   Eric Heyer, Thompson Hine, LLP

      Alisa Beth Klein, U.S. Department of Justice, Civil Appellate Division
      Lindsey Powell, U.S. Department of Justice, Civil Appellate Division
      Eric B. Beckenhauer, U.S. Department of Justice, Federal Programs Branch
      Kate Talmor, U.S. Department of Justice, Federal Programs Branch

# General Information

| | |
|---|---|
| **Case Name** | My Vape Order, Inc. v. FDA |
| **Court** | U.S. Court of Appeals for the Ninth Circuit |
| **Date Filed** | Thu Sep 30 00:00:00 EDT 2021 |
| **Docket Number** | 21-71302 |
| **Status** | Open |
| **Parties** | U.S. FOOD & DRUG ADMINISTRATION; 37 NATIONAL AND STATE ELECTRONIC NICOTINE DELIVERY SYSTEM PRODUCT ADVOCACY ASSOCIATIONS; MY VAPE ORDER, INC.; DAVID T. SWEANOR, J.D.; DR. DAVID B. ABRAMS; CLIVE D. BATES |