# Exhibit 32

FDA Briefing Document NDA 204017
Levonorgestrel and ethinyl estradiol transdermal system

# Bone, Reproductive and Urologic Drugs Advisory Committee (BRUDAC) Meeting
# October 30, 2019

**Division of Bone, Reproductive and Urologic Products**
**Office of Drug Evaluation III**
**Office of New Drugs**

**Division of Epidemiology II**
**Office of Surveillance and Epidemiology**

**Division of Biometrics III**
**Office of Biostatistics**
**Office of Translational Sciences**

**Division of Clinical Pharmacology III**
**Office of Clinical Pharmacology**
**Office of Translational Sciences**

FDA Briefing Document NDA 204017
Levonorgestrel and ethinyl estradiol transdermal system

The Applicant asserts that AG200-15 represents an unmet need in the contraceptive arena. FDA defines an unmet need as a condition whose treatment or diagnosis is not adequately addressed by available therapy (FDA 2017a). An unmet need includes situations where there is an immediate need for a defined population (i.e., to treat a serious condition with no or limited treatment) or a longer term need for society (e.g., to address the development of resistance to antibacterial drugs). The FDA does not believe that the Applicant has met this determination.

*User Compliance*

One of the proposed benefits of AG200-15 is dosing convenience and thereby, potentially improved compliance. Although transdermal systems may require less frequent administration than other routes of administration (e.g., weekly application to the skin vs. daily oral administration), compliance may not be improved in women using a transdermal system as compared to combined oral contraceptive products. In a recent study of nearly 18,000 women who had commercial insurance in the U.S., approximately one third did not refill their combined oral contraceptive prescriptions in a timely manner. Overall, switching to a transdermal system or ring did not improve refill patterns as greater proportions of women on these products were delayed refillers (reported as 42% [transdermal system] and 51% [ring], respectively) (Law et al. 2014). In addition, tolerability, especially unscheduled vaginal bleeding and spotting, is an important consideration with use of these products as it may contribute to reduced compliance which can lead to unintended pregnancy. There is also the need to assure that the transdermal system remains on the skin for the full week. The Applicant has not proven that there is improved compliance with its product compared to other available therapies.

*Disposition, Cycle Control and Usability Issues in Study 23*

Study 23 reported:

- Regarding disposition, an overall discontinuation rate of 51% of which 11% reported discontinuing for an adverse event.
- Regarding cycle control, approximately 60% and 41% of women who provided information on vaginal bleeding and TDS application in their electronic diaries (eDiaries) in cycles 1 and 13, respectively, had unscheduled vaginal bleeding or spotting.
- Regarding usability, the percent of women experiencing a complete detachment ranged from 25% of all women in Cycle 1 to 6% in Cycle 13. A total of 54% of women experienced a complete transdermal system detachment at some point during the trial. In looking at usability based on cycle data, a total of 15% of all cycles studied (N=18,841) required the use of more than three TDS.

*Safety Issues*

In general, the safety profile of AG200-15 appears comparable to that of other approved CHCs. One of the most significant safety concerns associated with CHC use is venous thromboembolism (VTE), which can be life-threatening. In Study 23, four women experienced 5 drug-related VTEs. Contraceptive trials cannot reliably estimate the incidence of VTE that will occur in the postmarketing setting. These trials are substantially underpowered to evaluate these rare events and typically few events are reported, yielding unstable estimates. The risk of VTE is related to the estrogen dose, and, as explained below, we do not consider AG200-15 to be a low-

FDA Briefing Document NDA 204017
Levonorgestrel and ethinyl estradiol transdermal system

dose estrogen-containing CHC and the LNG component does not convey any specific advantage over other approved CHC products. It is not possible to conclude that AG200-15 demonstrates improved safety over other combined hormonal products in terms of VTEs.

*Dose Concerns*

The Applicant states in its briefing document that AG200-15 "contains 2.60 mg LNG and 2.30 mg EE within an active drug matrix core. It delivers daily doses similar to daily oral doses of 120 mcg of LNG and 30 mcg of EE, which are within ranges reported for currently available low-dose oral CHC products."

In FDA's view, AG200-15 is not a "low-dose" product. The FDA believes that the term "low-dose" is typically reserved for CHC products with daily estrogen doses of 20 mcg or less. The American College of Obstetricians and Gynecologists issued a recent clinical practice bulletin entitled, "Use of Hormonal Contraception in Women with Coexisting Medical Conditions". This bulletin defined contemporary low dose oral CHC's as 35 mcg or less, but this definition was in the context of discussing hormonal contraceptives for women with chronic hypertension. To our knowledge, there is no standard clinical definition for low dose hormonal contraceptives. Review of the supportive clinical pharmacology data from ATI-CL-14 (hereafter referred to as Study 14) appears to demonstrate that the steady-state EE systemic exposure following two consecutive cycles of AG200-15 is closer to a 35-microgram (mcg) oral contraceptive product rather than one that delivers between 15 to 20 mcg (refer to Clinical Pharmacology Summary for more details).

It is challenging to compare information obtained from Studies 14 (pharmacokinetics) and Study 23 (clinical data) to data obtained from other CHC products. More recent pharmacokinetic studies have used different and improved clinical hormonal assays that may confound comparisons. In addition, clinical trial data comparisons across products are limited because of differences in population and methodology.

The implication of stating that a product has a low dose from a contraceptive perspective is that the product (AG200-15) would have similar risks to the lowest dose oral contraceptive products containing EE available in the U.S., which deliver between 15 to 20 mcg of estradiol daily. There were several reports of VTE in the Applicant's clinical trial database. We conclude that AG200-15 does not appear to demonstrate a safety advantage over other CHCs, including over the lower dose CHCs containing 15 to 20 mcg EE.

*Summary*

The FDA agrees with the Applicant that AG200-15 reduces the risk of pregnancy compared to not using contraception, but considers the PI and upper bound of the 95% CI unacceptable for a CHC product when considering alternative products available on the U.S. market. The Applicant attributes the higher PI to its study population and design features (e.g., inclusion of a population that is more obese and racially/ethnically diverse, and more thorough testing for pregnancy), but it is unclear whether the findings reflect these differences or suboptimal effectiveness of AG200-15. Even among non-obese women, the estimated PI and the upper bound of the corresponding 95% CI is higher than that of any approved CHC, and it is possible that there may be a more dramatic effect of weight on the effectiveness of a CHC transdermal system compared to CHCs that have other routes of administration.

FDA Briefing Document NDA 204017
Levonorgestrel and ethinyl estradiol transdermal system

It is also important to consider that a high BMI may not be the sole cause of the increased overall PI and 95% CI. It is also possible that issues related to usability (in terms of number of TDS used per cycle) and tolerability also contributed to these high rates. This leads to additional questions regarding tolerance and compliance with use.

The FDA does not believe that the data show a safety advantage over available CHC products, and questions whether the observed effectiveness for a product intended to prevent pregnancy outweighs its risks in the context of available therapy.

The FDA appreciates your input on the benefits and risks of AG200-15, including the estimated PI overall and for subgroups, the risk of VTE, and the occurrence of unscheduled bleeding and spotting.

FDA Briefing Document NDA 204017
Levonorgestrel and ethinyl estradiol transdermal system

*Draft Points to Consider*

The advisory committee members should consider the following while preparing for the meeting:

1. Discuss the effectiveness of AG200-15, including:
    a. Your interpretation of the efficacy results of Study ATI-Cl23 (Study 23), including the extent to which the efficacy findings reflect the study design and enrolled patient population
    b. Relevance of supportive efficacy analyses for Study 23, including subgroup analyses by weight, body mass index, and race/ethnicity

2. Discuss the safety profile of AG200-15, including:
    a. Your interpretation of serious risks (e.g., venous thromboembolism)
    b. Your interpretation of the tolerability profile, particularly with respect to cycle control

3. Do the benefits of AG200-15 outweigh its risks and support approval for the prevention of pregnancy?

    Provide rationale for your vote.

    If you vote YES, explain whether the benefits outweigh the risks in the general population or in a narrower patient population, and how this product should be used within the context of available therapy.

    If you vote, NO, explain what data could be obtained to show that the benefits of AG200-15 outweigh its risks.

FDA Briefing Document NDA 204017
Levonorgestrel and ethinyl estradiol transdermal system

Lidegaard, O, LH Nielsen, CW Skovlund, FE Skjeldestad, and E Lokkegaard, 2011, Risk of venous thromboembolism from use of oral contraceptives containing different progestogens and oestrogen doses: Danish cohort study, 2001-9, Bmj, 343:d6423.

Oedingen, C, S Scholz, and O Razum, 2018, Systematic review and meta-analysis of the association of combined oral contraceptives on the risk of venous thromboembolism: The role of the progestogen type and estrogen dose, Thromb Res, 165:68-78.

Pomp, ER, S le Cessie, FR Rosendaal, and CJ Doggen, 2007, Risk of venous thrombosis: obesity and its joint effect with oral contraceptive use and prothrombotic mutations, Br J Haematol, 139(2):289-296.

Rabe, T, B Luxembourg, M Ludwig, J Dinger, R Bauersachs, H Rott, A Mueck, CJJfRuE-JoRM Albring, and Endocrinology, 2011, Contraception and Thrombophilia-A statement from the German Society of Gynecological Endocrinology and Reproductive Medicine (DGGEF e. V.) and the Professional Association of the German Gynaecologists (BVF e. V.), 8(1):178-218.

Sidney, S, TC Cheetham, FA Connell, R Ouellet-Hellstrom, DJ Graham, D Davis, M Sorel, CP Quesenberry, Jr., and WO Cooper, 2013, Recent combined hormonal contraceptives (CHCs) and the risk of thromboembolism and other cardiovascular events in new users, Contraception, 87(1):93-100.

Sidney, S, DB Petitti, GA Soff, DL Cundiff, KK Tolan, and CP Quesenberry, Jr., 2004, Venous thromboembolic disease in users of low-estrogen combined estrogen-progestin oral contraceptives, Contraception, 70(1):3-10.

Tepper, NK, MV Dragoman, ME Gaffield, and KM Curtis, 2017, Nonoral combined hormonal contraceptives and thromboembolism: a systematic review, Contraception, 95(2):130-139.

Vahratian, A, 2009, Prevalence of overweight and obesity among women of childbearing age: results from the 2002 National Survey of Family Growth, Matern Child Health J, 13(2):268-273.