Exhibit 39

1

```
 1   STATE OF MINNESOTA                          DISTRICT COURT

 2   COUNTY OF HENNEPIN                FOURTH JUDICIAL DISTRICT

 3   _____

 4   State of Minnesota,

 5   by its Attorney General Keith Ellison

 6       Plaintiff,                    Transcript of Proceedings

 7   vs.                              Court File No. 27-CV-19-19888

 8   JUUL LABS, INC. fka PAX LABS, INC.

 9   fka PLOOM PRODUCTS, INC.,

10       Defendant.

11   _____

12

13       The above-entitled matter came before the

14   Honorable Laurie Miller, one of the judicial officers of the

15   above-named court, in Courtroom 1856, Hennepin County Government

16   Center, 300 South Sixth Street, City of Minneapolis, County of

17   Hennepin, State of Minnesota, on the 6th day of March, 2023, at

18   1:59 p.m.

19

20

21

22

23

24

25
```

1 getting the responses on Monday night, probably.

2    THE COURT:  Monday the 20th?  All right.  So,

3 Thursday is fine from my perspective.  And I will tell

4 you, I mean, I haven't seen them yet so I don't know how

5 extensive they're going to be or how difficult they are,

6 but something I commonly like to do -- if I have time,

7 and given that I won't be in trial that week, I might

8 actually have time to do this -- I like to give you

9 preliminary rulings before we have the hearing.

10    MR. BERNICK:  All right.

11    THE COURT:  So, you will come into that motion

12 in limine hearing with my tentative rulings, and then you

13 can decide which ones you want to argue about, which ones

14 you're -- you can live with the tentative ruling on.

15    MR. BERNICK:  That's fine.

16    THE COURT:  So, Thursday is a little better

17 from that standpoint than Wednesday because gives me one

18 extra day to try to get that done for you.

19    MR. BERNICK:  Right.  Trial time, we have -- we

20 know what the time is.

21    THE COURT:  Right.

22    MR. BERNICK:  But the question -- the question

23 is -- and maybe this is something that can't be decided,

24 I'm just kind of thinking it through, but if there is

25 going to be -- if there are going to be live witnesses

1    testifying in the penalty phase, right, which -- or the

2    abatement -- I know there will be for abatement -- and

3    then penalties, we know that there is Ribisl; so, I think

4    we're going to need trial time for the equitable phase,

5    let's put it that way; does that come out of the overall

6    time for the trial?

7              THE COURT:  So, that's an interesting question.

8    What I have blocked out three weeks for are a jury trial

9    and the trial order is set up for a three-week jury

10   trial.  To the extent there are additional proceedings

11   that may be needed after the jury is done, we will find

12   places to fit you in my calendar because I don't have to

13   reassemble a jury in order to carry that forward.  So, I

14   don't think it necessarily -- I shouldn't be giving this

15   answer, should I?  You've got to get it all done in the

16   three weeks.

17             No, honestly, I -- I think it would not be

18   fair, necessarily to anyone, to expect you all to plan

19   for reserving time out of your jury trial allotment for a

20   potential penalty phase that may or may not occur, and

21   that doesn't require the jury's presence.

22             So, I think you should plan on finishing up

23   absolutely everything that needs to be done with the jury

24   present during the three weeks.

25             MR. BERNICK:  Okay.

1          THE COURT:  But things that can happen without

2     the jury having to be present, I'm not going to hold your

3     feet to the fire.  I mean, obviously, I'd like to get

4     this trial done in a reasonable time, I don't want it to

5     hang around until I'm forced to retire at age 70, but I'm

6     -- I don't think it would be fair to anyone here to

7     expect you to get all of that done in the three weeks.

8          Anyone disagree with that?

9          MR. BERNICK:  No, that's fine.

10          MS. SUTTON:  That's fine.

11          THE COURT:  All right.

12          Any other questions that we haven't fully

13     explored or plumbed the depths of here today?

14          I do want to thank you all for coming.  I mean,

15     I recognize all your faces because I've seen virtually

16     all of you on Zoom, at least once or twice, over the past

17     couple of years.  But it's different seeing you here in

18     person, and it's good to have you here, and I think it's

19     just more efficient and more productive --

20          MR. BERNICK:  It's more --

21          THE COURT:  -- for a hearing like this to

22     happen here.

23          MR. BERNICK:  It's also more fun.

24          MS. SUTTON:  Yeah.

25          THE COURT:  Well, that too.  And, especially