### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| | ) | |
| JUUL LABS, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Civil Action No. 1:22-CV-02853-RDM |
| v. | ) | |
| | ) | |
| FOOD & DRUG ADMINISTRATION, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

### [PROPOSED] ORDER

Upon consideration of Defendant's motion for summary judgment and Plaintiff's cross motion for summary judgment, it is hereby **ORDERED** that Defendant's motion is **DENIED,** Plaintiff's cross-motion is **GRANTED,** and judgment is entered in Plaintiff's favor.  Within seven days of this order's issuance, Defendant shall disclose to Plaintiff the twenty withheld documents listed in Defendant's *Vaughn* index.

Dated:                                                                             
                                                            
                                    Hon. Randolph D. Moss
                                    United States District Judge