# EXHIBIT A

| | |
|---|---|
| STATE OF MINNESOTA<br>COUNTY OF HENNEPIN | DISTRICT COURT<br>FOURTH JUDICIAL DISTRICT<br>Case Type: Other Civil |
| STATE OF MINNESOTA, by its Attorney General, Keith Ellison,<br><br>      Plaintiff,<br><br>vs.<br><br>JUUL LABS, INC., a Delaware Corporation f/k/a PAX LABS, INC., f/ka PLOOM PRODUCTS, INC., ALTRIA GROUP, INC. f/k/a PHILIP MORRIS COMPANIES, INC.; PHILIP MORRIS USA INC. f/k/a PHILIP MORRIS INC.; ALTRIA CLIENT SERVICES LLC; ALTRIA GROUP DISTRIBUTION COMPANY; ALTRIA ENTERPRISES LLC,<br><br>      Defendants. | Court File No. 27-CV-19-19888<br>Hon. Laurie J. Miller<br><br><br><br><br><br>**JOINT MOTION TO STAY PROCEEDINGS PENDING SETTLEMENT** |

Plaintiff State of Minnesota by its Attorney General Keith Ellison and Defendants JUUL Labs, Inc. and the Altria Defendants[1] (collectively, "the Parties") stipulate to entry of the below Order to stay proceedings in the above-entitled action. The stay is requested due to the Parties' execution of a term sheet containing all material settlement provisions reached between the Parties and their need for additional time to finalize a consent judgment to be executed and filed with the Court.

The Parties engaged in the alternative dispute resolution process provided under Minn. R. Gen. P. 114 and under facilitation of the Court-appointed mediator, the Hon. James M. Rosenbaum, and third-party neutral Thomas J. Perrelli. Through that ADR process, the Parties reached agreement on material terms of a settlement but require additional time to resolve final

---

[1] "Altria Defendants" means Altria Group, Inc., Philip Morris USA Inc., Altria Client Services LLC, Altria Group Distribution Company, and Altria Enterprises LLC.

language for a consent judgment that will be publicly submitted for Court approval after the duration of the stay.

The Parties jointly request that the Court grant the below order to stay proceedings in this matter to allow the Parties to finalize the consent judgment.

Dated: April 16, 2023

KEITH ELLISON (#0210407)
Attorney General
State of Minnesota

 /s/ Adam Welle

JAMES W. CANADAY (#030234X)
Deputy Attorney General
ADAM WELLE (#0389951)
ERIC J. MALONEY (#0396326)
JASON PLEGGENKUHLE (#0391772)
Assistant Attorneys General

445 Minnesota Street, Suite 1200
St. Paul, MN 55101-2130
Telephone:  (651) 757-1425
Fax:  (651) 296-7438
adam.welle@ag.state.mn.us

**ROBINS KAPLAN LLP**
Tara D. Sutton (023199x)
Munir R. Meghjee (0301437)
Holly H. Dolejsi (0390110)
800 LaSalle Avenue, Suite 2800
Minneapolis, MN 55402
Telephone: (612) 349-8500
Facsimile: (612) 339-4181
TSutton@RobinsKaplan.com
MMeghjee@RobinsKaplan.com
HDolejsi@RobinsKaplan.com

**ZIMMERMAN REED LLP**
Carolyn G. Anderson (0275712)
June P. Hoidal (033330x)
Behdad C. Sadeghi (0393374)
1100 IDS Center, 80 South 8th Street
Minneapolis, MN 55402
Telephone: (612) 341-0400

Facsimile: (612) 341-0844
Carolyn.Anderson@zimmreed.com
June.Hoidal@zimmreed.com
Behdad.Sadeghi@zimmreed.com

***Attorneys for the State of Minnesota***

*ATTORNEYS FOR PLAINTIFF*

| | |
|---|---|
| Dated: April 16, 2023 | /s/ David M. Bernick |

DAVID M. BERNICK (*Pro Hac Vice*)
RENEE D. SMITH (*Pro Hac Vice*)
SARAH J. DONNELL (*Pro Hac Vice*)
**KIRKLAND & ELLIS LLP**
300 North LaSalle
Chicago, IL 60654
Telephone: (312) 862-7015
Facsimile:  (312) 862-5200
david.bernick@kirkland.com
rdsmith@kirkland.com
sdonnell@kirkland.com

PETER A. FARRELL (*Pro Hac Vice*)
JASON M. WILCOX (*Pro Hac Vice*)
KATHERINE KATZ (*Pro Hac Vice*)
**KIRKLAND & ELLIS LLP**
1301 Pennsylvania Avenue, N.W.
Washington, DC 20004
Telephone: (202) 389-5184
Facsimile:  (202) 389-5200
pfarrell@kirkland.com
jason.wilcox@kirkland.com
katherine.katz@kirkland.com

TODD A. NOTEBOOM (MN #240047)
TIMOTHY P. GRIFFIN (MN #0285717)
SHARON MARKOWITZ (MN #0392043)
**STINSON LLP**
50 South Sixth Street, Suite 2600
Minneapolis, MN 55402
Telephone: (612) 335-1500
Facsimile:  (612) 335-1657
todd.noteboom@stinson.com
timothy.griffin@stinson.com
sharon.markowitz@stinson.com

*Attorneys for Defendant Juul Labs, Inc.*

Dated: April 16, 2023

SOULE & STULL LLC

George Soule (#103664)
Melissa Stull (#0387060)
3033 Excelsior Boulevard, Ste. 190
Minneapolis, MN  55416
Telephone:  (612) 353-6403
Facsimile:  (612) 573-6484
gsoule@soulestull.com
mstull@soulestull.com

and

SHOOK, HARDY & BACON LLP

By:  /s/ Laura K. Whitmore
William P. Geraghty (*pro hac vice*)
Citigroup Center, Suite 3200
201 S. Biscayne Boulevard
Miami, FL  33131
Telephone:  (305) 358-5171
Facsimile:  (305) 358-7470
wgeraghty@shb.com

Katie Gates Calderon (*pro hac vice*)
2555 Grand Boulevard
Kansas City, MO  64108
Telephone:  (816) 474-6550
Facsimile:  (816) 421-5547
kgcalderon@shb.com

Laura K. Whitmore (*pro hac vice*)
Kristopher J. Verra (*pro hac vice*)
100 N. Tampa Street, Suite 2900
Tampa, FL  33602
Telephone:  (813) 202-7100
Facsimile:  (813) 221-8837
lwhitmore@shb.com
kverra@shb.com

and

ARNOLD & PORTER
KAYE SCHOLER LLP

John C. Massaro (*pro hac vice*)

David E. Kouba (*pro hac vice*)
601 Massachusetts Ave, NW
Washington, DC 20001
Telephone: (202) 942-5000
Facsimile: (202) 942-5999
John.Massaro@arnoldporter.com
David.Kouba@arnoldporter.com

*Attorneys for Defendants Altria Group, Inc., Philip Morris USA Inc., Altria Client Services LLC, Altria Group Distribution Company, and Altria Enterprises LLC*

## ORDER

Pursuant to the foregoing Stipulation, and for good cause shown, it is HEREBY ORDERED THAT:

1. All proceedings in this action are stayed for 30 days to permit the parties to finalize a consent judgment based on the agreed-upon term sheet.

2. The parties or the mediator(s) shall file a status update with the Court 14 days after entry of this order. The status update shall inform the Court as to when the parties expect a final consent judgment to be filed, whether additional time is necessary to finalize the consent judgment, whether the parties and/or the mediator(s) request a confidential status conference, and any other matters that require the Court's attention.

3. Unless otherwise ordered, the parties shall file a stipulated motion to approve the consent judgment before the expiration of the stay.

4. The term sheet and continued statements concerning finalization of a consent judgment, being made pursuant to the parties' confidential settlement negotiations and subject to the facilitation and oversight of the third-party neutral(s), are subject to confidentiality under Minn. R. Gen. Prac. 114.07, Minn. R. Evid. 408, and any applicable law or order. Pursuant to the parties' stipulation, the parties shall treat the provisions of the term sheet strictly as confidential. The parties may discuss the settlement generally so long as specific terms are not disclosed.

5. Once finalized and executed, the consent judgment will be publicly filed for Court consideration and approval.

6. The Court shall retain jurisdiction over the subject matter of this lawsuit and over the Parties with respect to the term sheet. The parties may jointly or individually request modification of this order upon good cause shown.

Dated: April 17, 2023

Hon. Laurie Miller
Judge of Hennepin County District Court