AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| JUUL LABS, INC. | ) |  |
|---|---|---|
| *Plaintiff* | ) |  |
| v. | ) | Case No. 22-2853 |
| FOOD & DRUG ADMINISTRATION | ) |  |
| *Defendant* | ) |  |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

JUUL LABS, INC.

Date: 04/18/2023

/s/ Donald B. Verrilli, Jr.
*Attorney's signature*

Donald B. Verrilli, Jr., 420434
*Printed name and bar number*

Munger, Tolles & Olson LLP
601 Massachusetts Ave., NW, Suite 500E
Washington, DC 20001

*Address*

donald.verrilli@mto.com
*E-mail address*

(202) 220-1100
*Telephone number*

(202) 220-2300
*FAX number*