UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JUUL LABS, INC.,<br><br>*Plaintiff*,<br><br>v.<br><br>FOOD AND DRUG ADMINISTRATION,<br><br>*Defendant*. | Civil Action No. 1:22-cv-02853 |

**DEFENDANTS' RESPONSE TO PLAINTIFF'S NOTICE
OF SUPPLEMENTAL AUTHORITY**

Defendant U.S. Food and Drug Administration (FDA) respectfully responds to Plaintiff's Notice of Supplemental Authority, ECF No. 28, regarding the recent D.C. Circuit ruling in *Fontem v. U.S. Food & Drug Admin.*, 82 F.4th 1207 (D.C. Cir. 2023). Contrary to Plaintiff's assertions, *Fontem* is not relevant to this Freedom of Information (FOIA) action.

In *Fontem*, the D.C. Circuit upheld FDA's order denying the petitioner's application to market various flavored e-cigarettes on the grounds that the benefits of these products did not outweigh the risks they pose to youth. *Id.* at 1216. FDA had also denied the petitioner's application to market tobacco-flavored e-cigarette products and an e-cigarette device, citing concerns about, *inter alia*, the products' aerosol emissions, aerosol inhalation temperatures, microbial stability, and manufacturing processes. *Id.* at 1217-22. The D.C. Circuit vacated this portion of FDA's denial order, holding that the agency "identified five highly technical deficiencies" but failed to make an "overall assessment" about the products' risks as compared to their benefits. *Id.* at 1219.

Plaintiff claims that *Fontem* is relevant to the instant FOIA case because it "makes clear that the materials JLI has requested are a necessary part of the holistic analysis of its products." ECF No. 28 at 2. But that doesn't mean that those materials are not deliberative or predecisional, or that their disclosure

1

would not cause foreseeable harm, the requirements for withholding them under the deliberative process privilege. *See* ECF No. 16-1 at 14-22; ECF No. 25 at 2-11. Nor is Plaintiff's professed need for the materials relevant to the issue currently before this Court of whether FDA properly withheld the materials under FOIA's Exemption 5. *U.S. Dep't of Justice v. Reporters Comm. for Freedom of the Press,* 489 U.S. 749, 771 (1989); *Williams & Connolly v. SEC*, 662 F.3d 1240, 1245 (D.C. Cir. 2011).

Dated: October 26, 2023

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

MARCIA BERMAN
Assistant Branch Director

/s/ Antonia Konkoly
Antonia Konkoly
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L St. NW
Washington, DC 20005
(202) 514-2395 (direct)
(202) 616-8470
antonia.konkoly@usdoj.gov
*Counsel for the Defendant*