**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| JUUL LABS, INC.,<br><br>*Plaintiff,*<br><br>v.<br><br>FOOD AND DRUG ADMINISTRATION,<br><br>*Defendant.* | Civil Action No. 1:22-cv-02853 |

**CONSENT MOTION FOR AN EXTENSION OF TIME TO SUBMIT THE WITHHELD RECORDS FOR THE COURT'S *IN CAMERA* REVIEW AND TO FILE SUPPLEMENTAL DECLARATIONS**

Defendant U.S. Food and Drug Administration (FDA) respectfully moves the Court to extend by two weeks—from December 22, 2023 through and including January 5, 2024—its deadline to (1) submit for the Court's *in camera* review the records at issue in this Freedom of Information Act (FOIA) suit; and (2) file any supplemental declarations pertaining to the foreseeable harm that would be caused by the release of these records. The undersigned defense counsel conferred with counsel for Plaintiff, who conveyed that Plaintiff consents to this requested relief. The grounds for this motion are as follows:

1. This case concerns Plaintiff Juul Labs, Inc.'s FOIA requests to the FDA, seeking documents related to the agency's June 2022 decision to deny Plaintiff's premarket tobacco applications (PMTAs) for certain e-cigarette products. In particular, Plaintiff challenges FDA's determination to withhold in full, pursuant to FOIA Exemption 5 and the deliberative process privilege, the FDA's non-final Additional Disciplines Technical Project Lead Review Memorandum (the "Additional Disciplines TPL Memo") pertaining to Plaintiff's PMTAs, as well as 19 Discipline Review Memorandums that analyze various subjects and scientific disciplines that were eventually

1

aggregated and assessed in the Additional Disciplines TPL Memo (collectively, the "withheld records").

2.      During the course of a motions hearing held on December 1, 2023 and in a corresponding Minute Order, the Court ordered FDA to submit the withheld records for its *in camera* inspection by December 22, 2023, and further afforded FDA an elective opportunity to submit supplemental declaration(s) on the subject of the foreseeable harm that would result from the potential disclosure of these records, also by December 22, 2023. *See* Dec. 1, 2023 Minute Order.

3.      FDA is presently conducting a re-review of the withheld records to determine, anew, whether any portions of them are segregable and may be voluntarily released to Plaintiff. FDA is also actively preparing a supplemental declaration that will further address the issue the foreseeable harm that would result from disclosure of the withheld records.

4.      Due to the current absence of certain FDA personnel who are needed for this project, as well as the additional upcoming scheduled absences of Department of Justice (DOJ) and FDA personnel involved in this matter between December 25, 2023 and January 1, 2024, FDA respectfully requests a brief, two-week extension of its extant deadlines described in paragraph 2, *supra*. If granted, the requested relief would extend both of these deadlines through and including January 5, 2024.

5.      As noted above, Plaintiff consents to this requested relief.


A proposed order is attached hereto for the convenience of the Court.


Dated: December 20, 2023                    Respectfully submitted,

                                            BRIAN M. BOYNTON
                                            Principal Deputy Assistant Attorney General

                                            MARCIA BERMAN

Assistant Branch Director

*/s/ Antonia Konkoly*
Antonia Konkoly
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L St. NW
Washington, DC 20005
(202) 514-2395 (direct)
(202) 616-8470
antonia.konkoly@usdoj.gov
*Counsel for the Defendant*