UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JUUL LABS, INC.,<br><br>*Plaintiff*,<br><br>v.<br><br>FOOD AND DRUG ADMINISTRATION,<br><br>*Defendant*. | Civil Action No. 1:22-cv-02853 |

**[Proposed] ORDER**

Having considered Defendant's Consent Motion for an Extension of Time to Submit the Withheld Records for the Court's *In Camera* Review and to File Supplemental Declarations, and for good cause shown, the motion is hereby GRANTED, and it is hereby

**ORDERED** that Defendant's deadlines to (1) submit for the Court's *in camera* review the records at issue in this Freedom of Information Act (FOIA) suit; and (2) file a supplemental declaration pertaining to the foreseeable harm that would be caused by the release of these records, are both extended by two weeks, through and including January 5, 2024.

Date: _____                    _____
                                       Hon. Randolph D. Moss
                                       UNITED STATES DISTRICT JUDGE

1