**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

JUUL LABS, INC.,

*Plaintiff,*

v.

FOOD AND DRUG ADMINISTRATION,

*Defendant.*

Civil Action No. 1:22-cv-02853

**NOTICE**

Pursuant to the Court's bench order of December 1, 2023, as well as its subsequent Minute Order of December 21, 2023, Defendant U.S. Food and Drug Administration ("FDA") has today submitted for the Court's *in camera* inspection the documents at issue in this Freedom of Information Act ("FOIA") action. These documents consist of the non-final Additional Disciplines Technical Project Lead Review Memorandum (the "Additional Disciplines TPL Memo") pertaining to Plaintiff's application for marketing approval of its e-cigarette products, as well as 19 Discipline Review Memorandums that analyze various subjects and scientific disciplines that were eventually aggregated and assessed in the Additional Disciplines TPL Memo (collectively, the "withheld records").

In accordance with the Court's orders of December 1 and December 21, FDA further attaches to this Notice (as Exhibits 1 and 2, respectively) supplemental declarations from (1) Jennifer German, a Regulatory Policy Analyst and staff member of the FOIA office within FDA's Office of Health Communication and Education ("OHCE"), Center for Tobacco Products ("CTP") ("CTP FOIA"), and (2) Michelle Mital, the Deputy Director of CTP, within FDA's Office of the Center Director ("OCD"). As explained in the Third German Declaration, and as mentioned in FDA's December 20 extension motion, CTP FOIA recently conducted a line-by-line, exacting re-review of the records withheld in full in this matter, to determine whether any portions of them are reasonably segregable. Third German

Decl. ¶ 5; ECF No. 30 ¶ 3. As a result of that re-review, CTP FOIA is voluntarily releasing a limited amount of factual information as segregable to Plaintiff today and is submitting a copy of the withheld-in-part documents to the Court for its *in camera* review. *Id.* That copy is a "read-through" version of the records—that is, the documents show which portions have been released to Plaintiff and which remain withheld pursuant to FOIA Exemption 5 and the deliberative process privilege, as indicated by the redaction boxes (all redactions are pursuant to the deliberative process privilege). These documents correspond to lines 1 through 20 on FDA's December 16, 2022 *Vaughn* index, ECF No. 19-4.

Dated: January 5, 2024

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

MARCIA BERMAN
Assistant Branch Director

*/s/ Antonia Konkoly*

Antonia Konkoly
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L St. NW
Washington, DC 20005
(202) 514-2395 (direct)
(202) 616-8470
antonia.konkoly@usdoj.gov
*Counsel for the Defendant*