# Exhibit 1

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| JUUL LABS, INC.,<br><br>    Plaintiff,<br><br>v.<br><br>UNITED STATES FOOD AND DRUG ADMINISTRATION,<br><br>    Defendant. | Case No. 1:22-cv-02853 |

## THIRD DECLARATION OF JENNIFER GERMAN

I, Jennifer German, declare as follows:

1. I am a Regulatory Policy Analyst, a staff member of the Freedom of Information Act Office ("CTP FOIA"), within the Office of Health Communication and Education ("OHCE"), Center for Tobacco Products ("CTP"), U.S. Food and Drug Administration ("FDA") in Silver Spring, Maryland.

2. CTP is the center within FDA responsible for regulating tobacco products. I am a Team Lead in CTP FOIA, which processes and responds to requests made under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552, for records in CTP's possession.

3. The statements made in this Declaration are based upon my personal knowledge and information made known to me in my official capacity and about which I have become knowledgeable. I am personally familiar with the FOIA requests submitted by Juul Labs Inc. ("Plaintiff") on June 23, 2022 numbered 2022-4621 and 2022-4625 (collectively, Plaintiff's "FOIA Requests"), CTP FOIA's handling of FOIA requests generally, and CTP's handling of Plaintiff's FOIA Requests specifically.

4.     This declaration supplements and incorporates by reference my March 1, 2023 Declaration ("First German Decl.") and May 11, 2023 Declaration ("Second German Decl.") in support of the Defendant's Motion for Summary Judgment and Opposition to Plaintiff's Cross-Motion for Summary Judgment.  *See* ECF Nos. 16-3 & 25-1.  This declaration is to be read in tandem with those two declarations.

5.     CTP FOIA, in conjunction with subject matter experts from the CTP Office of Science ("OS"), recently engaged in a line-by-line, exacting re-review of the records that were withheld in full in this matter, to determine whether any portions of them are reasonably segregable.  In that re-review, CTP FOIA was able to identify a limited amount of factual information that is not inextricably intertwined with deliberative information and the selection and presentation of which is not itself deliberative nor revelatory of deliberative information, such as tables of contents; metadata; digital signatures and other agency identifiers; titles and headings; headers and footers; non-application-specific appendices; summaries of Plaintiff's submission history; and a limited amount of introductory language, inspection summary information, and information from Plaintiff's applications.  While the informational content/value of this information is questionable, CTP FOIA is voluntarily releasing it as segregable to Plaintiff today and is submitting a copy of the withheld in part documents to the Court, per its request.

6.     The remaining information in the records is exempt from disclosure under the deliberative process privilege, for the reasons set forth in my previous declarations.  The withheld information either contains the predecisional and deliberative analysis of FDA staff scientists, or consists of factual information that cannot be segregated and disclosed without effectively revealing the substance of the protected analysis and deliberations.  CTP FOIA

specifically confirms that all the factual information that FDA continues to withhold is inextricably intertwined with the analysis of the staff scientists who drafted the documents, such that it is not possible to segregate and release it.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on January 5, 2024.

Jennifer J. German -S
Digitally signed by Jennifer J. German
Date: 2024.01.05 12:07:16 -05'00'

JENNIFER J. GERMAN
Regulatory Policy Analyst
Office of Health Communication and Education
Center for Tobacco Products
Food and Drug Administration
U.S. Department of Health and Human Services