# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JUUL LABS, INC., *Plaintiff*, v. FOOD AND DRUG ADMINISTRATION, *Defendant*. | Civil Action No. 1:22-cv-02853 |

## NOTICE OF SUBSTITUTION OF COUNSEL

Please withdraw the appearance of Antonia Konkoly and enter the appearance of Joshua Abbuhl as counsel for Defendant in this matter. Mr. Abbuhl hereby certifies pursuant to Local Rule 83.2(j) that he is personally familiar with the Local Rules of this Court.

Dated: March 29, 2024

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

MARCIA BERMAN
Assistant Branch Director

 */s/ Joshua C. Abbuhl*
Joshua Abbuhl
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L St. NW
Washington, DC 20005
(202) 616-8366
(202) 616-8470
Joshua.Abbuhl@usdoj.gov
*Counsel for the Defendant*