IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JUUL LABS, INC., <br><br> Plaintiff, <br><br> v. <br><br> FOOD & DRUG ADMINISTRATION, <br><br> Defendant. | **JOINT STATUS REPORT** <br><br> Case No. 1:22-cv-02853 |

**JOINT STATUS REPORT**

Pursuant to the Court's April 23, 2024 Memorandum Opinion and Order, ECF No. 35, the parties hereby submit this Joint Status Report.

1. This case concerns Plaintiff Juul Labs, Inc. ("Juul")'s Freedom of Information Act ("FOIA") requests seeking from the Food & Drug Administration ("FDA") documents related to the agency's June 2022 decision to deny marketing authorization for certain Juul premarket tobacco product applications ("PMTAs").

2. On April 23, 2024, the Court issued a memorandum opinion and order granting in part and denying in part FDA's motion for summary judgment. ECF No. 35. The Court directed FDA "to conduct a further review of the withheld materials to identify what portions of that material (if any) simply parrot what Juul included in its PMTAs, without additional analysis or deliberative selection, and whether any such material includes trade secret information as to which Juul opposes release." *Id.* at 47. The Court ordered the parties to submit a joint status report on the status of this re-review on or before May 24, 2024. *Id.*

3. After the Court's order, the parties met and conferred regarding FDA's re-review. Juul has informed FDA that it agrees to forgo the re-review by FDA of the withheld materials that

the Court ordered. Accordingly, the parties agree that FDA need not conduct the re-review contemplated by the Court's order. The parties are continuing to meet and confer regarding the proper way to terminate these proceedings, and they respectfully propose that the parties file another joint status report in two weeks (on or before June 7, 2024), if the case has not been dismissed by then.

Respectfully submitted,

| | |
|---|---|
| */s/ Jason M. Wilcox* | BRIAN M. BOYNTON |
| Jason M. Wilcox (DC Bar No. 1011415) | Principal Deputy Assistant Attorney General |
| KIRKLAND & ELLIS LLP | |
| 1301 Pennsylvania Ave., NW | MARCIA BERMAN |
| Washington, D.C. 20004 | Assistant Branch Director |
| (202) 389-5000 | |
| jason.wilcox@kirkland.com | */s/ Joshua C. Abbuhl* |
| | Joshua Charles Abbuhl |
| | Trial Attorney |
| *Counsel for Plaintiff* | U.S. Department of Justice |
| | Civil Division, Federal Programs Branch |
| | 1100 L St., NW |
| | Washington, DC  20005 |
| | (202) 616-8366 |
| | (202) 616-8470 |
| | Joshua.Abbuhl@usdoj.gov |
| | |
| | *Counsel for Defendant* |

DATED: May 24, 2024