IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JUUL LABS, INC., <br><br> Plaintiff, <br><br> v. <br><br> FOOD & DRUG ADMINISTRATION, <br><br> Defendant. | **STIPULATION OF DISMISSAL** <br><br> Case No. 1:22-cv-02853 |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Juul Labs, Inc. and Defendant U.S. Food and Drug Administration hereby jointly stipulate to the dismissal with prejudice of this action and with each party to bear its own costs and fees.

Respectfully submitted,

| | |
|---|---|
| */s/ Jason M. Wilcox* <br> Jason M. Wilcox (DC Bar No. 1011415) <br> KIRKLAND & ELLIS LLP <br> 1301 Pennsylvania Ave., NW <br> Washington, D.C. 20004 <br> (202) 389-5000 <br> jason.wilcox@kirkland.com <br><br> *Counsel for Plaintiff* | BRIAN M. BOYNTON <br> Principal Deputy Assistant Attorney General <br><br> MARCIA BERMAN <br> Assistant Branch Director <br><br> */s/ Joshua C. Abbuhl* <br> Joshua Charles Abbuhl <br> Trial Attorney <br> U.S. Department of Justice <br> Civil Division, Federal Programs Branch <br> 1100 L St., NW <br> Washington, DC  20005 <br> (202) 616-8366 <br> (202) 616-8470 <br> Joshua.Abbuhl@usdoj.gov <br><br> *Counsel for Defendant* |

DATED: June 7, 2024